(POST 3/12714)

| U.S. Department of Justice <br> United States Marshals Service | PROCESS RECEIPT AND RETURN <br> See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |
|---|---|
| PLAINTIFF <br> David A Stebbins | COURT CASE NUMBER <br> 4:16-cv-00545-JM |
| DEFENDANT <br> Arkansas, State of, et al. | TYPE OF PROCESS <br> summons & complaint |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ➡ | Arkansas Rehabilitation Services c/o Amy Jones, District Manager, District 1 |
| AT | ADDRESS Street or RFD, Apartment No., City, State and ZIP Code) <br> 4058 N. College, Suite 150    Fayettville, AR 72703 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David A Stebbins
123 W Ridge St. Apt. D
Harrison, AR 72601

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

2016 OCT 13 PM 4:38 Received U.S. Marshal Eastern Arkansas

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Number, and Estimated Times Available For Service):

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 26 2016
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| Signature of Attorney or other Originator requesting service on behalf of: <br> /s/ K. Rochelle | ☐ PLAINTIFF <br> ☐ DEFENDANT | TELEPHONE NUMBER | DATE <br> 10/12/2016 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 09 | District to Serve No. 09 | Signature of Authorized USMS Deputy or Clerk <br> D. Chappell | Date <br> 10-18-16 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (If not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 10-20-16    Time: am/pm

Signature of U.S. Marshal or Deputy

| Service Fee <br> $8.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or <br> $8.00 | Amount of Refund |

REMARKS:

Served via certified mail

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 9414 7266 9904 2080 1365 13 | A. Received by (Please Print Clearly): Crissy Crawford | B. Date of Delivery: 10-20 |
| | C. Signature: X Crissy Crawford | ☒ Agent ☐ Addressee |
| 3. Service Type CERTIFIED MAIL® | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☒ No |
| 4. Restricted Delivery? (Extra Fee) ☐ Yes | | |
| 1. Article Addressed to:<br>Arkansas Rehab. Services<br>Amy Jones, District Manager<br>4058 N. College, Suite 150<br>Fayettville, AR 72703 | **Reference Information**<br><br>4:16CV00545 | |

PS Form 3811, January 2005     Domestic Return Receipt