IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID STEBBINS

v.                        CASE NO.   4:16cv00545 JM

STATE OF ARKANSAS, et al.

## INITIAL SCHEDULING ORDER

An appearance was entered by defendant(s) on **November 10, 2016**.

**IT IS HEREBY ORDERED** that the following deadlines and proposals are in effect:

    **1.  RULE 26(f) CONFERENCE DEADLINE**:        **January 18, 2017**.

The parties are jointly responsible for holding their Rule 26(f) conference on or before the date specified.[1]

    **2.  RULE 26(f) REPORT DUE DATE:**        **February 1, 2017**.

Consult FRCP 26(f) and Local Rule 26.1 for information to be included in the Rule 26(f) Report.  The **Joint** Report should be filed with the Clerk of Court.

    **3.  PROPOSED TRIAL DATE:**        **November 13, 2017**.[2]

The case will be scheduled for **JURY TRIAL** before Judge James M. Moody Jr. commencing at 9:15 a.m. sometime during the week as set forth above in **LITTLE ROCK**, **ARKANSAS**.

    **4.  RULE (16b) CONFERENCE:**   Will be scheduled, if necessary.

*Attached is a proposed Final Scheduling Order.* If the parties oppose any deadlines contained therein, please indicate in the Rule 26(f) Report the conflict and proposed alternative deadlines.  If additional deadlines are necessitated by the action, the parties are directed to list any and all proposed and agreed deadlines in the Rule 26(f) report.  A telephone conference will be scheduled within one week of the filing of the Rule 26(f) Report, if necessary as determined by the Court, to resolve any conflicts among the parties.  ***The parties are advised that the Court will not extend the motions deadline within 75 days prior to the trial date.***

DATED:  November 29, 2016

                                            AT THE DIRECTION OF THE COURT
                                            JAMES W. McCORMACK, CLERK

                                            By:  /s/ *Kacie Glenn*
                                                   Deputy Clerk

---

[1] It is the responsibility of the plaintiff to serve a copy of this Initial Scheduling Order on any defendant who makes an appearance after this order has been filed. Any party making a new claim after this order is entered is to immediately serve a copy on any new defendant(s).

[2] Counsel should <u>not</u> file a motion for continuance or send a letter to the Court if there is a conflict with the proposed trial date, but should indicate in the Rule 26(f) Report that a conflict exists.