UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DAVID A. STEBBINS                                                    PLAINTIFF

VS.                      CASE NO. 4:16CV00545-JM

STATE OF ARKANSAS, ARKANSAS
REHABILITATION SERVICES, AND AMY JONES          DEFENDANTS

### CERTIFICATE OF SERVICE OF DISCOVERY REQUESTS

    I, pro se Plaintiff David A. Stebbins, do hereby certify, under penalty of perjury, that my first Request for Admissions, my first Request for Production of Documents, and my 26(a) initial disclosures, were all served on the Defendant on January 6, 2017 by mailing them to the Defendant's office at 323 Center St., Suite 200, Little Rock, AR 72201.

    So notified on this, the 6th day of January, 2017.

David Stebbins<br>
123 W. Ridge St.,<br>
APT D<br>
Harrison, AR 72601<br>
870-204-6516<br>
stebbinsd@yahoo.com