IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DAVID A. STEBBINS                                                                PLAINTIFF

v.                                      NO. 4:16-CV-545-JM

STATE OF ARKANSAS, ARKANSAS                                      DEFENDANT
REHABILITATION SERVICES, AND
AMY JONES

## MOTION TO SUBSTITUTE COUNSEL

Come now the Defendants, the State of Arkansas, Arkansas Rehabilitation Services, and Amy Jones, by and through their attorneys, Attorney General Leslie Rutledge and Senior Assistant Attorney General Christine A. Cryer, and for their Motion to Substitute Counsel, state as follows:

1. Assistant Attorney General Amber Schubert is leaving her employment with the Office of the Arkansas Attorney General and is no longer assigned to this case.

2. This matter has been re-assigned to Senior Assistant Attorney General Christine A. Cryer, who represents Defendants and should be substituted as counsel of record.

3. Defendants request the Court and Counsel direct all future service and correspondence to Christine A. Cryer and to remove Amber Schubert as counsel of record.

WHEREFORE, Defendants respectfully move the Court to remove Amber Schubert as counsel of record and to reflect Christine A. Cryer as defendant's counsel of record.

                              Respectfully submitted,

                              Leslie Rutledge
                              Attorney General

By:   /s/ Christine A. Cryer
        Christine A. Cryer
        Arkansas Bar No. 2001082
        Sr. Assistant Attorney General
        323 Center Street, Suite 200
        Little Rock, Arkansas 72201
        Telephone: (501) 683-0958
        Facsimile:  (501) 682-2591
        Christine.cryer@arkansasag.gov

## **CERTIFICATE OF SERVICE**

I, Christine A. Cryer, Senior Assistant Attorney General, do hereby certify that on May 26, 2017, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system.

I, Christine A. Cryer, hereby certify that on May 26, 2017, I mailed the document by U.S. Postal Service to the following non CM/ECF participant:

Mr. David Stebbins
123 W. Ridge St., Apt. D
Harrison, Arkansas 72601

                              /s/  Christine A. Cryer