

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DAVID A. STEBBINS                                   PLAINTIFF

VS.           CASE NO. 4:16CV00545-JM

STATE OF ARKANSAS, ARKANSAS
REHABILITATION SERVICES, AND AMY JONES        DEFENDANTS

## CERTIFICATE OF SERVICE FOR THIRD DISCOVERY REQUESTS

On the 8th day of September, 2017, I, pro se Plaintiff David Stebbins, submitted my Third Requests for Production and Second Interrogatories to the Defense by mailing them to Christine A. Cryer, 323 Center Street, Suite 200, Little Rock, AR 72201.

1.

*/s/ David Stebbins*

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com