Demographic Information Form - Stebbins, David (XXX-XX    System 7)          Page 1 of 3

# Demographic Information Form

**Current Name:**
Title:
Last Name:    Stebbins
First Name:    David                    Middle Initial:
Suffix:
Salutation:
Use this
Name?          ☑

Date of Birth:        988
SSN:

WIOA ID:    AR7700273730
Gender:      M

**Current Addresses:**
Facility:
Street:              123 W. Ridge

Suite/Apt:        D                        Zip:    72601

City:                Harrison
County Cd.:  009                          State:    AR
County:            Boone
Mail Here?      ☑                  Main Residence?  ☑

Archive?          ☐              Archived Date:

# Telecom:    Phone #
Home:

Cell:        (870)204-6516              Text
                                        Only?

**ARS 1**

DEFENDANT'S
EXHIBIT
A
PENGAD 800-631-6989

Demographic Information Form - Stebbins, David (XXX-XX        (System 7)           Page 3 of 3

**Team Assignment**
Assigned to:                          Start Date:    End Date:    Primary?

**Worker Assignment**
Assigned to:                 Start Date:    End Date:    Primary?
CATERINA MATHENY
                             12/01/2015                 N

KARLA YOCHUM
                             05/26/2016                 N

**Contacts:**

Contact Originating Form: Referral Specifics

Last Name:    Disability Rights Arkansas   First Name:
Title:
Contact Type:        Professional (Not Educator)

## Referral Specifics

Individual being referred:   David   Stebbins
Social Security:

Who took this referral?
Worker's Compensation?   **N**

### Are you Currently Receiving:

SSI for Aged?              **N**
SSI for Disabled?          **Y**
SSDI?                      **N**

Assistance Requested:
Assistance with attending Arkansas Tech in Russellville

Self Referral? ☐

## Individual Making Referral:

Last Name:      Disability Rights Arkansas   First Name:
Title:

Contact Type:        Professional (Not Educator)

## Reason for Referral:

What is your disability?
Asperger's

Are you Employed?   **N**

**ARS 3**

Referral Specifics - Stebbins, David (XXX-X⅄     , System 7)                           Page 3 of 3

Target Group:                    VR
Referral Source:                 Other Sources

**Primary Counselor(s):**                        **Client's Office:**
**AMY JONES CRC**                                Fayetteville

**Caseload Assignment**
Assigned to:                     Start Date:   End Date:   Primary?
JONES, AMY Caseload
                                 12/17/2015                  Y

**Team Assignment**
Assigned to:                     Start Date:   End Date:   Primary?

**Worker Assignment**
Assigned to:                     Start Date:   End Date:   Primary?
CATERINA MATHENY
                                 12/01/2015                  N

KARLA YOCHUM
                                 05/26/2016                  N

Referral Received Date:          12/01/2015

**ARS 4**

Application For Services (System 7)                                    Page 1 of 3

# STATE OF ARKANSAS

*Asa Hutchinson*
Governor

*Charisse Childers, Ph.D.*
Director



715 W. SHERMAN, SUITE E
HARRISON , AR 72601
(870)741-7153

http://www.arsinfo.org
An Equal Opportunity Employer

**Arkansas Career Education**
**Division of Rehabilitation Services**
**Alan McClain, Commissioner**

## APPLICATION FOR SERVICES

NAME        David Stebbins

I understand that I am responsible to help the Arkansas Rehabilitation Services ARS) to determine my eligibility within 60 days of my application. I will be an applicant when I have:

- Signed the bottom of this form,
- Completed a ARS Intake Questionnaire, and
- Helped ARS to begin to get information that is needed to decide if I am eligible for services.

I understand that all of the information that ARS gathers about me will be confidential. This information will not be released to anyone without my informed written consent, except where allowed or required by law. It may be released if my actions cause serious concern about my safety or the safety of others. When ARS receives the information about me ARS will review it to determine if I am eligible for vocational rehabilitation services.

I understand that ARS can only pay for services if ARS writes an authorization before the services begin. I will not make promises to others that ARS will pay for any goods or services.

ARS has given me information about the Client Assistance Program (CAP) that is available in Arkansas ( **see reverse** ).

My counselor has explained the Order of Selection policy to me.

I understand that ARS may get information about my Social Security or Department of Social Services benefits, as well as Department of Labor employment records, for purposes of my vocational rehabilitation program.

If I disagree with any decision made by ARS (see Consumer Handbook for more information):

- *I should first speak with my counselor to try to work out the problem.*
- *I also have the right to request an Administrative Review by the District Manager, mediation and/or Impartial Hearing.*
- *I must make a request for these steps within 30 days after they have notified me of the decision I disagree with.*
- *If I want to request an Administrative Review, I must send my request to the ARS District Manager in my area.*
- *If I want to request mediation or an Impartial Hearing, I must send my request to the ARS Commissioner, Arkansas Career Education, Division of Rehabilitation Services.*

Application For Services (System 7)                                                    Page 2 of 3


_12/01/2015 13:27:12_                    David Stebbins

David Stebbins                                                          12/01/2015
Client                                                                 Date


KEVIN COOK                         Harrison                            (870)741-7153
Name of Counselor                  Office                              Telephone

Application For Services (System 7)                                        Page 3 of 3

WHEN YOU HAVE QUESTIONS:

If you do not understand what is happening with your application for services, or what is expected of you, or you have any other questions, first talk to your counselor. If this does not solve your concerns or answer your questions, you are then encouraged to speak to your counselor's supervisor and/or District Manager.

You can find information about ARS services, the ARS eligibility process, and about what to do if you disagree with ARS in the ARS Consumer Handbook.

ANOTHER SOURCE OF ASSISTANCE IS THE:

# CLIENT ASSISTANCE PROGRAM

WHAT IS THE CLIENT ASSISTANCE PROGRAM (CAP)?

CAP is a program to help you to understand your rights under the vocational rehabilitation program or help you if you have problems receiving services from the . CAP can provide advice, representation, or legal assistance, if appropriate.
All services are free of charge and provided on a non-discriminatory basis.

**ARS 9**

# Professional Disclosure Form – Arkansas Rehabilitation Services

The purpose of public vocational rehabilitation is to assist eligible persons with disabilities in achieving an employment outcome. This outcome may be returning to your former job or obtaining a job in a new field. You and your counselor will work together to find a job that you are physically and mentally able to do that is as close as possible to your vocational goals.

You will be working with a person who is a qualified rehabilitation counselor (RC) or is being supervised by one. You will be assigned a RC. If you are not satisfied at any time, you can inform your RC, his/her supervisor, or the state agency that handles such complaints. If you feel the RC has acted in an unethical manner, you should contact the Commission on Rehabilitation Counselor Certification.

To be eligible for vocational rehabilitation services, you may first be asked to take part in an evaluation. As much as possible, your RC will use information already available in your file. However, your RC may need you to sign a release of information form so that more information can be gathered. Additional tests, exams, or evaluations may be necessary to determine if you qualify for vocational rehabilitation services.

If you are eligible for vocational rehabilitation services, you and your RC will jointly develop an Individual Plan of Employment (IPE). The IPE spells out your vocational goals and the services that will be provided in order to help you reach those goals. It is important that you exercise your consumer choice by actively participating in the development of the IPE. Some of the services that may become a part of the IPE include the items listed below. Your RC will explain each service to you.

- Evaluation for vocational rehabilitation needs
- Physical restoration
- Counseling and guidance
- Supported employment
- Educational training
- Assistive technology, services, and equipment
- Job development and placement
- Employment retention and follow-up services

The types of services provided will depend on your particular needs. You and your RC are expected to work together to identify the comprehensive services that you will need. The timeframe of your IPE depends upon your goals and your progress. Your IPE can be reviewed and changed by you and your RC as appropriate.

One very important part of your relationship with your RC is confidentiality. Personal information related to your rehabilitation services may be recorded in your file. This information will be kept private except as follows:

- If you have signed a release of information form that allows information to be shared.

**ARS 24**

That form will state who receives what information. While your signature is voluntary, you need to be aware that your decision not to sign means that information cannot be shared with other providers. Thus, it may impact the implementation of your IPE.

- If your RC believes you are going to harm or endanger yourself or others, he/she is required to notify the endangered individual(s), the proper authorities and/or officials.
- If your RC believes you are going to harm or endanger or abuse children or the elderly, he/she must report this to state or local authorities.
- If your RC or this agency is sued or court ordered and a properly issued subpoena is received, then information in your file may be released.
- If you are a minor or *not* your own legal guardian, then the information in your file may be available to your legal guardian or advocate.

It is important to remember that the goal of the RC is to help you secure a satisfactory job and that, services must be related to that goal. It is also important to know that the RC will, at all times, try to act in your best interest and protect you from unnecessary risk.

Before signing this form, your RC will review the following topics with you.

- The RC's roles and responsibilities
- Your roles and responsibilities
- The RC's approach or method
- Legal issues affecting services
- Confidentiality and limitations regarding confidentiality
- Creating and using the IPE
- Goals and types of services provided
- Types of services not provided
- Risks and benefits associated with services
- Who to contact in the event the RC is unavailable

*By signing this form, I attest that I have discussed the aforementioned topics with my RC and that I understand the information discussed as well as the information contained within this document.*

*12/01/2015 13:42:52                    David Stebbins*

David Stebbins                                      12/01/2015
Client                                             Date

KEVIN COOK                                         12/01/2015
Vocational Rehabilitation Counselor                Date

## ARKANSAS REHABILITATION SERVICES
### AUTHORIZATION FOR RELEASE OF INFORMATION

Name David Stebbins     Birth Date _____ 88     Social Security Numbe. _____

1. I hereby authorize use or disclosure of protected health/vocational information about me as described below.
2. The following individual/institution or organization is authorized to make the disclosure:

Dr. Victor Chu/Medical Recorder Address _____

_____

3. This information may be disclosed to and used by the following individual or organization:
   Attn. Of:   **Arkansas Rehabilitation Services**

   Counselor Kevin Cook M.R., CRC
   Address   715 W. Sherman Suite E
   _____ Harrison, AR 72601

   for the purpose of  ☒ Establish eligibility for vocational rehabilitation services
   ☒ Develop a vocational program for individual
   ☐ Determine need for/or type of treatment
   ☐ Other (specify) _____

   The specific type of information to be used or disclosed is as follows:
   ☒ History & Physical Examination     ☐ Medication List
   ☒ Discharge Summary                  ☐ List of Allergies
   ☐ Office Notes                       ☐ Immunization Record
   ☐ Laboratory Results                 ☐ X-Ray and Imaging Reports
   ☐ Consultation Reports regarding _____
   ☒ Vocational Records
   ☐ Other _____

4. I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.
5. I understand I have the right to revoke this authorization at any time. I understand that if I revoke this authorization I must do so in writing and present my written revocation to the entity that was authorized to release information. I understand the revocation will not apply to information that has already been released in response to this authorization. Unless otherwise revoked, this authorization will expire 12 months following the date signed by me.
6. I understand that authorizing the disclosure of this health information is voluntary. I understand any disclosure of information carries with it the potential for re-disclosure and the information may not be protected by federal confidentiality rules (HIPAA).

8. Health information may be faxed: Yes_X_  No _____  (initial appropriate space)

9. An electronic copy of the authorization will be as valid as the original.

### THIS FORM MUST BE FULLY COMPLETED BEFORE SIGNING

David Stebbins                           12-1-2015
_____        _____
Signature of Individual/Representative   Date

_____        _____
Relationship to Individual if signed by Representative   Signature of Witness

**ARS 30**

## STATE OF ARKANSAS



Asa Hutchinson
*Governor*

**Department of Career Education**
*Arkansas Rehabilitation Services*
**D. Alan McClain,** *Commissioner*

Dr. Charisse Childers
*Director*

## Arkansas Rehabilitation Services
### Kevin Cook, MA, CRC
Vocational Rehabilitation Counselor

# FAX
## CONFIDENTIAL

**To:** Dr. Victor Chu/Crossroads Medical Clinic
**Fax Number:** 870-741-6800
**From:** Kevin Cook, MA. CRC
**Fax Number:** 870-741-7231
**Date:** 12/01/2015
**Regarding:** Medical Recorder for present or pass 3 years
**Number of Pages:** 1
**Phone Number for follow-up:** 870-741-7153

---

**COMMENTS:** Medical Recorder for eligibility for services. If you have any questions please call 870-741-7180 for Caterina Matheny, Administrative Specialist II or the Counselor Kevin Cook on Tuesday and Thursday at 870-741-7153 or on Monday, Wednesdays, and Friday at 479-583-1286. Thank you.

PROHIBITION OF REDISCLOSURE: THIS INFORMATION HAS BEEN DISCLOSED TO YOU FROM RECORDS THAT ARE CONFIDENTIAL. YOU ARE PROHIBITED FROM USING THE INFORMATION FOR OTHER THAN THE STATED PURPOSE, FROM DISCLOSING IT TO ANY OTHER PARTY WITH OUT THE SPECIFIC WRITTEN CONSENT OF THE PERSON TO WHOM IT PERTAINS, AND ARE REQUIRED TO DESTROY THE INFORMATION AFTER THE STATED NEED HAS BEEN FULFILLED OR AS OTHERWISE PERMITTED BY LAW. A GENERAL AUTHORIZATION FOR THE RELEASE OF MEDICAL OR OTHER INFORMATION IS NOT SUFFICIENT FOR THIS PURPOSE.

```
┌─────────────────────────────────────┐
│ TRANSMISSION VERIFICATION REPORT     │
└─────────────────────────────────────┘
                        TIME : 12/01/2015 16:08
                        NAME : AR REHAB SERV
                        FAX  : 8707417231
                        TEL  : 8707417153
                        SER.# : BROH6J529120
```

```
┌──────────────────────────────────────────────────────────┐
│ DATE,TIME              12/01  16:07                        │
│ FAX NO./NAME           9070741600                          │
│ DURATION               00:00:34                            │
│ PAGE(S)                02                                  │
│                        COVERPAGE                           │
│ RESULT                 OK                                  │
│ MODE                   STANDARD                            │
│                        ECM                                 │
└──────────────────────────────────────────────────────────┘
```

## STATE OF ARKANSAS



| | | |
|---|---|---|
| Asa Hutchinson | **Department of Career Education** | Dr. Charisse Childers |
| *Governor* | *Arkansas Rehabilitation Services* | *Director* |
| | D. Alan McClain, *Commissioner* | |

## Arkansas Rehabilitation Services
### Kevin Cook, MA, CRC
### Vocational Rehabilitation Counselor

# FAX
## CONFIDENTIAL

**To:** Dr. Victor Chu/Crossroads Medical Clinic
**Fax Number:** 870-741-6800
**From:** Kevin Cook, MA, CRC
**Fax Number:** 870-741-7231
**Date:** 12/01/2015
**Regarding:** Medical Recorder for present or pass 3 years

ARS 32

## ARKANSAS REHABILITATION SERVICES
### AUTHORIZATION FOR RELEASE OF INFORMATION

Name David Stebbins     Birth Date _____ -188     Social Security Number _____

1. I hereby authorize use or disclosure of protected health/vocational information about me as described below.
2. The following individual/institution or organization is authorized to make the disclosure:

Dr. Robert Frenel                    Address _____

_____

3. This information may be disclosed to and used by the following individual or organization:
   Attn. Of:   **Arkansas Rehabilitation Services**

   Counselor Kevin Cook M.R., CRC
   Address   715 W. Sherman Suite E
   _____ Harrison, AR 72601

   for the purpose of   ☒ Establish eligibility for vocational rehabilitation services
                        ☒ Develop a vocational program for individual
                        ☐ Determine need for/or type of treatment
                        ☐ Other (specify) _____

   The specific type of information to be used or disclosed is as follows:
   ☒ History & Physical Examination      ☐ Medication List
   ☒ Discharge Summary                   ☐ List of Allergies
   ☐ Office Notes                        ☐ Immunization Record
   ☐ Laboratory Results                  ☐ X-Ray and Imaging Reports
   ☐ Consultation Reports regarding _____
   ☒ Vocational Records
   ☐ Other _____

4. I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.
5. I understand I have the right to revoke this authorization at any time. I understand that if I revoke this authorization I must do so in writing and present my written revocation to the entity that was authorized to release information. I understand the revocation will not apply to information that has already been released in response to this authorization. Unless otherwise revoked, this authorization will expire 12 months following the date signed by me.
6. I understand that authorizing the disclosure of this health information is voluntary. I understand any disclosure of information carries with it the potential for re-disclosure and the information may not be protected by federal confidentiality rules (HIPAA).

8. Health information may be faxed: Yes X    No _____    (initial appropriate space)

9. An electronic copy of the authorization will be as valid as the original.

### THIS FORM MUST BE FULLY COMPLETED BEFORE SIGNING

_David X Stebbins_                    12-01-2015
Signature of Individual/Representative      Date

_____      _____
Relationship to Individual if signed by Representative      Signature of Witness

### STATE OF ARKANSAS



| Asa Hutchinson | **Department of Career Education** | Dr. Charisse Childers |
|---|---|---|
| *Governor* | ***Arkansas Rehabilitation Services*** | *Director* |
| | **D. Alan McClain,** *Commissioner* | |

## Arkansas Rehabilitation Services
Kevin Cook, MA, CRC
Vocational Rehabilitation Counselor



# CONFIDENTIAL

**TO:** Robert Frenal/Vantage Point
**Fax Number:** 870-741-2722
**From:** Kevin Cook, MA. CRC
**Fax Number:** 870-741-7231
**Date:** 12/01/2015
**Regarding:** Medical Recorder for present or pass 3 years
**Number of Pages:** 1
**Phone Number for follow-up:** 870-741-7153

---

**COMMENTS: Medical Recorder for eligibility for services. If you have any questions please call 870-741-7180 for Caterina Matheny, Administrative Specialist II or the Counselor Kevin Cook on Tuesday and Thursday at 870-741-7153 or on Monday, Wednesdays, and Friday at 479-583-1286. Thank you.**

PROHIBITION OF REDISCLOSURE: THIS INFORMATION HAS BEEN DISCLOSED TO YOU FROM RECORDS THAT ARE CONFIDENTIAL. YOU ARE PROHIBITED FROM USING THE INFORMATION FOR OTHER THAN THE STATED PURPOSE, FROM DISCLOSING IT TO ANY OTHER PARTY WITH OUT THE SPECIFIC WRITTEN CONSENT OF THE PERSON TO WHOM IT PERTAINS, AND ARE REQUIRED TO DESTROY THE INFORMATION AFTER THE STATED NEED HAS BEEN FULFILLED OR AS OTHERWISE PERMITTED BY LAW. A GENERAL AUTHORIZATION FOR THE RELEASE OF MEDICAL OR OTHER INFORMATION IS NOT SUFFICIENT FOR THIS PURPOSE.

```
┌─────────────────────────────────┐
│ TRANSMISSION VERIFICATION REPORT │
└─────────────────────────────────┘
                          TIME  : 12/01/2015 16:09
                          NAME  : AR REHAB SERV
                          FAX   : 8707417231
                          TEL   : 8707417153
                          SER.# : BROH6J529120
```

```
┌─────────────────────────────────────────────────────────────┐
│   DATE,TIME                    12/01  16:09                   │
│   FAX NO./NAME                 98707412722                    │
│   DURATION                     00:00:39                       │
│   PAGE(S)                      02                             │
│                                COVERPAGE                      │
│   RESULT                       OK                             │
│   MODE                         STANDARD                       │
│                                ECM                            │
└─────────────────────────────────────────────────────────────┘
```

## STATE OF ARKANSAS



Asa Hutchinson
*Governor*

**Department of Career Education**
*Arkansas Rehabilitation Services*
**D. Alan McClain,** *Commissioner*

Dr. Charisse Childers
*Director*

## Arkansas Rehabilitation Services
### Kevin Cook, MA, CRC
### Vocational Rehabilitation Counselor

# FAX

## CONFIDENTIAL

**TO:** Robert Frenal/Vantage Point
**Fax Number:** 870-741-2722
**From:** Kevin Cook, MA. CRC
**Fax Number:** 870-741-7231
**Date:** 12/01/2015
**Regarding:** Medical Recorder for present or pass 3 years

ARS 35

12/Dec. 2.2015: 1:13PM707417231          AR REHAB SERV          No. 2423  P/P. 1 01/02

## STATE OF ARKANSAS



Asa Hutchinson
*Governor*

**Department of Career Education**
*Arkansas Rehabilitation Services*
**D. Alan McClain,** *Commissioner*

Dr. Charisse Childers
*Director*

## Arkansas Rehabilitation Services
Kevin Cook, MA, CRC
Vocational Rehabilitation Counselor

# FAX
## CONFIDENTIAL

TO: Robert Franal/Vantage Point
Fax Number: 870-741-2722
From: Kevin Cook, MA. CRC
Fax Number: 870-741-7231
Date: 12/01/2015
Regarding: Medical Recorder for present or pass 3 years –
Number of Pages: 1
Phone Number for follow-up: 870-741-7153

*No records on this patient*

COMMENTS: Medical Recorder for eligibility for services. If you have any
questions please call 870-741-7180 for Caterina Matheny, Administrative
Specialist II or the Counselor Kevin Cook on Tuesday and Thursday at 870-
741-7153 or on Monday, Wednesdays, and Friday at 479-583-1286. Thank
you.

PROHIBITION OF REDISCLOSURE: THIS INFORMATION HAS BEEN DISCLOSED TO YOU FROM RECORDS THAT ARE CONFIDENTIAL.
YOU ARE PROHIBITED FROM USING THE INFORMATION FOR OTHER THAN THE STATED PURPOSE, FROM DISCLOSING IT TO ANY
OTHER PARTY WITH OUT THE SPECIFIC WRITTEN CONSENT OF THE PERSON TO WHOM IT PERTAINS, AND ARE REQUIRED TO
DESTROY THE INFORMATION AFTER THE STATED NEED HAS BEEN FULFILLED OR AS OTHERWISE PERMITTED BY LAW. A GENERAL
AUTHORIZATION FOR THE RELEASE OF MEDICAL OR OTHER INFORMATION IS NOT SUFFICIENT FOR THIS PURPOSE.

ARS 36

# Social Security Administration
## Supplemental Security Income
Important Information

SOCIAL SECURITY
131 W INDUSTRIAL PK RD
HARRISON AR 72601

Date: October 31, 2015
Claim Number:

000000328  I=000000   1026 2 COM

328 1 MB 0.436
A67 15S1034G69913
DAVID ANTHONY STEBBINS
123 W RIDGE APT D
HARRISON AR 72601-4236

We are writing to tell you about changes in your Supplemental Security
Income (SSI) record.  This action does not change your current payment
amount.

### Your Payments Will Be As Follows:

| From | Through | Amount Due Each Month |
|---|---|---|
| December 1, 2015 | Continuing | $733.00 |

### When You Will Receive Your Payments

Your bank or other financial institution will receive your monthly payment of
$691.40 around December 1, 2015, and on the first of each month after that.

### Information About Your SSI Payments

By withholding $41.60 from the December 2015 payment, we will complete
recovery of all overpayments on your account that can be collected through
benefit withholding.

See Next Page

SSA-L8186

Contact Note: 12/01/2015 01:43:41 PM - Case Note (David Stebbins, XXX-)          (... Page 1 of 3

# **Client Contact Note**

Client Name:     David Stebbins

Date:            12/01/2015
Description:     Case Note

Whose Note:      KEVIN COOK

For Program:     VR
Status:          02

Type of          Face to Face        Location: Office
Contact:

Flag this Contact Note?

Note:
David is a 27 year old male who was referred by Disability Rights Arkansas. Client lives by himself and receives disability benefits for Asperger's per his medical records. Counselor asked if there are additional doctors and Dr. Robert Frenal and Dr. Chu have been sent release of information forms.

He told me I was against him as soon as he set down. I explained that my goal is to work with him so that together we can find a way for him to be successful in his goals.

Client has attended NAC in Harrison but was not able to complete his studies. He reported attending U of A Fayetteville but said he was kicked out. Client was not cooperative so not able to discuss his grades and obtaining copies. Counselor will suggest RIDAC testing for evaluation and the need to have a copy of transcripts from both NAC and U of A.

Client smelled like he has not taken a bath is along time. Hygiene will be a sensitive topic that will have to be discussed at some point.

He emailed me several times requesting a copy of the questions he would have to answer so he could have time to think through them. He also states that his family is against him and everyone he meets is out to get him - "The whole world hates me." was another comment. David said, "all I have is myself and my 10,000 roaches I live with." Counselor told him I am here because I genuinely care and want what is best for him.

Client said he needs assistance with paying for college. Counselor told him we can assist with funding but he must apply for pell grants, FASFA, loans, etc. to pay his part. Client

https://arrsa.libera.com/Sys7AR/Iformdisplay.aspx?JsPageY7/PektBOEEcpBpfZVoep17K...   10/28/2016

Contact Note: 12/01/2015 01:43:41 PM - Case Note (David Stebbins, XXX-X:          (... Page 2 of 3

said he has loans of over $40,000 and needs extra funding. Counselor explained that ARS policy allows for paying for expenses for attending college and for extenuating circumstances we can go up to $2,500 per semester or $5,000 a school year. Client explained he has extenuating circumstances that requires more assistance. He said he needs funds for moving to Russellvllle to attend Arkansas Tech, to pay for an apartment, summer school so he will not have to find another place to live, travel if an apartment is required too far from campus and living expenses.

Here is the latest email from Mr. Stebbins (12/02/2015):

I've looked up the costs of attendance to see how much extra money I'll need. Take a look at these two links:

http://www.atu.edu/academics/catalog/colleges/applied_sciences/dept_comp_info_sci.html
www.atu.edu/stuaccts/tuitionfees.php

As you can see from the first link, the semester where I'll have the most credit hours is the second freshman semester, where I'll have 17 hours.

According to the second link, that means my cost of attendance, per semester, will be ...
$3,655 for tuition
$731 in student fees
$1,596.00 for a residence hall (because remember, I don't have a car).
$15 for a mandatory P.O. box, and
$1,274.00 for a meal plan that lets me have two meals per day.

Add it all up, and that comes out to $7,271.00 per semester.

I can probably get the maximum pell grant. However, A) that doesn't help me in the summer semester (because as I said before, I absolute HAVE to take summer semesters because I won't have a home to go back to), and B) that still puts me $4,383.50 in the red, per semester.

So, I would need $16,038 per year from you. That amounts to an increase of $11,038 in "extenuating circumstances" funds.

-------------------------------------------------------

On Tue, 12/1/15, Kevin Cook <Kevin.Cook@arkansas.gov> wrote:

Subject: RE: Another extenuating circumstance
To: "David Stebbins" <stebbinsd@yahoo.com>
Date: Tuesday, December 1, 2015, 2:59 PM

thanks

-----Original Message-----
From: David Stebbins [mailto:stebbinsd@yahoo.com]

Contact Note: 12/01/2015 01:43:41 PM - Case Note (David Stebbins, XXX-XX          (... Page 3 of 3

Sent: Tuesday, December 1, 2015 2:23 PM
To: Kevin Cook
Subject: Another
extenuating circumstance

Dear Mr. Cook,

On my way back home, I remembered another
extenuating circumstance that you could forward to your
boss:

I need assistance in
making the one-way trek to ATU campus. That'll easily
cost about $500, since I'll have to take ALL my
possessions with me.

Please
include that in your report.

Thank you.
David Stebbins

As you can see from all of this additional medical records are needed and
were requested as something else seems to be going on with Mr. Stebbins.
Counselor will inform Mr. Stebbins that his requirements are more than ARS
can provide do to our policy of spreading out of funds to assist as many
people as possible and that the $5,000 per year max limit is set to enable us
to reach that goal. Counselor will also inform client that we can help with job
placement services in lieu of school if he cannot obtain additional funding due
to his current $40,000 debt. KDC

Assign this as a task to:   |   |

**ARS 44**

*12/1/15*
*med. brought in*
*by*
*David*

St. Bernards Medical Center

*** PATIENT INFORMATION ***

*** PHYSICIAN INFORMATION ***

*** EMPLOYMENT INFORMATION ***

*** CONTACT INFORMATION ***

*** GUARANTOR INFORMATION ***

*** OCCURRENCE INFORMATION ***

St. Bernards Medical Center
225 East Jackson
Jonesboro, AR  72401

Patient Name: STEBBINS,DAVID
Account # SV0131867699
Med Rec # SM07090944
Age: 26
DOB:          )88
Hospital Service: IN01M
Room # 305-0B
Admit Date: 04/25/15
Admitting Doctor: WEEKS, ELOISE E  MD
Attending Doctor: WEEKS, ELOISE E  MD
Documented By: SMITH,MARK M MD
Date and Time:  04/24/15 0501
Primary Care Provider:

ER Physician Documentation

STATUS:  Signed

## General History Present Illnes

**- General**
**\*\*Description/Onset of Symptoms:** ems states transported here for further eval of possible overdose on bleach, drank approx 3 cups of bleach, patient states pain to stomach and throat, no burning to lips or mouth noted in er.
**\*\*Information Source:** ems/self
**Exam Limitations:** Clinical Condition, Physical Impairment

**- History of Present Illness**
**Initial Comments:**
26-year-old male transferred to this facility from an emergency room in Harrison Arkansas the history that he ingested some liquid bleach earlier yesterday and an apparent suicidal attempt. The patient is here alone he has Asperger's syndrome and is not particularly cooperative and obtaining his history. Patient states he drank about 3 cups of an unknown brand-name bleach which he bought at a Dollar store. The color of the bottle was clear. This is the extent of the information he is willing or able to give me as far as the nature of his ingestion. Patient states he has vomited 3 times since his ingestion vomited what he describes as "bleach", and blood. He denies any respiratory symptoms. Patient complains of pain in his epigastric area through the middle of his chest and up into his mouth and oral cavity which he complains is also painful. The patient is a sleepy arouses easily as noted above is not very cooperative with obtaining history he does respond coherently and answers most questions with one or 2 word responses.
**Symptom Location:** Neck, Chest, Abdomen, Generalized
**Timing/Duration:** yesterday
**Quality/Severity:** Moderate
**Allergies/Adverse Reactions:**

### Allergies

| Allergy/AdvReac | Type | Severity | Reaction | Status | Date / Time | |
|---|---|---|---|---|---|---|

ER Physician Documentation

**ARS 46**

Continued
2

ER Physician Documentation

STEBBINS,DAVID

Account #: SV0131867699

| No Known Allergies | Allergy | | | Verified | 04/24/15 04:47 |

**Home Medications:**

### Ambulatory Orders

| Medication | Instructions | Recorded |
| NK [No Known Home Meds] | | 04/24/15 |

**Past Medical History**

**- Past Medical History**
**Past Medical History:** Yes

**- Cardiovascular**
**History of Cardiovascular Disease:** No

**- HEENT**
**History of HEENT Problems:** No

**- Respiratory**
**History of Respiratory Problems:** No

**- Gastrointestinal**
**History of GI Problems:** No

**- Genitourinary**
**History of GenitoUrinary Problems:** No

**- Endocrine**
**History of Endocrine Problems:** No

**- Musculoskeletal**
**History of Musculoskeletal Problems:** No

**- Reproductive**
**History of Male Problems:** No

**- Integumentary**
**History of Skin Problems:** No

**- Neurological**
**History of Neurological Problems:** No

**- Cancer**
**History of Cancer:** No

**- Hematologic**
**History of Hematologic Problems:** No

**- Autoimmune**

ER Physician Documentation

ARS 47

Continued                    ER Physician Documentation                    STEBBINS,DAVID
3

Account #: SV0131867699

**History of Autoimmune Problems:** No

**- Psychosocial**
**Hx Psychosocial Problems:** Yes
**Psychosocial History:** Aspergers Disease, Depression
**Psychosocial History Comment:** IED

**Past Surgical History**

**- Surgical History**
**Surgical History:** Yes
**Surgical History:** Hernia Repair, Inguinal

**Social History**

**- History of Tobacco Use**
**Smoking Cessation:** Never Smoker

**- History of Alcohol Use**
**Alcohol Use:** No

**- History of Drug Use**
**History of Drug Use:** No

**- Living Arrangement**
**Lives with:** Family

**Review of Systems**

**- Review of Systems**
**Review of Systems:** All other systems reviewed and negative - pt is not overly cooperative, thus accuracy of history is in question
**EENTM:** Mouth Pain, Throat Pain
**Respiratory:** denies: Short Of Breath
**Cardiology:** Chest Pain
**Gastrointestinal/Abdominal:** Abdominal Pain
**Musculoskeletal:** No Symptoms Reported
**Skin:** No Symptoms Reported
**All Other Systems:** Reviewed and Negative

**- Review**
**I have documented the ROS for this visit:** Yes

**ED MD Exam**

**- General**
**Pulse Oximetry Interpretation as ___%:** 98
**Type:** Room Air
**Pulse Oximetry Adequacy:** Normal

**- Physical Exam**
**General Appearance:** WD/WN, No Apparent Distress
**Eyes, Ears, Nose, Throat Exam:** Normal ENT Inspection   no visible burns/lesions/irritation of lips

ER Physician Documentation

Continued
4

ER Physician Documentation

STEBBINS,DAVID

Account #: SV0131867699

tongue or oral cavity.
**Neck:** Non-Tender, Normal Inspection
**Respiratory:** Chest Non-tender, No Respiratory Distress
**Cardiovascular/Chest:** Regular Rate, Rhythm
**Abdominal Exam:** Normal Bowel Sounds, Soft, Tenderness.  negative: Distended, Guarding, Rebound
**Extremities Exam:** non-tender, no edema
**Neurological:** No foci neuro/motr defict.  negative: alert
**Eye contact:** Uncooperative
**Skin Exam:** Normal Color

- **Reviewed**
**I have documented the PE for this visit:** Yes

<u>Course</u>

- **Course**
**Orders, Labs, Meds:**

### Vital Signs - 24 hr

|  | 04/24/15 04:37 |
|---|---|
| Temperature | 98.6 F |
| Pulse Rate [ Left Pulse Ox] | 100 H |
| Respiratory Rate | 21 |
| Blood Pressure [Left Arm Sitting] | 128/92 |
| O2 Sat by Pulse Oximetry | 98 |

**Result Diagrams:**

04/25/15 03:30

9.5 \ 13.8L / 152
   / 41.2L \

04/25/15 03:30

135L | 106 | 12 \ 81
3.6  | 21L | 0.9 /

<u>**ED MD Note**</u>

- **Physician Note**
**ED MD Note:**

04/24/15 05:11
SBBH evaluated/agrees to accept pt when medically cleared.
D/W Dr Merryman UNA, admit obs for Dr Holder.

ER Physician Documentation

ARS 49

Continued
5

ER Physician Documentation

STEBBINS,DAVID

Account #: SV0131867699

### ED MD Medicaid Statement

- Medicaid Statement
**Patient Status by Prudent Layperson's Definition::** Emergent
**Patient::** Treated in ED

### Departure

- Departure
**Disposition:** Admit as Observation
**Discharge Problem/Impression:**
Ingestion of bleach, Suicidal ideation, Asperger's syndrome, History of hematemesis, Esophagitis, acute
**Condition:** Fair
**Home Medications:**
**Ambulatory Orders**

NK [No Known Home Meds]


Signature: MARK M SMITH  MD

<Electronically signed by MARK M SMITH  MD> 04/26/15 0503


MSMITH1/MMS
DD/DT: 04/24/15 0501
TD/TT: 04/24/15 0501

cc:

**St Bernards Medical Center** 225 East Jackson Jonesboro, AR 72401
**Hospitalist H&P**
Patient Name: STEBBINS,DAVID
Account # SV0131867699   **Med Rec #** SM07090944
Admit Date: 04/24/15   DOB:          8   **Age:** 26   **Sex:** M
**Date and Time:** 04/24/15 0552   Status: Signed

## Hospitalist History & Physical

**Chief Complaint:** "There is no justice in the world"
**HPI:**
Pt is a 36 yr old male that was transferred here from North Arkansas Regional medical center after reports of intention to harm himself by drinking bleach. Pt has a history of Asperger's. He was taken to ED after reports of drinking three cups of bleach to commit suicide. He states he drank the bleach because "there is no justice in the world". He complains of throat, abdomen and chest pain. He denies nausea, vomiting diarrhea. Transfer paperwork states he drank 32 oz of household bleach and vomited bright red blood at home. He denies drug or alcohol ingestion. He is very short with answers and refuses to answer most questions. No family at bedside, information obtained from transfer paperwork.

**- Past History**
**Medical History:**
Asperger's syndrome

**Surgical History:**
Hernia Repair, Inguinal

**Family History:**
No known family history
**Social History:**
Never Smoker
 Denies alcohol
denies illicit drugs

**- Review of Systems**
except as per HPI
**Constitutional:** Denies: weight loss, fever, chills, night sweats, change in appetite, other
**Ears/Nose/Throat:** Denies: tinnitus, otalgia, epistaxis, post nasal drip, voice changes, other
**Cardiovascular:** Confirms: chest pain.  Denies: heart palpitations, edema, orthopnea, other
**Respiratory:** Confirms: hemoptysis.  Denies: SOB, wheezing, DOE, cough, sputum, other
**Gastrointestinal:** Confirms: vomiting.  Denies: nausea, diarrhea, melena, hematochezia, change in stool, odynophagia, anorexia, dyspepsia, other
**Genitourinary/Gynecologic:** Denies: dysuria, hematuria, urgency, frequency, incontinence, pelvic

Hospitalist H&P

ARS 51

Continued                              Hospitalist H&P                           STEBBINS,DAVID

                                                                                 SV0131867699

pain, vaginal bleeding, discharge, last menses, other
**Musculoskeletal:** Denies: arthralgia, myalgia, weakness, trauma, frequent falls, other
**Neurologic:** Denies: dizziness, confusion, tremor, headache, focal weakness, paresthesia, ataxia, dysarthria, memory loss, other
**Endocrine:** Denies: heat/cold intolerance, polyuria, polyphagia, polydipsia, other
**Psychologic:** Confirms: suicidal ideation. Denies: fear, anxiety, tearful, worthlessness, other
**Integumentary/Breast:** Denies: rashes, masses, ulcerations, tattoos, tenderness, implants, discharge, other
**Hematologic/Lymphatic:** Denies: bleeding or brusing easily, swollen lymph nodes, history of blood transfusion, anemia, other
**Allergic/Immunologic:** Denies: asthma, hives, eczema, rhinitis, pruritus, other
**Vital Signs**

| Temp | Pulse | Resp | BP | Pulse Ox |
|------|-------|------|-----|----------|
| 98.6 F | 100 H | 21 | 128/92 | 98 |
| 04/24/15 04:37 | 04/24/15 04:37 | 04/24/15 04:37 | 04/24/15 04:37 | 04/24/15 05:12 |

**- Physical Exam**
**Constitutional/Psychiatric:** alert, oriented to time, oriented to place, oriented to person
**Head:** normocephalic, atraumatic, no sinus tenderness
**Neck:** supple, trachea midline, no thyromegaly
**Eyes:** PERRL, EMOI, no icterus
**Ears:** hears ordinary conversation, tympanic membranes intact bilateral
**Nose:** nares patent and functional, turbinates not inflamed, other
**Mouth/Throat:** uvula midline, pharynx not injected, tongue midline, moist mucous membranes, other
**Cardiovascular:** regular rate, regular rhythm, without murmur
**Respiratory:** clear to auscultation bilaterally, no wheeze, no rales, no rhonchi, chest wall moves symmetrically with inspiration, chest wall moves symmetrically with expiration
**Gastrointestinal:** soft, nontender, nondistended, positive bowel sounds, no organomegaly palpated
**Musculoskeletal:** no costovertebral angle tenderness, equal strength upper extremities, equal strength lower extremities
**Peripheral Pulses:** Dorsalis-Pedis (L): 2+, Dorsalis-Pedis (R): 2+, Radial (L): 2+, Radial (R): 2+
**Lymphatic:** no neck adenopathy, no supra/intraclavicular adenopathy, no axillary adenopathy, no inguinal adenopathy
WBC-14.9
Hgb-17.1
Hct-49.3
Plt-265
Na-139
K-3.3
Cl-106
CO2-20
BUN-20

Hospitalist H&P

Continued                          Hospitalist H&P                          STEBBINS DAVID

                                                                            SV0131867699

Cr 1.1
UDS all negative

Pertinent labs reviewed, Pertinent vital signs reviewed

**- VTE Prophylaxis**
**VTE Prophylaxis:** TEDs & SCDs

*<KAUFFMAN,ANDREW W RN - Last Filed: 04/24/15 05:52>*

**- Past History**
**Surgical History:**
Hernia Repair, Inguinal

**Social History:**
Never Smoker Incapacitated

**Physician Addendum:**
Pt seen/examined.  Agree with H&P, PE and summarized A/P.  See orders.

*<MERRYMAN,DARON E   Last Filed: 04/24/15 06:58>*

**- Allergies & Home Medications**
**Allergies**

No Known Allergies Allergy (Verified 04/24/15 04:47)

Signature: ANDREW W KAUFFMAN RN
DARON E MERRYMAN  MD
<Electronically signed by DARON E MERRYMAN  MD> 04/24/15 0658

Hospitalist H&P

STEBBINS, DAVID
PT: SV0131867699
SEX: M   DOB:        38   AGE: 026
DT: 04/25/2015        MR:SM07090944

  

ST. BERNARDS
MEDICAL CENTER
Behavioral Health Unit
Jonesboro, AR

SBHU3012

**ADULT ADMISSION**
**PSYCHIATRIC EVALUATION**

Date of admission _____ 4-25-15 _____     Type of admission: ✓ Voluntary
Date of evaluation _____ 4-26-15 _____                        _____ Involuntary
Admitting physician: SBMC NEVICU - Transfer from NAENC.
Attending physician: Weeks
Orienting statement: 26 y/o CF, single, unemployed. Lives alone in Harrison, AR

Chief complaint: _____

"I tried to kill myself by drinking bleach."

26 y/o CM c pohx of Aspergers Syndrome per chart.
History of present illness: Transferred from NAENC to SBMC NEVICU after intentionally swallowing 3 cups of bleach. Trigger: "There is no justice, the government is corrupt." Reports he is suing his father following altercation c father where father hit pt and then cut himself and blamed on pt. He was arrested in 2011 and court did not rule in his favor. Therefore, pt has been focused on "how corrupt the government is." Voiced HI toward corrupt government officials and expressed if suicide was the way to be without pain, he would act on it. Onset SI age 15y/o

Past Psychiatric treatment/history: Vista Health in Fort Smith: 2007 c recent Outpt - none        decline in mood 2 mo ago. Notes depression. Ø SA prior to admission      depression SI10, ①      hopeless, despair.

Family Psychiatric history: None reported      A. is very short c answers
Dad - etoh, A. verbally physically      and refused to answer
Trial Risperdal      majority of questions

# 3012 Rev. 08/2009

ARS 54

Page 1 of 4

STEBBINS, DAVID
PT: SV0131867899
SEX: M    DOB:              B  AGE: 026
REG DT: 04/25/2015            MR:SM07090944

SBHU3012



**ST. BERNARDS**
MEDICAL CENTER
*Behavioral Health Unit*
Jonesboro, AR

138
9.5 ╳ 152
11.2

135 | 106 | 12 | 81
3.6 | 21 | 0.9

A3T : 31
ALT : 38

**ADULT ADMISSION
PSYCHIATRIC EVALUATION**

Past Medical / Surgical History / Allergies: __NKA__
Surg hx: hernia repair
PMH: intentional OD

**HABITS:**

Lifetime history of alcohol / drug abuse : __Denies__

Legal status: domestic battery 2011
Denies upcoming court dates

**MENTAL STATUS EXAM:** BP: 153/75 P: 99 R: 16 SaO₂ : 95% RA T: 98

Appearance: stated age, minimally cooperative. Tall, poor eye contact, staring at floor c̄ head supported by hands

Mood / Affect: " sleepy " irritable, agitated

Speech: language intact

Intellectual function: __SSI__
1 semester U of A → kicked out b/c
"they misconstrued something I said as a threat"

**THOUGHTS:**
Process: linear / perseverates on corruptness of Government

Content: "If I could die without pain, I would take that" HI - toward corrupt government officials

Delusions: Denies hopeless/nihilistic viewpoint


STEBBINS, DAVID
PT: SV0131867699
SEX: M   DOB:        8   AGE: 026
DT: 04/25/2015       MR:SM07090944


SMIU3012


ST. BERNARDS
MEDICAL CENTER
*Behavioral Health Unit*
Jonesboro, AR

**ADULT ADMISSION**
**PSYCHIATRIC EVALUATION**

Perceptual Disorders / Hallucination: *Denies AVH*
*"How would I know if they are real or not?"*

**COGNITION:**
Orientation: *AAOx4*

Judgment / Insight: *Poor x 2*

Memory / Retention / Recall
*3/3 at 5 minute recall*

Remote: *intact*          *FK: 3/3*

Recent: *intact*          *Conc: 5/5*

Immediate: *intact*

Abstracting ability: *good*

**SAFETY:**

Violence to self or others in previous year: *No*

Homicidal: *No*

Suicide plan or attempt within 1 year: *(+)*

Markedly decreased daily function:

**STRENGTHS:**  (Circle all that apply—**minimum of two**)

(VERBAL)          FAMILY SUPPORTIVE      GOOD PHYSICAL HEALTH      (MOTIVATED)

INTELLIGENT / INSIGHTFUL          EMPLOYED          ATHLETIC     (minimally COOPERATIVE)

OTHER:

**WEAKNESSES:**  (Circle all that apply)

POOR PHYSICAL HEALTH      (CHAOTIC SOCIAL SITUATION)      NOT COOPERATIVE

LIMITED COGNITIVE ABILITIES     (IMPULSIVE)     DECREASED AUDIO/VISUAL ACUITY

(LACK OF INSIGHT)     TREATMENT NON-COMPLIANCE     (CHRONIC MENTAL

ILLNESS)

(LEGAL PROBLEMS)          SCHOOL PROBLEMS

OTHER:

STEBBINS, DAVID
PT: SV01318676???
SEX: M   DOB:
???DT: 04/25/2015

\GE: 026
MR:SM07090944





SBH03012



**ST. BERNARDS**
MEDICAL CENTER
*Behavioral Health Unit*
**Jonesboro, AR**

**ADULT ADMISSION
PSYCHIATRIC EVALUATION**

**DIAGNOSIS:**

AXIS I: MADRS
Aspergers
r/o IED   r/o Delusional

AXIS II: Cluster B traits — narcissistic, antisocial

AXIS III: Recent OD c̄ bleach

AXIS IV: primary Isocial / legal

AXIS V: Current Global Assessment of Function  28  Highest Past Year _____

**EVALUATION:**

LABS (CIRCLE): TSH   HEMOGRAM   LFTIS   CMP   BMP
URINE DRUG SCREEN   UA / PREG   UDSC completed at Presentation
Other Labs: B12 _____ Drug Level (Name): _____

**TREATMENT:**

Medications: Zoloft 50mg   Daily therapy
Collateral

Therapies: ____ Group ____ Family ____ Individual
✓ Activity Therapy

**MILIEU:** ✓ Therapeutic Level System ✓ Medication Teaching ✓ Nursing Education Group

Prognosis: _____   Estimated Length of Stay: 4-6 days

Physician Signature _____   Date/Time 4/26/15 1218

Malloy Broadaway, DNP
4-26-15 1035

# 3012 Rev. 08/2009

ARS 57

Page 4 of 4

12/Dec. 2. 2015: 1:13PM707417231          AR REHAB SERV          No. 2423  P.?  1 01/02

## STATE OF ARKANSAS



Asa Hutchinson
*Governor*

**Department of Career Education**
*Arkansas Rehabilitation Services*
D. Alan McClain, *Commissioner*

Dr. Charisse Childers
*Director*

## Arkansas Rehabilitation Services
### Kevin Cook, MA, CRC
### Vocational Rehabilitation Counselor

# FAX
## CONFIDENTIAL

TO: Robert Frenal/Vantage Point
Fax Number: 870-741-2722
From: Kevin Cook, MA. CRC
Fax Number: 870-741-7231
Date: 12/01/2015
Regarding: Medical Recorder for present or pass 3 years –
Number of Pages: 1
Phone Number for follow-up: 870-741-7153

*— No records on this patient*

COMMENTS: Medical Recorder for eligibility for services. If you have any questions please call 870-741-7180 for Caterina Matheny, Administrative Specialist II or the Counselor Kevin Cook on Tuesday and Thursday at 870-741-7153 or on Monday, Wednesdays, and Friday at 479-583-1286. Thank you.

PROHIBITION OF REDISCLOSURE: THIS INFORMATION HAS BEEN DISCLOSED TO YOU FROM RECORDS THAT ARE CONFIDENTIAL. YOU ARE PROHIBITED FROM USING THE INFORMATION FOR OTHER THAN THE STATED PURPOSE, FROM DISCLOSING IT TO ANY OTHER PARTY WITH OUT THE SPECIFIC WRITTEN CONSENT OF THE PERSON TO WHOM IT PERTAINS, AND ARE REQUIRED TO DESTROY THE INFORMATION AFTER THE STATED NEED HAS BEEN FULFILLED OR AS OTHERWISE PERMITTED BY LAW. A GENERAL AUTHORIZATION FOR THE RELEASE OF MEDICAL OR OTHER INFORMATION IS NOT SUFFICIENT FOR THIS PURPOSE.

Contact Note: 12/03/2015 01:02:57 PM - Client Contact (David Stebbins, XXX-XX-          Page 1 of 2

# Client Contact Note

Client Name:      David Stebbins

Date:             12/03/2015
Description:      Client Contact

Whose Note:       KEVIN COOK

For Program:      VR
Status:           02

Type of           Correspondence
Contact:

                                        Flag this Contact Note?

Note:
Email form Mr. Stebbins:

-----Original Message-----
From: David Stebbins [mailto:stebbinsd@yahoo.com]
Sent: Thursday, December 3, 2015 10:50 AM
To: Kevin Cook
Subject: RE: Another extenuating circumstance

You said you would get back to me by Thursday. Well, what's the status?


David,

I must get your additional medical records first (which we sent for) and then I will have you come
in regarding your case and potential services. Received reply requesting Dr. Robert Frerral's
medical record's at Vantage Point and they say they have "no records on this patient." Was this
the right place or is there another place for this Doctor?

Thank you

Contact Note: 12/09/2015 09:53:17 AM - Contact (David Stebbins, XXX-XX          (S...   Page 1 of 2

# Client Contact Note

**Client Name:**     David Stebbins

**Date:**               12/09/2015
**Description:**      Contact

**Whose Note:**     KEVIN COOK

**For Program:**     VR
**Status:**              02

**Type of
Contact:**            Correspondence

                                        Flag this Contact Note?

**Note:**
Hey, didn't you tell me, yesterday, that you were going to follow up and give me more details?
Where are the details?

-------------------------------------------
On Mon, 12/7/15, Kevin Cook <Kevin.Cook@arkansas.gov> wrote:

Subject: RE: Another extenuating circumstance
To: "David Stebbins" <stebbinsd@yahoo.com>
Date: Monday, December 7, 2015, 10:04 AM

David,

As I told you we allow 60 days to get medical records.
Everything is going well and I am researching to see how we  can assist you. More later very busy.

Thanks

-----Original Message-----
From: David Stebbins [mailto:stebbinsd@yahoo.com]

Sent: Friday, December 4, 2015 5:50 PM
To: Kevin Cook

Contact Note: 12/09/2015 09:53:17 AM - Contact (David Stebbins, XXX-XX     'S...    Page 2 of 2

Subject: RE: Another extenuating circumstance

So, you can't even file a petition in court to compel them  to produce it?

Assign this as a task to:

# Client Contact Note

Client Name:     David Stebbins

Date:            12/04/2015
Description:     Client Contact

Whose Note:      LORRAINE MILLER CRC

For Program:     VR
Status:          02

Type of          Phone
Contact:

Flag this Contact Note?

Note:
I was asked to speak with David on this date. He was quite agitated, and (I assume) wanted to speak with a supervisor about his counselor. Our District Manager was not available and I was asked to talk to him. I was told by the person answering his call that he had been "yelling" at her. When I picked up the phone and asked him his name, and how to spell it, etc., he asked if he could give me his number so I could call him back, which I promptly did. He sounded very, very anxious, was breathing hard, talking very fast, etc. At one point, I counseled with him on trying to calm himself down. He was upset because he had requested an exception to the service provision policy so he could get his school expenses paid. He wants to go to Arkansas Tech in Russellville, and will need to live in the dorm, and go to summer school since he would have to give up his apartment in Harrison. I asked what he wants to study, and he said computers. I inquired about his taking some online classes, but he did not think there were many he could take. He asked if I thought his request for ARS spending more than the allowed amount would be approved, and I told him I had no idea about that. I told him I seldom ask for an exception, and the requests aren't always approved. He wanted a different counselor, and said he wanted one that would be in Harrison more. I told him there was only one other counselor and I was not certain how many days she was in the Harrison office, as a large territory was served out of that office. He was most upset because he said his counselor had told him he would let him know on Thursday about his request for services exceeding the

Contact Note: 12/04/2015 01:53:32 PM - Client Contact (David Stebbins, XXX-XX-          Page 2 of 2

allowed amount. He said it was unprofessional that his counselor had not let him know since he had said he would tell him on Thursday. I explained that maybe his counselor had not been able to discuss the situation with his supervisor yet. At any rate, I did tell him I would talk to his counselor and ask him to call him today, and if he could not, I would try to call and update him on his request. He said he wanted a phone call, not an email.    LM

Assign this as a task to:

Contact Note: 12/08/2015 04:18:54 PM - Client Contact (David Stebbins, XXX-XX-         Page 1 of 1

# Client Contact Note

Client Name:      David Stebbins

Date:             12/08/2015
Description:       Client Contact


Whose Note:

For Program:      VR
Status:           02

Type of           Phone
Contact:

                                    Flag this Contact Note?


Note:
aa McGehee Received call from client around 2:20 p.m. on 12/08/2015 and
he was very rude and yelling. He was insisting to talk to Kevin Cook and I
tried to explain Kevin was not in the office. He would get quite and start
whispering like he had someone else to talk to but it sounded very strange as
he was doing the whispering.I ask him to please calm down so I could explain
and he would not stop so I told him to hold please so I could possibly get him
help and he was still screaming as I put him on hold and I transferred the call
to Caterina at this point because he did not want to listen to me at all.


Assign this as a task to:

Contact Note: 12/08/2015 04:21:38 PM - Client Contact (David Stebbins, XXX-XX        Page 1 of 1

# Client Contact Note

Client Name:       David Stebbins

Date:              12/08/2015
Description:       Client Contact


Whose Note:        CATERINA MATHENY

For Program:       VR
Status:            02

Type of            Phone
Contact:

                                              Flag this Contact Note?


Note:
David call looking for his Counselor Kevin Cook, and ask regarding
information did we receive the medical records. I told him we have not
received  records. He ask who didn't send the information and I told who
didn't send yet and he would try to find out why at 2:20pm,  then call back at
3:20pm in a high voice yelling and would not calm down, client state that he
call Crossroads Medical Clinic and was hand up on him, tried again his call
wouldn't go through, I had to forward the call to Alana Walls to help with the
client. ccm


Assign this as a task to:   |  |

Contact Note: 12/08/2015 04:39:04 PM - Case Note (David Stebbins, XXX-XX                 .. Page 1 of 1

# Client Contact Note

Client Name:        David Stebbins

Date:               12/08/2015
Description:        Case Note


Whose Note:         ALANA WALLS

For Program:        VR
Status:             02

Type of             Phone
Contact:

                                            Flag this Contact Note?


Note:
CRC was transferred a phone call around 3:25 from Mr. Stebbins. Mr.
Stebbins sounded short of breath and emotionally upset as was noticeable
from his rapid speech and volume. Mr. Stebbins was questioning why Mr.
Cook has not made any progress in his case and what else he needed to
provide the agency to send him to a doctor for a diagnosis. CRC explained to
him the need for a documented disability from a doctor in order to be
determined eligible. Mr. Stebbins' verbal behavior and temper continued to
escalate and CRC told him that she did not have to listen to his abusive
language and that if he would calm down an attempt would be made to
explain our eligibility policy. He continued to ask the same questions
regarding why the information he had already supplied was not enough. He
began to yell and CRC told him that she was not going to continue the
conversation, wished him a good afternoon and hung up. A call was made to
Amy Jones, District Manager, advising her of the telephone encounter.


Assign this as a task to:    |    |

# Client Contact Note

Client Name:       David Stebbins

Date:              12/08/2015
Description:       case update- contact with client

Whose Note:        AMY JONES CRC

For Program:
Status:

Type of
Contact:

                                        Flag this Contact Note?

Note:
I received a message from Anita on 12/4 to contact David. Anita stated that David was screaming at her on the phone and very angry that he got my voicemail. Anita then asked Lorraine Miller to take David's call. Lorraine expressed her concern about David's conversation and she documented her conversation in the ECF. I tried to return David's call and there was no answer.
I received a call today from Alana Walls that David called the Harrison office and she was very concerned about the safety of the staff because of David's behavior on the phone and she wanted to call the police.
I called David and spoke to him today regarding his case and his behavior to the staff.
David was yelling, angry and breathing very heavy and rapid. I tried to calm him down and expressed my concern for his well being. David is angry because he had not received a call back from Kevin. I explained that I was unable to contact David, so it was possible that Kevin was also unable to. I also explained our services and the process for collecting medical records, 60 days to determine eligibility and assessments necessary to develop the IPE. David's application was 12/1 and ROI's have been sent. I asked David how he was referred to ARS and he stated that Disability Rights referred him to us because they could not help him sue the Government. David stated that the government is harassing him and that is partially why he is so angry with our agency- because we are a government agency.

**ARS 67**

Contact Note: 12/08/2015 05:17:17 PM - case update- contact with client (David St... (Sy...    Page 2 of 2

David wants to go to college and is requesting that our agency pay to move him, pay for housing and pay full tuition and fees. I explained our process for eligibility and plan development again. I asked David about college experience. He stated to Kevin that he has $40,000 in student loans but only a couple of credits. David stated that he was thrown out of the U of A in Fayetteville in the Fall of 20007 for making threats. I asked what threats he made and he stated he doesn't know it's a 20 page report. David stated he then went to NAC and teachers provided him accommodations by pulling him aside to explain his behavior was abusive rather than calling it out in class. However, David was unable to complete most of his semesters.

David stated that he was discharged from St. Bernard's last April and has not received any treatment or care since then. I asked about discharge report and recommendations and David said he was told to go somewhere and went one time but that was it.

I expressed my concern for David's well being and mental stability based on the conversation we were having, throughout the conversation David maintain his escalated voice and rapid breathing and extreme agitation. I asked about family and friends or any support system that I could contact regarding my concern and David stated he hated his f***ing family and that was a 2 hour story. I stated that I didn't want the 2 hour story, I just wanted to see if anyone was available to help him. David stated that if he called me a fucking bitch fagot he would understand why I would be offended or feel threatened. But if he is just expressing his anger that I should understand. He can't control his anger especially when he cant get any answers. I explained our system and answered all his questions. I stated that I would speak to Kevin and to our psych examiner and would try to call him back tomorrow.

I spoke to Leslie about the case and she did not think he needed to be scheduled in any office at this time due to his instability.

I called Carl to explain the situation and he stated that we needed to contact the police to let them know of the harassing calls and threatening behavior. He stated that we needed to call a psychiatric facility for mandated reporting regarding our concern for his well being. I also informed the Harrison Office staff to keep doors from lobby to office area locked at all times. If David comes to the office they need to notify the police immediately. If David calls the office he is to be directed only to me from now on. I will follow-up tomorrow with this situation. I will inform the Fayetteville Office first thing in the morning as the office is currently closed. AJ

Assign this as a task to:

## Harrison Police Department

### Dispatch Call Detail

### Call #: C230993 - REQUEST TO SPEAK WITH AN OFFICER

Received Date/Time: 12/08/2015 16:57:55       Taken By: Lane, Melissa
Cleared Date/Time: 12/08/2015 17:06.46     Caller Name: WALLS, ALANA
Cleared By: Lane, Melissa        Phone: (870) 204 - 0776
Caller Loc.:

Location: 116 S Spring

**Units Dispatched**

| | Dispatched | Enroute | Arrived | Transport | Trans Dest | Cleared | Mileage |
|---|---|---|---|---|---|---|---|
| 17 - Babb, Jonathan (HPD) | 12/08/2015 16:59:59 | 12/08/2015 17:00:01 | 12/08/2015 17:00:01 | | | 12/08/2015 17:06:42 | |

**Narrative**

| Date/Time | Dispatcher | Narrative |
|---|---|---|
| 12/08/2015 16:58 | Lane, Melissa | ALANA WALLS WITH THE DEPARTMENT OF CAREER EDUCATION ARKANSAS REHAB CONTACTED THE HPD TO MAKE A REPORT. // PTL BABB ADVISED WALLS OF HER OPTIONS. OFFICER ADVISED WALLS STATED A DAVID STEBBINS HAD CALLED AND WAS RUDE OVER THE PHONE. NO REPORT |

**Dispositions**

No Report Required, Advised of rights.

**Incidents**

**Association**

Copyright Relativity Inc © - RPS(Relativity Public Safely)

1  of  1

ARS 70

Contact Note: 12/09/2015 09:50:22 AM - review of client history (David Stebbins, ... (Sy...   Page 1 of 1

# Client Contact Note

Client Name:      David Stebbins

Date:             12/09/2015
Description:      review of client history


Whose Note:       AMY JONES CRC

For Program:
Status:


Type of
Contact:

                                        Flag this Contact Note?


Note:
I reviewed the partial hospital records that David provided to Kevin and the
Dr. stated that David did not and would not provide them with a medical
history... It stated that David was arrested for domestic battery against his
father. David stated to DM that he was thrown out of U of A for making
threats. DM read court documents and found very disturbing facts about the
case. David made threats to numerous employees at the U of A to the point
of terroristic threatening. Based on David's actions / inappropriate
communication with ARS staff I do not believe that David is  mentally stable
enough at this time for a VR program. I also feel that he is a threat to my staff
and do not feel comfortable setting him up for RIDAC or sending him to
anyone's office. After Alana's interaction with David yesterday she called the
police to notify them of the incident. I will communicate to David that his case
is being closed.
http://www.leagle.com/decision/In%20FDCO%2020121228D71/STEBBINS%
20v.%20UNIVERSITY%20OF%20ARKANSAS


Assign this as a task to:

https://arrsa.libera.com/Sys7AR/lformdisplay.aspx?isBgeY17PektBOEEepBpEJRkf5R7K...   10/28/2016

Contact Note: 12/09/2015 12:46:36 PM - update on medical hx- client case file (Da... (Sy...    Page 1 of 1

# Client Contact Note

Client Name:     David Stebbins

Date:            12/09/2015
Description:     update on medical hx- client case file

Whose Note:      AMY JONES CRC

For Program:
Status:

Type of
Contact:

                                               Flag this Contact Note?

Note:
I spoke to David on this date regarding his case. I explained that I had
reviewed his medical documentation again and I wanted to clarify where the
remained of his most recent records were. He was in Jonesboro in April 2015
for medical treatment. He was transported to the ER because of an
attempted suicide. I asked David where he was treated / transferred to from
the ER. David stated that he was treated for 1-2 weeks at St. Bernard's
Behavior Clinic. David stated he was released from the clinic on April 30th. I
explained that I would like to review those records because I believe they will
have the latest psych eval on file. I also wanted to see what his discharge
papers recommend for further or ongoing treatment. David stated that he
could not remember the name of the therapist he saw after treatment. I
explained that it was possibly on the report that David lost when his computer
crashed. David told me to send a ROI to St. Bernard's for his records. I
stated that I would do just that and once I had the records I would notify
David. AJ

Assign this as a task to:

DEC-09-2015 10:29 From:HPD DISPATCH          870 741 1678          To:14795821762          P.1/2

## Harrison Police Department

## Dispatch Call Detail

## Call #: C231014 - REQUEST TO SPEAK WITH AN OFFICER

| | |
|---|---|
| **Received Date/Time:** 12/09/2015 09:33:30 | **Taken By:** Hanlin, Katherine |
| **Cleared Date/Time:** 12/09/2015 09:58:28 | **Caller Name** DAUGHTERY, CARL |
| **Cleared By:** Hanlin, Katherine | **Phone:** (501) 944 - 5782 |
| | **Caller Loc.:** |
| **Location:** 715 W Sherman E | |

**Units Dispatched**

| | Dispatched | Enroute | Arrived | Transport | Trans Dest | Cleared | Mileage |
|---|---|---|---|---|---|---|---|
| 3 - Waldon, Justin (HPD) | 12/09/2015 09:58:20 | | | | | 12/09/2015 09:58:22 | |

### Narrative

| Date/Time | Dispatcher | Narrative |
|---|---|---|
| 12/09/2015 09:33 | Hanlin, Katherine | CARL DAUGHTERY WITH ARKANSAS REHABILITATION SERVICES CONTACTED THE HPD REQUESTING TO SPEAK WITH AN OFFICER IN REFERENCE TO DAVID STEBBINS WHO HAS MADE PREVIOUS THREATS TO SEVERAL LOCATIONS, INCLUDING THE UNIVERSITY OF ARKANSAS. DAUGHTERY STATED WHEN THEY SPEAK WITH STEBBINS, HE BECOMES EXTREMELY HOSTILE AND REFUSES TO CALM DOWN. // SGT WALDON SPOKE WITH DAUGHTERY WHO ONLY REQUESTED THE INFORMATION BE NOTED. NO REPORT. |

### Dispositions

No Report Required.

### Incidents

### Association

Copyright Relativity Inc.© - RPS(Relativity Public Safety)

1  of  1

ARS 74

**Amy Jones**

| | |
|---|---|
| **From:** | Emma McGehee |
| **Sent:** | Wednesday, December 9, 2015 11:54 AM |
| **To:** | Amy Jones |
| **Subject:** | Vantage Point |

Vantage point called at 11:45 informing us that David Stebbins had called their office and was very rude and hateful demanding they send his records to us. I explained to her if the records were not current or with in the last three years they were not any good to us. She was going to call David Stebbins back and inform him their records are no good to us because they are records from 2006. She kept pointing out had frustrated, hateful and rude he was. I told her thank you and have a great day.

*Emma McGehee*

Administrative Assitant
Arkansas Rehabilitation Services
715 W. Sherman Ave. Suite E
Harrison Ar. 72601
(870) 741-7153

Carl Daughtery:

Amy Jones:

On 12-8-15 our office received a call from David Stebbins regarding his concern about the lack of progress in his case moving forward. I heard our AA, Caterina Methany, getting frustrated and I stepped out and told her to transfer the call to me.

I attempted to talk with Mr. Stebbins but the volume of his voice continued to escalate. Mr. Stebbins wanted to know why his case had not progressed and what other information he needed to supply. I explained to Mr. Stebbins that we needed a letter from a doctor with a documented disability so that we could determine eligibility for services. He began yelling and sounding short of breath. He said that he had already turned in the information to our agency. I told him that I did not have that information with me at the time but if he would call me a little after 4:00 that I would have time to review his paperwork and tell him what else was needed.

Mr. Stebbins would not listen to what I was explaining to him and his verbal outrage continued. I told Mr. Stebbins that I did not have to listen to his abusive language and that I was going to hang up the phone. He did not stop. I told him I wished him a good day, good bye and hung up.

I called Amy Jones, Area 1 District Manager, and advised her of the above conversation. She stated that she would talk with our Field Services Director, Carl Daughtery and would get back with me. At some point either Amy or I discussed locking the doors at the office, which we did.

I received a call from Amy after she had spoken with Carl Daughtery regarding her concerns. She stated that I should call the police and make them award of the situation and contact a psychiatric facility in our area and alert them as well. This was done in an attempt to make the agencies aware of a concern for Mr. Stebbins safety as well as agency personnel.

I called Harrison PD, spoke with dispatch personnel who then transferred me to Officer Babb. I told him of the situation and he said because there was not a specific threat of harm to agency personnel that a report could not be taken but they would make note of the incident.

12-9-2015

I called Northwest Arkansas Regional Hospital and asked to speak with someone in the Psych unit. I asked to relay the information and was told that their adult Psych unit was not open and operational at the time. I was referred to Health Resources of Arkansas in Harrison. I called the facility ad relayed the information to Renee. I then faxed the information we had received from Mr. Stebbins.

Information relayed to these agencies was done so in an effort to protect Mr. Stebbins from self-harm or in the event there may have been a threat of harm to office personnel.

Alana Walls, CRC, LAC

12-9-2015

Contact Note: 12/09/2015 09:53:17 AM · Contact (David Stebbins, XXX-X    ...   Page 1 of 2

# Client Contact Note

Client Name:   David Stebbins

Date:          12/09/2015
Description:   Contact

Whose Note:    KEVIN COOK

For Program:   VR
Status:        02

Type of        Correspondence
Contact:

                                        Flag this Contact Note?

Note:

Hey, didn't you tell me, yesterday, that you were going to follow up and give me more details?
Where are the details?

-------------------------------------------------

On Mon, 12/7/15, Kevin Cook <Kevin.Cook@arkansas.gov> wrote:

Subject: RE: Another extenuating circumstance
To: "David Stebbins" <stebbinsd@yahoo.com>
Date: Monday, December 7, 2015, 10:04 AM

David,

As I told you we allow 60 days to get medical records.
Everything is going well and I am researching to see how we  can assist you. More later very busy.

Thanks

-----Original Message-----
From: David Stebbins [mailto:stebbinsd@yahoo.com]

Sent: Friday, December 4, 2015 5:50 PM
To: Kevin Cook

Contact Note: 12/09/2015 09:53:17 AM - Contact (David Stebbins, XXX-XX          (S...   Page 2 of 2

Subject: RE: Another extenuating circumstance

So, you can't even file a petition in court to compel them  to produce it?

Assign this as a task to:

ARS 80

Stebbins David A
1407 N Spring Road Apt 5
Harrison, AR   72601
Major: AAS, Business Admin Management
Report date: 09-Dec-15

NORTH ARKANSAS COLLEGE
1515 PIONEER DRIVE
HARRISON, ARKANSAS 72601

Soc Sec Num:
High School Grad. Year: 2007
Sex: Male
Birth date: 29 Dec XXXX
Page 1 of 1

| Course | Description | Grade | Hours | Points | Course | Description | Grade | Hours | Points |
|--------|-------------|-------|-------|--------|---------|-------------|-------|-------|--------|
| | TRANSFER CREDIT-UNIVERSITY OF ARKANSAS | | | | | | | | |
| HIST2013 | HIST AMER 1877 PRE | CR | 3.00 | | | | | | |
| ECON1113 | FRESH BUS CONNKCT | CR | 3.00 | | | | | | |

|            | Attempt | Earned | Points | Divisor | GPA |
|------------|---------|--------|--------|---------|-----|
| Undergrad  |         |        |        |         |     |
| Current Term | 0.00  | 4.00   | 0.00   | 0.00    | 0.00 |
| Cum Undergrad | 0.00 | 4.00   | 0.00   | 0.00    | 0.00 |

TRANSFER CREDIT-UNIVERSITY OF PHOENIX

| Course | Description | Grade | Hours | Points |
|--------|-------------|-------|-------|--------|
| GEN 105 | SKLS FOR LRN INFO | CR | 3.00 | |

|            | Attempt | Earned | Points | Divisor | GPA |
|------------|---------|--------|--------|---------|-----|
| Undergrad  |         |        |        |         |     |
| Current Term | 0.00  | 3.00   | 0.00   | 0.00    | 0.00 |
| Cum Undergrad | 0.00 | 7.00   | 0.00   | 0.00    | 0.00 |

### Fall Semester 2008

| Course | Description | Grade | Hours | Points |
|--------|-------------|-------|-------|--------|
| BA 1041 | PROF IMAGE BUILDING | C | 1.00 | 2.00 |
| CIS 1103 | INTRO TO INFO TECH | B | 3.00 | 9.00 |
| ENGL1013 | ENGLISH COMP 1 HNRS | W | 0.00 | |
| MAT 1223 | COLLEGE ALGEBRA | B | 3.00 | 9.00 |
| PHSC1044 | INTRO TO ASTRONOMY | W | 0.00 | |

|            | Attempt | Earned | Points | Divisor | GPA |
|------------|---------|--------|--------|---------|-----|
| Undergrad  |         |        |        |         |     |
| Current Term | 7.00  | 7.00   | 20.00  | 7.00    | 2.86 |
| Cum Undergrad | 7.00 | 14.00 | 20.00  | 7.00    | 2.86 |

### Spring Semester 2009

| Course | Description | Grade | Hours | Points |
|--------|-------------|-------|-------|--------|
| BA 1003 | INTRO TO BUSINESS | A | 3.00 | 12.00 |
| BA 1103 | BUSINESS MATH | A | 3.00 | 12.00 |
| BA 2713 | LEGAL ENVIRON BUSINS | C | 3.00 | 6.00 |
| ENGL1013 | ENGLISH COMP 1 | C | 3.00 | 6.00 |
| MM 1303 | HUMAN RELATIONS | W | 0.00 | |
| SPCH1313 | FUND OF ORAL COMM | B | 3.00 | 9.00 |

|            | Attempt | Earned | Points | Divisor | GPA |
|------------|---------|--------|--------|---------|-----|
| Undergrad  |         |        |        |         |     |
| Current Term | 15.00 | 15.00 | 45.00  | 15.00   | 3.00 |
| Cum Undergrad | 22.00 | 29.00 | 65.00 | 22.00   | 2.95 |

### Fall Semester 2009

| Course | Description | Grade | Hours | Points |
|--------|-------------|-------|-------|--------|
| BA 2003 | ACCOUNTING PRIN 1 | W | 0.00 | |
| ECON2313 | PRIN OF MACROECON | W | 0.00 | |
| ECON2323 | PRIN MICROECONOMICS | W | 0.00 | |
| MM 1203 | PRIN OF MANAGEMENT | W | 0.00 | |
| MM 1303 | HUMAN RELATIONS | A | 3.00 | 12.00 |

|            | Attempt | Earned | Points | Divisor | GPA |
|------------|---------|--------|--------|---------|-----|
| Undergrad  |         |        |        |         |     |
| Current Term | 3.00  | 3.00   | 12.00  | 3.00    | 4.00 |
| Cum Undergrad | 25.00 | 32.00 | 77.00 | 25.00   | 3.08 |

### Spring Semester 2010

| Course | Description | Grade | Hours | Points |
|--------|-------------|-------|-------|--------|
| BIOL1304 | GENERAL BOTANY | W | 0.00 | |
| SOC 2013 | INTRO TO SOCIOLOGY | W | 0.00 | |

|            | Attempt | Earned | Points | Divisor | GPA |
|------------|---------|--------|--------|---------|-----|
| Undergrad  |         |        |        |         |     |
| Current Term | 0.00  | 0.00   | 0.00   | 0.00    | 0.00 |
| Cum Undergrad | 25.00 | 32.00 | 77.00 | 25.00   | 3.08 |

### Summer 1 Semester 2010

| Course | Description | Grade | Hours | Points |
|--------|-------------|-------|-------|--------|
| PE 2051 | AEROBICS | A | 1.00 | 4.00 |

|            | Attempt | Earned | Points | Divisor | GPA |
|------------|---------|--------|--------|---------|-----|
| Undergrad  |         |        |        |         |     |
| Current Term | 1.00  | 1.00   | 4.00   | 1.00    | 4.00 |
| Cum Undergrad | 26.00 | 33.00 | 81.00 | 26.00   | 3.12 |

** END OF TRANSCRIPT **

\* means repeat of another course
() means course credit not counted

¶ means Academic Clemency granted
[] means remedial credit; counted in TERM totals only

*Charla Jennings*
REGISTRAR

ARS 83

RS-324

## RIDAC SERVICE AUTHORIZATION

NAME  Stebbins          David            COUNSELOR  Amy Jones  for Kevin
      (Last)            (First)            (Name)              No.  Cook

SSN _____          D.O.B. _____      DATE OF RIDAC APPT. _____

DISABILITY _____

                                          DISABILITY CODE _____

EDUCATIONAL LEVEL  Some College      VOC. INTEREST  College training

**SERVICE REQUESTED      ASSESSMENT PROBLEMS OR QUESTIONS TO BE ADDRESSED**

☐ GENERAL MEDICAL
  CONSULTATION/GM          Review of records &

☑ MENTAL HEALTH
  CONSULTATION/MH          recommendation regarding  feasdalcdy

☐ PSYCHOLOGICAL
  CONSULTATION/PSY         of training / VR services

☐ IND. VOC. EVAL.

**COUNSELOR   PLEASE CHECK ALL THAT APPLY**

✓    Client reported a history of taking medication for significant health or mental health problems.

     Client reported a history of Drug _____ and Alcohol Abuse

✓    Client reported a history of Mental Health Problems (with _____ without ✓ assessment/treatment)
     (records available ✓ unavailable _____)

     Client reported a history of Special Ed. (LD ☐ or MR ☐ )   (with _____ without _____ assessment)
     (records available _____ unavailable)

     Client reported a history of sheltered workshop or supported employment placement

     Client unable to Read/Write

     Client reported a history of Head Injury

✓    Client reported a history of Legal Problems/Convictions

     Client reported a history of Vision _____ Hearing _____ Problems

     Accommodations required _____

[Please request clients bring a list of medications currently being (or to be) taken to the RIDAC Evaluation.
Also, request clients bring prescription eye wear if required for reading or hearing aids to the evaluation.]

COUNSELOR SIGNATURE _____        COUNSELOR NO. _____     DATE  12-14-15

Forms and Instructions                    E-22                      Effective

**ARS 84**

**REHABILITATION INITIAL DIAGNOSIS AND ASSESSMENT FOR CLIENTS**
**ARKANSAS REHABILITATION SERVICES**
**4058 NORTH COLLEGE AVENUE, SUITE 150, FAYETTEVILLE, AR  72703**

****This confidential report is generated for Arkansas Rehabilitation Services use only for the purposes of determining eligibility and program planning. It is not to be utilized as a stand-alone document for treatment purposes, and is the property of Arkansas Rehabilitation Services. It is not to be released to any third party. ****

### RECORDS REVIEW

NAME: David Stebbins
SEX: Male
DATE OF BIRTH:                    COUNSELOR: Amy Jones
                                  DATE OF REVIEW: 12-15-15
REASON FOR REVIEW: to assist in determining feasibility of VR services/training

### EVALUATION PROCEDURES

Review of mental health treatment records from St. Bernard's Healthcare dated April 24-30, 2-15

### RECORDS REVIEW

Records from St. Bernard's indicated Mr. Stebbins had been transferred to their facility from Northwest Arkansas Regional Medical Center after a suicide attempt. The client received inpatient treatment at St. Bernards from April 24 through April 30.  Discharge diagnoses were reported as follows:

Major Depressive Disorder, recurrent, severe
Asperger's' Disorder
Delusional Disorder NOS
Cluster B personality disorder traits (narcissistic and antisocial)

Mr. Stebbins indicated he attempted suicide by drinking bleach after he sued his father and lost. Records indicated he was arrested in 2011 for assaulting his father. Records also indicated he was kicked out of the U of A for making threatening statements. The client reported frustration, anger and depression over his situation.  He denied homicidal ideation, but continued to report death wishes if he could 'die without pain'.  Treatment records indicated Mr. Stebbins was impulsive, lacked insight, paranoid, irritable and agitated.

Treatment records indicated Mr. Stebbins feels he is chronically targeted by the government and law enforcement because he 'has the brains to be a leader and change things'.  He acknowledged perseverative thoughts regarding this issue.  A search of public records revealed multiple lawsuits filed by Mr. Stebbins against his parents, Wal-Mart, the U of A, and federal judges. Causes of action were mainly civil rights and discrimination.

At discharge, Mr. Stebbins denied suicidal or homicidal ideation.  Safety planning was done and he was discharged home.  He has indicated to Amy Jones that he is not currently in treatment for his mental health issues.

Documents Review – David Stebbins                                    2

## DSM-5 DIAGNOSTIC IMPRESSIONS

See client records

## VOCATIONAL IMPLICATIONS

Following is a list of ways in which the individual's observed or reported problem areas are likely to be manifested in a vocational setting.

IMPULSIVITY MAY RESULT IN POOR CHOICES IN JOB ENVIRONMENT
DEPRESSION MAY INTERFERE WITH COUNSELING/JOB INTERVIEWS
MAY BE SOURCE OF DISTRACTION TO CO-WORKERS
DIFFICULTY ASSESSING CONSEQUENCES OF DECISION ALTERNATIVES
DIFFICULTY RELATING WITH INSTRUCTORS/STUDENTS/CO-WORKERS
DIFFICULTY PERFORMING WORK TASKS WHICH INVOLVE PEOPLE
DIFFICULTY CHANGING BEHAVIOR TO MEET REQUIREMENTS
EMOTIONAL INTENSITY MAY INTERFERE WITH TASK PERFORMANCE
CONFLICTS MAY PRECLUDE ADEQUATE TASK PERFORMANCE

## CONCLUSIONS AND RECOMMENDATIONS

Documentation available, which indicated a history of physical aggression and threatening statements, suggests that Mr. Stebbins is not currently appropriate for vocational rehabilitation services.

A referral to a local mental healthcare provider is strongly recommended. Mr. Stebbins would likely benefit from treatment and the support of a therapeutic relationship. Efforts to work with Mr. Stebbins should be coordinated with his treatment providers. His vocational success will depend on him stabilizing and effectively managing his psychiatric issues.

In order for Mr. Stebbins to be appropriate for ARS services he should be able to demonstrate a period of stable functioning.   He will also need to provide documentation from his mental healthcare providers that his symptoms are well-managed and they agree he is ready for training, school or work.


*Leslie S. Johnson*

Leslie S. Johnson, MS
Licensed Psychological Examiner – Independent Practice

12/09/15  14 31  ST  BERNARDS HEALTHCARE (870) 972 4100              Page 22

**St Bernards Behavioral Health** 2712 East Johnson Jonesboro. AR 72401

Patient Name: STEBBINS,DAVID
Account # SV013 1867699   Med Rec # SM07090944
Admit Date: 04/25/15   DOB: 12/29/1988   Age: 26   **Sex:** M
**Date and Time:** 04/27/15 1600   **Status:** Signed

**Reason for Admission:** Depression, Psychosis, Suicidal
**History of Present Illness:**
Pt seen and case reviewed, and discussed with staff. Staff report that patient has list of concerns to discuss with patient. On interview, writer initially discussed what led to hospitalization. He reports that he feels as if he has been targeted by law enforcement and the government. He cites an example as when in 2011, he was arrested for assaulting his father. He reports that he sued his father and recently went to trial, representing himself. He reports that on the day of the overdose, the jury found in favor of his father. He reports this triggered the overdose bc he felt as if he could not be happy and not succeed bc of constantly being put down by the goverment. When asked why the govt would target him, he says "Because they know that I have the brains to be a leader and change things." he appeared frustrated, brushing and pulling his hair bc he reported that he needs to overthrow the current govt structure and lead a revolt. He asked writer about "sovereign immunity and how tx team could help get rid of it.
When asked how the govt knew he had the intellect/skill to be a govt leader, he said "because I went to public school. they have the records."
He shared that if he can accomplish his goals and obtain money, he has a plan to rid the govt of the current corruption. He states that all govt employees would wear a AV camera 24/7 to make sure they don't participate in any corrupt processes in/out of the office. He states that all data would be kept safe unless it was requested.

He reports that this is the source of his frustration, anger, and depression. He acknowledged perseverative thoughts regarding it. Writer suggested that patient focus on something else, consider forgiving his father, letting go since trial is over, and make some shortterm goals. However, pt stated in a condescending way that this was not possible for him.

He also expressed concern for medications, stating that he did not like that Dr. Wise started him on medications, because it would not solve his problem.
He cites his mother as his main support, but also states that she and others believe that he is paranoid.
He reports continued death wishes, desire not to live. He states that being dead would solve his problem.
He acknowledged sleep disturbances. Reports he spends a lot of time pacing, which he considers a coping mechanism. He reports not falling asleep until early am and slept until noon.

**- ROS**
**Psychiatric/Neurological:** See HPI
**Vital Signs:**
**Vital Signs**

Psychiatric Progress Note

**ARS 107**

# Client Contact Note

Client Name:    David Stebbins

Date:           12/16/2015
Description:    closure narrative

Whose Note:    AMY JONES CRC

For Program:
Status:

Type of
Contact:

                                              Flag this Contact Note?

Note:
David's case was closed status 08 on this date after determining that he is not
feasible for VR services at this time. David's behavior to both Fayetteville and
Harrison staff has been hostile at every encounter. David did not want to
cooperate in giving his medical information but relented that we could send
an ROI to his last place of treatment, St. Bernard's Behavioral unit. Once
records were received the RIDAC examiner reviewed records and concluded
that David was not feasible for VR services at this time. Based on the Mr.
Stebbins interaction with myself and staff, past records and history, and Mr.
Stebbins refusal for treatment, I have determined him ineligible for services. I
will notify Mr. Stebbins of this decision. I will alert the Harrison office staff to
be on alert. AJ

Assign this as a task to:

Certificate of Ineligibility - Stebbins, David (XXX-XX-4148) (System 7)                    Page 1 of 2

## STATE OF ARKANSAS

Asa Hutchinson
Governor

Charisse Childers, Ph.D
Director

4058 NORTH COLLEGE, STE.
150.
FAYETTEVILLE, AR 72703
(479)582-1286

http://www.arsinfo.org
An Equal Opportunity Employer

Arkansas Career Education
Division of Rehabilitation Services
Alan McClain, Commissioner

December 16, 2015

David Stebbins
123 W. Ridge
D
Harrison, AR  72601

RE:  ARKANSAS REHABILITATION SERVICES
      CERTIFICATE OF INELIGIBILITY

<u>Client Name</u>:  David Stebbins
<u>Case Number</u>: 2015/12/16

Dear David Stebbins:

The diagnostic study has been completed, and based on the information I have and to the best of my knowledge and judgment, it does not appear that you are eligible for vocational rehabilitation services.  If you are dissatisfied with this decision, you may file a request for an administrative review of this action to be made by a member or members of the supervisory staff of the agency.  If dissatisfied with the findings of this review, you will be given an opportunity for a fair hearing.  Applicants may be afforded an annual review to determine if any changes have occurred, which may result in a decision of eligibility.

THE REASON(S) FOR THIS DECISION IS:
Mr. Stebbins is not currently appropriate for vocational rehabilitation services.
A referral to a local mental healthcare provider is strongly recommended. Mr. Stebbins would likely benefit from treatment and the support of a therapeutic relationship. Efforts to work with Mr. Stebbins should be coordinated with his treatment providers. His vocational success will depend on him stabilizing and effectively managing his psychiatric issues.
In order for Mr. Stebbins to be appropriate for ARS services he should be able to demonstrate a period of stable functioning. He will also need to provide documentation from his mental healthcare providers that his symptoms are well-managed and they agree he is ready for training, school or work.

Certificate of Ineligibility - Stebbins, David (XXX-XX-4148) (System 7)                    Page 2 of 2

DESCRIBE CLIENT INVOLVMENT:

DATE FOR ANNUAL REVIEW IS [Insert date]

Sincerely,

AMY JONES CRC
District Manager

Blank Letter - Stebbins, David (XXX-XX-          ...ystem 7)                    Page 1 of 1

### STATE OF ARKANSAS

Asa Hutchinson
Governor

Charisse Childers, Ph.D.
Director

Arkansas Career Education
Division of Rehabilitation Services
Alan McClain, Commissioner

4058 NORTH COLLEGE, STE
150,
FAYETTEVILLE, AR 72703
(479)582-1286

http://www.arsinfo.org
An Equal Opportunity Employer

December 17, 2015

David Stebbins
123 W. Ridge
D
Harrison, AR 72601

Dear David Stebbins:

Your case and records have been carefully reviewed and assessed by ARS. It has been determined that vocational rehabilitation services are not appropriate at this time.

The Licensed Psychological examiner has reported that a referral to a local mental healthcare provider is strongly recommended. Mr. Stebbins would likely benefit from treatment and the support of a therapeutic relationship. Efforts to work with Mr. Stebbins should be coordinated with his treatment providers. His vocational success will depend on him stabilizing and effectively managing his psychiatric issues. In order for Mr. Stebbins to be appropriate for ARS services he should be able to demonstrate a period of stable functioning. He will also need to provide documentation from his mental healthcare providers that his symptoms are well-managed and they agree he is ready for training, school or work.

After you have meet the requirements for vocational rehabilitation services and can provide documentation of treatment, stability and recommendations from providers that you are ready for training, school or work, we will reassess your vocational service needs.

Best Regards,
AMY JONES CRC
District Manager