# U.S. District Court
## Eastern District of Arkansas (Little Rock)
### CIVIL DOCKET FOR CASE #: 4:16−cv−00545−JM−JTR

Stebbins v. Arkansas, State of et al  
Assigned to: Judge James M. Moody Jr.  
Referred to: Magistrate Judge J. Thomas Ray  
Cause: 42:12111 American Disability Act  

Date Filed: 07/27/2016  
Jury Demand: Plaintiff  
Nature of Suit: 446 Civil Rights: Americans with Disabilities − Other  
Jurisdiction: Federal Question  
Trial Date: 04/23/2018  

**Plaintiff**

**David A Stebbins**     represented by     **David A Stebbins**  
123 W Ridge St. Apt. D  
Harrison, AR 72601  
870−204−6516  
PRO SE  

V.

**Defendant**

**Arkansas, State of**     represented by     **Christine A. Cryer**  
Arkansas Attorney General's Office  
Catlett−Prien Tower Building  
323 Center Street  
Suite 200  
Little Rock, AR 72201−2610  
501−683−0958  
Email: Christine.cryer@arkansasag.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Amber R. Schubert**  
Arkansas Attorney General's Office  
Catlett−Prien Tower Building  
323 Center Street, Suite 200  
Little Rock, AR 72201−2610  
501−682−2081  
Fax: 501−682−2591  
Email: amber.schubert@arkansas.gov  
*TERMINATED: 06/01/2017*  
*ATTORNEY TO BE NOTICED*  

**Defendant**

**Arkansas Rehabilitation Services**     represented by     **Christine A. Cryer**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Amber R. Schubert**

(See above for address)
*TERMINATED: 06/01/2017*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Amy Jones**  represented by  **Christine A. Cryer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amber R. Schubert**
(See above for address)
*TERMINATED: 06/01/2017*
*ATTORNEY TO BE NOTICED*

Email All Attorneys (Primary Address)

Email All Attorneys (Primary and Secondary Address)

| Date Filed | # | Docket Text |
|---|---|---|
| 07/27/2016 | Ï 1 | MOTION for Leave to Proceed in forma pauperis, by David A Stebbins. (mcz) (Entered: 07/27/2016) |
| 07/27/2016 | Ï 2 | COMPLAINT with Jury Demand against All Defendants, filed by David A Stebbins. (mcz) (Entered: 07/27/2016) |
| 07/27/2016 | Ï 3 | MOTION to Appoint Counsel, by David A Stebbins. (mcz) (Entered: 07/27/2016) |
| 08/02/2016 | Ï 4 | ORDER referring Plaintiff's 1 motion to proceed in forma pauperis and 3 motion to appoint counsel to United States Magistrate Judge J. Thomas Ray for decision. Signed by Judge James M. Moody Jr. on 8/2/2016. (ljb) (Entered: 08/02/2016) |
| 09/15/2016 | Ï 5 | ORDER granting 1 Motion for Leave to Proceed in Forma Pauperis; Mr. Stebbins is directed to file the mailing addresses of each of the defendants by 9/29/16; denying 3 Motion to Appoint Counsel. Signed by Magistrate Judge J. Thomas Ray on 9/15/16. (tjb) (Entered: 09/15/2016) |
| 09/22/2016 | Ï 6 | RESPONSE to 5 Order to Provide Addresses by David A Stebbins (jap) (Entered: 09/22/2016) |
| 09/22/2016 | Ï 7 | OBJECTIONS by David A Stebbins re 5 Order Denying Motion for Appointment of Counsel. (jap) (Entered: 09/22/2016) |
| 10/12/2016 | Ï 8 | ORDER directing the Clerk to issue summonses for Defendants; directing the USMS to serve the summons and complaint on Defendants in this action without prepayments of costs; and directing the USMS to serve the summons pursuant to the provisions of Rule 4 of the Federal Rules of Civil Procedure. Signed by Magistrate Judge J. Thomas Ray on 10/12/2016. (kdr) (Entered: 10/12/2016) |
| 10/12/2016 | Ï | Summons Issued as to All Defendants. Forwarded to USMS for service. (kdr) (Entered: 10/12/2016) |
| 10/17/2016 | Ï 9 | MOTION and Incorporated Brief in Support Thereof for Federally Funded Telephone Mediation by David A Stebbins (jap) (Entered: 10/17/2016) |
| 10/24/2016 | Ï 10 | ORDER: The Court is treating Plaintiff's 7 Objection as a motion to appeal. The Court agrees with the decision of Judge Ray, and finds that it is neither erroneous nor contrary to the law. The 5 Order of 9/15/2016 is affirmed. Signed by Judge James M. Moody Jr. on 10/24/2016. (mcz) (Entered: 10/24/2016) |

| | | |
|---|---|---|
| 10/26/2016 | 11 | SUMMONS Returned Executed. Arkansas Rehabilitation Services served on 10/20/2016. (scw) (Entered: 10/26/2016) |
| 10/26/2016 | 12 | SUMMONS Returned Executed. Amy Jones served on 10/20/2016. (scw) (Entered: 10/26/2016) |
| 11/03/2016 | 13 | ORDER denying Plaintiff's 9 Motion without prejudice. Signed by Judge James M. Moody Jr. on 11/3/2016. (mcz) (Entered: 11/03/2016) |
| 11/10/2016 | 14 | NOTICE of Appearance by Amber R. Schubert on behalf of Arkansas Rehabilitation Services, Arkansas, State of, Amy Jones (Schubert, Amber) (Entered: 11/10/2016) |
| 11/10/2016 | 15 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Arkansas Rehabilitation Services, Arkansas, State of, Amy Jones (Schubert, Amber) (Entered: 11/10/2016) |
| 11/10/2016 | 16 | BRIEF IN SUPPORT re 15 Motion to Dismiss for Failure to State a Claim filed by Arkansas Rehabilitation Services, Arkansas, State of, Amy Jones. (Schubert, Amber) (Entered: 11/10/2016) |
| 11/10/2016 | 17 | SUMMONS Returned Executed. Arkansas, State of, served on 11/9/2016. (scw) (Entered: 11/10/2016) |
| 11/18/2016 | 18 | MOTION and Incorporated Brief in Support thereof for Extension of Time to file a response re: 15 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM and MOTION for Sanctions filed by David A Stebbins. (alm) (Entered: 11/18/2016) |
| 11/21/2016 | 19 | RESPONSE to Motion re 18 MOTION for Extension of Time to File Response/Reply as to 15 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM MOTION for Sanctions filed by Arkansas Rehabilitation Services, Arkansas, State of, Amy Jones. (Attachments: # 1 Exhibit A – Email from Stebbins, # 2 Exhibit B – Email to Stebbins #1, # 3 Exhibit C – Email to Stebbins #2)(Schubert, Amber) (Entered: 11/21/2016) |
| 11/21/2016 | 20 | ORDER granting 18 motion for extension of time; granting Plaintiff until 12/05/2016 to file his response to Defendants' 15 motion to dismiss; and denying Plaintiff's 18 motion for sanctions. Signed by Judge James M. Moody Jr. on 11/21/2016. (rhm) (Entered: 11/21/2016) |
| 11/29/2016 | 21 | MOTION and Incorporated Brief in Support Thereof for Reconsideration of 20 Order Denying Motion for Sanctions by David A Stebbins (jap) (Entered: 11/29/2016) |
| 11/29/2016 | 22 | INITIAL SCHEDULING ORDER: Rule 26(f) Conference to occur by 1/18/2017; Rule 26(f) Report due by 2/1/2017. Proposed Jury Trial set sometime during the week of 11/13/2017 at 9:15 AM in Little Rock Courtroom # 4A before Judge James M. Moody Jr. Signed at the Direction of the Court on 11/29/2016. (Attachments: # 1 Proposed Final Scheduling Order)(kog) (Entered: 11/29/2016) |
| 12/06/2016 | 23 | RESPONSE in Opposition re 15 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by David A Stebbins. (alm) (Entered: 12/06/2016) |
| 12/12/2016 | 24 | ORDER denying Plaintiff's 21 Motion for Reconsideration. Signed by Judge James M. Moody Jr. on 12/12/2016. (mcz) (Entered: 12/12/2016) |
| 12/23/2016 | 25 | MOTION for Partial Summary Judgment by David A Stebbins. (scw) (Entered: 12/23/2016) |
| 12/23/2016 | 26 | BRIEF IN SUPPORT re 25 Motion for Partial Summary Judgment filed by David A Stebbins. (scw) (Entered: 12/23/2016) |
| 12/23/2016 | 27 | STATEMENT OF FACTS (Local Rule 56.1) re 25 Motion for Partial Summary Judgment filed by David A Stebbins. (scw) (Entered: 12/23/2016) |
| 12/29/2016 | 28 | RESPONSE in Opposition re 25 MOTION for Partial Summary Judgment filed by Arkansas Rehabilitation Services, Arkansas, State of, Amy Jones. (Schubert, Amber) (Entered: 12/29/2016) |

| | | |
|---|---|---|
| 12/29/2016 | 29 | RESPONSE re 27 Statement of Facts (Local Rule 56.1) filed by Arkansas Rehabilitation Services, Arkansas, State of, Amy Jones. (Schubert, Amber) (Docket text modified on 12/29/2016 to correct the description of the document filed.)(thd). (Entered: 12/29/2016) |
| 12/29/2016 | Ï | NOTICE OF DOCKET CORRECTION re: 29 Statement of Facts. CORRECTION: The docket text was modified to correct the description of the document filed as "RESPONSE re 27 Statement of Facts." (thd) (Entered: 12/29/2016) |
| 01/09/2017 | 30 | REPLY to Response to 25 MOTION for Partial Summary Judgment and Reply to 29 Response to 27 Statement of Facts filed by David A Stebbins. (jap)(Docket text modified on 1/11/2017 to correct a typographical error). (jak) (Entered: 01/10/2017) |
| 01/09/2017 | 31 | MOTION and Incorporated Brief in Support for Sanctions by David A Stebbins (jap) (Entered: 01/10/2017) |
| 01/09/2017 | 32 | MOTION and Incorporated Brief in Support Thereof for Contempt by David A Stebbins (jap) (Entered: 01/10/2017) |
| 01/09/2017 | 33 | UNILATERAL 26(f) Report by David A Stebbins. (jap) (Entered: 01/10/2017) |
| 01/09/2017 | 34 | NOTICE – Certificate of Service of Discovery Requests by David A Stebbins (jap) (Entered: 01/10/2017) |
| 01/10/2017 | 35 | RESPONSE in Opposition re 31 MOTION for Sanctions filed by Arkansas Rehabilitation Services, Arkansas, State of, Amy Jones. (Schubert, Amber) (Entered: 01/10/2017) |
| 01/10/2017 | 36 | RESPONSE in Opposition re 32 MOTION for Contempt filed by Arkansas Rehabilitation Services, Arkansas, State of, Amy Jones. (Schubert, Amber) (Entered: 01/10/2017) |
| 01/10/2017 | 37 | MOTION to Stay *Discovery* by Arkansas Rehabilitation Services, Arkansas, State of, Amy Jones (Attachments: # 1 Exhibit 1 – Stebbins Discovery Requests)(Schubert, Amber) (Entered: 01/10/2017) |
| 01/10/2017 | 38 | BRIEF IN SUPPORT re 37 Motion to Stay filed by Arkansas Rehabilitation Services, Arkansas, State of, Amy Jones. (Schubert, Amber) (Entered: 01/10/2017) |
| 01/10/2017 | 39 | MOTION to Stay *26(f) Deadlines* by Arkansas Rehabilitation Services, Arkansas, State of, Amy Jones (Schubert, Amber) (Entered: 01/10/2017) |
| 01/10/2017 | 40 | BRIEF IN SUPPORT re 39 Motion to Stay *26(f) Deadlines* filed by Arkansas Rehabilitation Services, Arkansas, State of, Amy Jones. (Schubert, Amber) (Entered: 01/10/2017) |
| 01/17/2017 | 41 | SUPPLEMENT filed by David A Stebbins to 23 Response in Opposition to Motion to Dismiss and 31 Motion for Sanctions. (mcz) (Entered: 01/17/2017) |
| 01/18/2017 | 42 | REPORT of Rule 26(f) Planning Meeting by Arkansas Rehabilitation Services, Arkansas, State of, Amy Jones. *Defendants' Rule 26(f) report* (Schubert, Amber) (Entered: 01/18/2017) |
| 01/24/2017 | 43 | RESPONSE to Motion re 39 MOTION to Stay 26(f) Deadlines 37 and MOTION to Stay Discovery filed by David A Stebbins. (jap)(Docket entry modified on 1/26/2017 to correct the file date).(jak) (Entered: 01/25/2017) |
| 01/26/2017 | Ï | NOTICE OF DOCKET CORRECTION re 43 Response to Motion. CORRECTION: The docket entry was modified to correct the file date to 1/24/2017 as marked on the document. (jak) (Entered: 01/26/2017) |
| 01/26/2017 | 44 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 37 Motion to Stay discovery until the Court has issued a final ruling on the pending motion to dismiss. Signed by Judge James M. Moody Jr. on 1/26/2017. (sjh) (Entered: 01/26/2017) |

| | | |
|---|---|---|
| 01/26/2017 | 45 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 39 Motion to Stay Rule 26(f) deadlines until the Court has ruled on the pending Motion to Dismiss.Signed by Judge James M. Moody Jr. on 1/26/2017. (sjh) (Entered: 01/26/2017) |
| 02/01/2017 | 46 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER finding as moot 31 Motion for Sanctions based on the Court's orders dated January 26, 2017; denying 32 Motion for Contempt because it is unwarranted at this time. Signed by Judge James M. Moody Jr. on 2/1/2017. (sjh) (Entered: 02/01/2017) |
| 03/16/2017 | 47 | ORDER REFERRING CASE to Magistrate Judge J. Thomas Ray for consideration and determination of all pre–trial matters and for recommended disposition for the resolution of any dispositive matters. Signed by Judge James M. Moody Jr. on 3/16/2017. (mcz) (Entered: 03/16/2017) |
| 05/26/2017 | 48 | NOTICE of Appearance by Christine A. Cryer on behalf of Arkansas Rehabilitation Services, Arkansas, State of, Amy Jones (Cryer, Christine) (Entered: 05/26/2017) |
| 05/26/2017 | 49 | MOTION to Substitute Attorney by Arkansas Rehabilitation Services, Arkansas, State of, Amy Jones (Cryer, Christine) (Entered: 05/26/2017) |
| 06/01/2017 | 50 | ORDER granting 49 Defendants' Motion to Substitute Counsel; and substituting Senior Assistant Attorney General Christine A. Cryer as counsel of record for all defendants. Signed by Magistrate Judge J. Thomas Ray on 6/1/2017. (kdr) (Entered: 06/01/2017) |
| 06/20/2017 | 51 | RECOMMENDED PARTIAL DISPOSITION recommending that 15 Defendants' Motion to Dismiss be denied in part and granted in part; and Stebbins's Motion for Partial Summary Judgment be denied, without prejudice. Objections due within 14 days of this Recommendation. Signed by Magistrate Judge J. Thomas Ray on 6/20/2017. (kdr) (Entered: 06/20/2017) |
| 06/28/2017 | 52 | MOTION for Extension of Time to File Response as to 51 PARTIAL REPORT AND RECOMMENDATIONS, filed by David A Stebbins. (alm) (Entered: 06/28/2017) |
| 07/05/2017 | 53 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 52 Motion for Extension of Time to File Response/Reply re 51 PARTIAL REPORT AND RECOMMENDATIONS re 15 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Arkansas Rehabilitation Services, Amy Jones, Arkansas, State of, 25 MOTION for Partial Summary Judgment filed by David A Stebbins Response due by 7/19/2017. Signed by Judge James M. Moody Jr. on 7/5/2017. (sjh) (Entered: 07/05/2017) |
| 07/06/2017 | 54 | RESPONSE to 51 REPORT AND RECOMMENDATION, filed by David A Stebbins. (alm) (Entered: 07/06/2017) |
| 07/27/2017 | 55 | ORDER Adopting 51 Recommended Partial Disposition. Defendants' 15 Motion to Dismiss is Granted in part and Denied in part. Stebbins's 25 Motion for Partial Summary Judgment is denied, without prejudice. Signed by Judge James M. Moody Jr. on 7/27/2017. (mcz) (Entered: 07/27/2017) |
| 08/04/2017 | 56 | MOTION for Leave to Amend Complaint by David A Stebbins (jap) (Additional attachment(s) added on 8/4/2017: # 1 Main Document – Correct) (jak). (Entered: 08/04/2017) |
| 08/04/2017 | 57 | MOTION for Leave to Amend Pleadings, and MOTION for Joinder of Parties () by David A Stebbins (jap) (Additional attachment(s) added on 8/4/2017: # 1 Main Document – Correct) (jak). (Entered: 08/04/2017) |
| 08/04/2017 | 58 | MOTION to Provide Specific Findings of Fact and Conclusions of Law in Regards to 55 Order Adopting Report and Recommendation by David A Stebbins (jap) (Entered: 08/04/2017) |
| 08/04/2017 | 59 | MOTION to Reset Scheduling Order by David A Stebbins (jap) (Entered: 08/04/2017) |

| | | |
|---|---|---|
| 08/04/2017 | 60 | NOTICE OF DOCKET CORRECTION re 56 MOTION for Leave to Amend Complaint and 57 MOTION for Leave to Amend Pleadings and Motion for Joinder of Parties. CORRECTION: The original documents were attached to docket entries 56 and 57 in error due to a clerical mistake by the Clerk's office (wrong file mark dates). The correct documents were added to docket entries 56 and 57 and are attached hereto for review by the parties. (Attachments: # 1 Document 57)(jak) (Entered: 08/04/2017) |
| 08/07/2017 | 61 | ANSWER to 2 Complaint by Arkansas Rehabilitation Services, Arkansas, State of, Amy Jones.(Cryer, Christine) (Entered: 08/07/2017) |
| 08/17/2017 | 62 | RESPONSE in Opposition re 57 MOTION for Leave to File MOTION for Joinder, 56 MOTION for Leave to File filed by Arkansas Rehabilitation Services, Arkansas, State of, Amy Jones. (Cryer, Christine) (Entered: 08/17/2017) |
| 08/21/2017 | 63 | MOTION to Strike and for Sanctions by David A Stebbins (jap) (Entered: 08/21/2017) |
| 08/21/2017 | 64 | BRIEF IN SUPPORT re 63 Motion to Strike filed by David A Stebbins. (jap) (Entered: 08/21/2017) |
| 08/21/2017 | 65 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 59 Motion to Reset Scheduling Order. New Final Scheduling Order to follow. Signed by Judge James M. Moody Jr. on 8/21/2017. (kog) (Entered: 08/21/2017) |
| 08/21/2017 | 66 | FINAL SCHEDULING ORDER: Jury Trial set sometime during the week of 4/23/2018 at 9:15 AM in Little Rock Courtroom # 4A before Judge James M. Moody Jr. Discovery due by 1/12/2018; Motions due by 2/7/2018; Pretrial Disclosure Sheet due by 3/23/2018; Status Report due by 2/22/2018. Signed at the Direction of the Court on 8/21/2017. (kog) (Entered: 08/21/2017) |
| 08/25/2017 | 67 | NOTICE – Certificate of Service of Discovery Requests by David A Stebbins (jap) (Entered: 08/25/2017) |
| 08/25/2017 | 68 | MOTION to Extend Time *to Respond to Discovery* by Arkansas Rehabilitation Services, Arkansas, State of, Amy Jones (Cryer, Christine) (Entered: 08/25/2017) |
| 08/28/2017 | 69 | ORDER granting 68 Defendants' Motion for Extension of Time to Respond to Plaintiff's Discovery Requests. The deadline is extended to 9/26/2017. Signed by Magistrate Judge J. Thomas Ray on 8/28/2017. (kdr) (Entered: 08/28/2017) |
| 08/29/2017 | 70 | RESPONSE to Motion re 68 MOTION for Extension of TimeTime filed by David A Stebbins.(jap) (Entered: 08/29/2017) |
| 08/31/2017 | 71 | RESPONSE in Opposition re 63 MOTION to Strike filed by Arkansas Rehabilitation Services, Arkansas, State of, Amy Jones. (Cryer, Christine) (Entered: 08/31/2017) |
| 08/31/2017 | 72 | OBJECTION by David A Stebbins re 69 Order Granting Motion for Extension of Time to Adjust Scheduling Order. (jap) (Entered: 08/31/2017) |
| 08/31/2017 | 73 | RESPONSE in Opposition re 57 MOTION for Leave to File MOTION for Joinder *(Amended Response)* filed by Arkansas Rehabilitation Services, Arkansas, State of, Amy Jones. (Cryer, Christine) (Entered: 08/31/2017) |
| 09/11/2017 | 74 | SUPPLEMENT to Motion to Adjust Scheduling Order filed by David A Stebbins re 72 . (jap) (Entered: 09/11/2017) |
| 09/12/2017 | 75 | MOTION in Limine by David A Stebbins (jap) (Entered: 09/12/2017) |
| 09/12/2017 | 76 | BRIEF IN SUPPORT re 75 Motion in Limine filed by David A Stebbins. (jap) (Entered: 09/12/2017) |

| | | |
|---|---|---|
| 09/12/2017 | 77 | NOTICE by David A Stebbins (jap) (Entered: 09/12/2017) |
| 09/26/2017 | 78 | RESPONSE in Opposition re 75 MOTION in Limine filed by Arkansas Rehabilitation Services, Arkansas, State of, Amy Jones. (Attachments: # 1 Exhibit A – C)(Cryer, Christine) (Entered: 09/26/2017) |
| 09/28/2017 | 79 | SECOND MOTION for Summary Judgment by David A Stebbins (jap) (Entered: 09/28/2017) |
| 09/28/2017 | 80 | BRIEF IN SUPPORT re 79 Second Motion for Summary Judgment filed by David A Stebbins. (jap) (Additional attachment(s) added on 9/28/2017: # 1 Main Document – Correct) (jak). (Entered: 09/28/2017) |
| 09/28/2017 | 81 | STATEMENT of Undisputed Facts in Support of 79 Motion for Summary Judgment filed by David A Stebbins. (jap) (Additional attachment(s) added on 9/28/2017: # 1 Main Document – Correct) (jak). (Entered: 09/28/2017) |
| 09/28/2017 | 82 | NOTICE OF DOCKET CORRECTION re 80 Brief in Support, 81 Statement of Facts. CORRECTION: The original documents were attached in error due to a clerical mistake by the Clerk's office (incomplete image files). The correct documents were added to docket entries 80 and 81 and are attached hereto for review by the parties. (Attachments: # 1 Document Statement of Facts)(jak) (Entered: 09/28/2017) |
| 10/02/2017 | 83 | SUPPLEMENT to Plaintiff's Second Motion for Summary Judgment filed by David A Stebbins re 79 . (jap) (Entered: 10/02/2017) |
| 10/12/2017 | 84 | RESPONSE in Opposition re 79 MOTION for Summary Judgment filed by Arkansas Rehabilitation Services, Arkansas, State of, Amy Jones. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Cryer, Christine) (Entered: 10/12/2017) |
| 10/12/2017 | 85 | BRIEF IN SUPPORT re 84 Response in Opposition to Motion, filed by Arkansas Rehabilitation Services, Arkansas, State of, Amy Jones. (Cryer, Christine) (Entered: 10/12/2017) |
| 10/12/2017 | 86 | RESPONSE re 81 Statement of Facts (Local Rule 56.1) by Arkansas Rehabilitation Services, Arkansas, State of, Amy Jones (Cryer, Christine) (Entered: 10/12/2017) |
| 10/12/2017 | 87 | STATEMENT OF FACTS (Local Rule 56.1) re 84 Response in Opposition to Motion, 85 Brief in Support filed by Arkansas Rehabilitation Services, Arkansas, State of, Amy Jones. (Cryer, Christine) (Entered: 10/12/2017) |
| 10/13/2017 | 88 | ORDER denying 58 Plaintiff's Motion to Provide Specific Findings of Fact and Conclusions of Law in Regards to Order Adopting Report and Recommendation. Signed by Judge James M. Moody Jr. on 10/13/2017. (cmn) (Entered: 10/13/2017) |
| 10/13/2017 | 89 | ORDER granting Defendants' request for transfer. The Clerk is directed to immediately transfer Stebbins's case file to the Western District of Arkansas, Harrison Division. Signed by Judge James M. Moody Jr. on 10/13/17. (cmn) (Entered: 10/13/2017) |