IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DAVID A. STEBBINS                                           PLAINTIFF

v.                         CASE NO. 4:16CV545 JM

STATE OF ARKANSAS, ARKANSAS                                 DEFENDANTS
REHABILITATION SERVICES, AND
AMY JONES

### DEFENDANTS' ANSWERS TO PLAINTIFF'S FOURTH SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

COME NOW Defendants State of Arkansas, Arkansas Rehabilitation Services, and Amy Jones, by and through their attorneys, Attorney General Leslie Rutledge and Senior Assistant Attorney General Christine A. Cryer, and for their Answer to Plaintiff's Fourth Set of Interrogatories and Request for Production, states as follows:

**INTERROGATORY NO. 1:** State every reasonable accommodation and every reasonable modification in policies you considered while determining my eligibility for ARS funding, as well as every reason why you struck down those accommodations or modifications.

**ANSWER NO. 1:** Please see Defendants' Response in Opposition to your Motion for Summary Judgment.

**REQUEST FOR PRODUCTION NO. 1:** Produce all evidence in your possession documenting your consideration of the aforementioned accommodations and modifications. If these documents are included in the 130-page file you

Exh. 1

produced in response to my first Request for Production, then please state the page numbers that document the consideration of these accommodations and accommodations [sic].

**ANSWER NO. 1:** Please see Defendants' Response in Opposition to your Motion for Summary Judgment. The Response and the attached to the Response address this issue.

**REQUEST FOR PRODUCTION NO. 2:** In your response to my first Request for Production, you produced a 130 page document that you said was my file with ARS. A majority of these documents were clearly typed. The computer files contain data that the printed versions of the documents simply cannot contain, as long as you know how to view this hidden electronic data. So I can view this data, please produce, on a computer disc, electronic versions of each of the typed documents you produced in response to my first Request for Production.

**ANSWER NO. 2:** Defendants object to producing a computer version of the documents already produced as burdensome and irrelevant. You have the documents. You have used these documents in support of your Motion for Summary Judgment and have relied on them in support of your motion. There is no need for these documents to be produced again but in a different format.

2

Respectfully submitted,

LESLIE RUTLEDGE
Attorney General

By: *(signature)*

Christine A. Cryer
Ark. Bar No. 2001082
Senior Assistant Attorney General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 683-0958
Fax:    (501) 682-2591
Email: christine.cryer@arkansasag.gov

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, Christine A. Cryer, hereby certify that on 17th day of October, 2017, I mailed this document by U.S. Postal Service to the following:

David A. Stebbins
123 West Ridge Street, Apt. D
Harrison, AR 72601

*(signature)*

Christine A. Cryer

3