Case 3:17-cv-03092-TLB    Document 102-3    Filed 11/02/17    Page 1 of 1 PageID #: 873

# How to Find Metadata in Word Documents

Hidden metadata provides useful file information, but it could also endanger the privacy of your clients or employees. Microsoft Word's metadata, or document properties, stores details about files. Common metadata entries include the document's author, company, title and subject. Each time someone edits and saves a file, Word updates the document's metadata. Comments and revisions logged in the metadata are helpful when several people are collaborating on a document. Reviewing the document's properties or using the Document Inspector to see if metadata is present and will help you verify what information Word has recorded; remember, though, that the Document Inspector locates the types of metadata recorded in the document but does not reveal what that data contains.

3. Click "Info" and then click "Show all Properties" to view the metadata entries for the file.

2. Select "Check for Issues" and then click on "Inspect Document" to launch the Document Inspector.

3. Click the check boxes to select the types of metadata the Document Inspector scans for and then click "Inspect." Microsoft Word will display the results of the inspection and provide an option to remove the metadata.

## About the Author

Nicole Hamilton has been a content writer since 2005. She uses her journalistic style to create informative articles for websites such as PencilsandPixelsArt.com. Hamilton earned an Associate of Science in multimedia design from Okaloosa-Walton Community College in Florida.

Exh. 3