**Subject:** Discovery responses
**From:** David Stebbins (stebbinsd@yahoo.com)
**To:** christine.cryer@arkansasag.gov;
**Date:** Friday, October 27, 2017 1:42 PM

Dear Ms. Cryer,

I have been meaning to send this email for a while now, but my computer has broken down and I couldn't send it.

I am in receipt of your discovery responses dated October 17, 2017. Your response to the request for production, however, is chronically deficient.

I need you to understand something: You don't get to decide what is and isn't relevant here. I already told you that the computer files contain data that the paper print-outs of the files do not. Unless you have proof that this isn't true (that is ... if you have a computer expert saying that there is no data stored in the computer files that isn't also present in the printed versions), then you have no right to dictate my litigation strategy.

I will give you only 24 hours to send me an email saying that you are sending your revised discovery responses in the mail. Consider this to be my one and only attempt to resolve the discovery dispute without court action.

Sincerely,
David Stebbins


 Virus-free. www.avg.com

*Exh. 4*