# U. S. District Court
## Western District of Arkansas (Harrison)
### CIVIL DOCKET FOR CASE #: 3:10-cv-03041-JLH

Stebbins v. Mid States Promotions et al
Assigned to: Honorable Jimm Larry Hendren
Cause: 02:431 Fed. Election Commission: Failure Enforce
Compliance

Date Filed: 05/10/2010
Date Terminated: 02/23/2011
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**David Stebbins**

represented by **David Stebbins**
1407 N Spring Road
Apt. #5
Harrison, AR 72601
870-577-7433
PRO SE

V.

**Defendant**

**Mid States Promotions**

represented by **William Matthew Stone**
Stone Law PLLC
509 South Main
Mountain Home, AR 72653
(870) 425-4177
Fax: (870) 425-4186
Email: stone_esq@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jason Jones**

represented by **William Matthew Stone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



| Date Filed | # | Docket Text |
|---|---|---|
| 05/10/2010 | 1 | COMPLAINT with Jury Demand against Jason Jones and Mid South Promotions, filed by David Stebbins.(lw) (Entered: 05/10/2010) |
| 05/10/2010 | 2 | MOTION for Leave to Proceed in forma pauperis and MOTION for Service by David Stebbins. (lw) (Entered: 05/10/2010) |

CLOSED

# U. S. District Court
## Western District of Arkansas (Harrison)
### CIVIL DOCKET FOR CASE #: 3:10-cv-03072-JLH

Stebbins v. Full Sail University
Assigned to: Honorable Jimm Larry Hendren
Cause: 42:12101 Americans with Disabilities Act of 1990

Date Filed: 08/04/2010
Date Terminated: 08/04/2010
Jury Demand: None
Nature of Suit: 446 Civil Rights:
Americans with Disabilities - Other
Jurisdiction: Federal Question

**Plaintiff**

**David Stebbins**

represented by **David Stebbins**
1407 N. Spring Rd.
Apt #5
Harrison, AR 72601
PRO SE

V.

**Defendant**

**Full Sail University**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/04/2010 | 1 | COMPLAINT against Full Sail University, filed by David Stebbins.(jn) (Entered: 08/04/2010) |
| 08/04/2010 | 2 | MOTION for Leave to Proceed in forma pauperis, MOTION for Service by David Stebbins. (jn) (Entered: 08/04/2010) |
| 08/04/2010 | 3 | ORDER TRANSFERRING CASE to the Middle District of Florida, Orlando Division. Signed by Honorable James R. Marschewski on August 4, 2010. (jn) (Entered: 08/04/2010) |
| 08/04/2010 | | TEXT ONLY ENTRY: Case Transferred to the Middle District of Florida, Orlando Division via Civil Case Extraction. (jn) (Entered: 08/04/2010) |
| 08/05/2010 | | TEXT ONLY ENTRY: Civil Case Transferred from the Western District of Arkansas has been opened in the Middle District of Florida as case 6:10-cv-01165 on 8/5/10. (rw) (Entered: 08/05/2010) |
| 08/10/2010 | 4 | MOTION to Reopen Case by David Stebbins. (tg) (Entered: 08/10/2010) |
| 08/23/2010 | 5 | ORDER denying as moot 4 Motion to Reopen Case. The Court finds that because this case was transferred immediately and electronically to the Middle District of |

CLOSED,LEADTR

# U. S. District Court
## Western District of Arkansas (Harrison)
### CIVIL DOCKET FOR CASE #: 3:10-cv-03086-RTD

Stebbins v. Wal-Mart Stores, Inc.
Assigned to: Honorable Robert T. Dawson
Case in other court: 8th Circuit Court of Appeals, 11-01966
      8th Circuit Court of Appeals, 11-02583
      8th Circuit Court of Appeals, 11-02968
Cause: 28:794 Rehabilitation Act

Date Filed: 09/14/2010
Date Terminated: 09/07/2011
Jury Demand: None
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**David Stebbins**

          represented by  **David Stebbins**
                           1407 N. Spring Rd.
                           Apt #5
                           Harrison, AR 72601
                           870-204-6024
                           PRO SE

V.

**Defendant**

**Wal-Mart Stores Arkansas LLC**
*also known as*
Wal-Mart Stores, Inc.

          represented by  **Jeffrey L. Spillyards**
                           Walmart Stores, Inc.
                           702 Southwest 8th Street
                           M.S. #0215
                           Bentonville, AR 72716-0215
                           (479) 204-6053
                           Fax: (479) 277-5991
                           Email: jspillyards@mwlaw.com
                           *LEAD ATTORNEY*
                           *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/14/2010 | 1 | COMPLAINT against Wal-Mart Stores, Inc., filed by David Stebbins.(lw) (Entered: 09/14/2010) |
| 09/14/2010 | 2 | MOTION for Leave to Proceed in forma pauperis and MOTION for Service by David Stebbins. (lw) (Entered: 09/14/2010) |
| 09/14/2010 | | MOTIONS REFERRED: 2 MOTION for Leave to Proceed in forma pauperis MOTION for Service. Motions referred to Honorable Erin L. Setser.(lw) (Entered: 09/14/2010) |

CLOSED

# U. S. District Court
## Western District of Arkansas (Harrison)
### CIVIL DOCKET FOR CASE #: <mark>3:10-cv-03090-PKH</mark>

Stebbins v. Full Sail University
Assigned to: Honorable P. K. Holmes, III
Case in other court: 8th Circuit Court of Appeals, 11-01017
Cause: 42:12101 Americans with Disabilities Act of 1990

Date Filed: 09/27/2010
Date Terminated: 05/12/2011
Jury Demand: None
Nature of Suit: 446 Civil Rights:
Americans with Disabilities - Other
Jurisdiction: Federal Question

**Plaintiff**

**David Stebbins**

represented by **David Stebbins**
1407 N Spring Road
Apt #5
Harrison, AR 72601
PRO SE

V.

**Defendant**

**Full Sail University**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/27/2010 | 1 | COMPLAINT against Full Sail University, filed by David Stebbins.(lw) (Entered: 09/27/2010) |
| 09/27/2010 | 2 | MOTION for Leave to Proceed in forma pauperis, MOTION for Service by David Stebbins. (lw) (Entered: 09/27/2010) |
| 09/27/2010 | | MOTIONS REFERRED: 2 MOTION for Leave to Proceed in forma pauperis MOTION for Service. Motions referred to Honorable James R. Marschewski. (lw) (Entered: 09/27/2010) |
| 09/27/2010 | 3 | ORDER granting 2 Motion for Leave to Proceed in forma pauperis. The Plainntiff, Stebbins, is directed to notify the court as soon as his motions to transfer has been ruled on by the Middle District of Florida. Signed by Honorable James R. Marschewski on September 27, 2010. (lw) (Entered: 09/27/2010) |
| 10/07/2010 | 4 | MOTION for Reconsideration by David Stebbins. (rw) (Entered: 10/07/2010) |
| 12/13/2010 | 5 | ORDER denying as moot 4 , Motion for Reconsideration. Signed by Honorable Jimm Larry Hendren on December 13, 2010. (sh) (Entered: 12/13/2010) |

CLOSED,CONSOL

# U. S. District Court
## Western District of Arkansas (Harrison)
### CIVIL DOCKET FOR CASE #: 3:10-cv-03123-RTD

Stebbins v. Wal-Mart Stores, Inc.
Assigned to: Honorable Robert T. Dawson
Cause: 09:1 U.S. Arbitration Act

Date Filed: 12/17/2010
Date Terminated: 01/05/2011
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**David Stebbins**

represented by **David Stebbins**
1407 N. Spring Rd.
Apt. #5
Harrison, AR 72601
PRO SE

V.

**Defendant**

**Wal-Mart Stores, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/17/2010 | 1 | COMPLAINT against Wal-Mart Stores, Inc., filed by David Stebbins.(rw) (Entered: 12/17/2010) |
| 12/17/2010 | 2 | APPLICATION to proceed in forma pauperis by Plaintiff David Stebbins. (rw) (Entered: 12/17/2010) |
| 12/17/2010 | 3 | ORDER directing the clerk to file the complaint and granting re 2 Application to proceed in forma pauperis filed by David Stebbins ; further plaintiff is given until 1/3/11, to file an amended complaint stating a basis for federal court jurisdiction. Signed by Honorable James R. Marschewski on December 16, 2010. (rw) (Entered: 12/17/2010) |
| 12/17/2010 |  | TEXT ONLY: MOTION for Service. (rw) (Entered: 12/17/2010) |
| 12/17/2010 |  | MOTIONS REFERRED: MOTION for Service. Motions referred to Honorable James R. Marschewski.(rw) (Entered: 12/17/2010) |
| 12/20/2010 | 4 | NOTICE of Withdrawal of Document re 1 Complaint by plaintiff (rw) (Entered: 12/20/2010) |
| 12/20/2010 | 5 |  |

CLOSED

# U. S. District Court
## Western District of Arkansas (Harrison)
## CIVIL DOCKET FOR CASE #: <mark>3:11-cv-03025-PKH</mark>

Stebbins v. NET-ARB, Inc.
Assigned to: Honorable P. K. Holmes, III
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 03/29/2011
Date Terminated: 05/03/2011
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**David Stebbins**
    represented by  **David Stebbins**
1407 N Spring Rd
Apt. #5
Harrison, AR 72601
870-204-6024
PRO SE

V.

**Defendant**

**NET-ARB, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/29/2011 | 1 | COMPLAINT against NET-ARB, Inc., filed by David Stebbins.(lw) (Entered: 03/29/2011) |
| 03/29/2011 | 2 | MEMORANDUM BRIEF in Support of 1 Complaint by David Stebbins. (lw) (Entered: 03/29/2011) |
| 03/29/2011 | 3 | MOTION for Leave to Proceed in forma pauperis, MOTION for Service by David Stebbins. (lw) (Entered: 03/29/2011) |
| 03/29/2011 | | MOTIONS REFERRED: 3 MOTION for Leave to Proceed in forma pauperis MOTION for Service. Motions referred to Honorable James R. Marschewski.(lw) (Entered: 03/29/2011) |
| 04/14/2011 | 4 | REPORT AND RECOMMENDATIONS re 1 Complaint filed by David Stebbins, 3 MOTION for Leave to Proceed in forma pauperis MOTION for Service filed by David Stebbins. Objections to R&R due by 5/2/2011. Signed by Honorable James R. Marschewski on April 14, 2011. (lw) (Entered: 04/14/2011) |
| 04/18/2011 | 5 | OBJECTION to 4 Report and Recommendations by David Stebbins. (src) (Entered: 04/18/2011) |

CLOSED

# U. S. District Court
## Western District of Arkansas (Harrison)
### CIVIL DOCKET FOR CASE #: 3:11-cv-03029-PKH

Stebbins v. Harp & Associates Real Estate Services
Assigned to: Honorable P. K. Holmes, III
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 04/05/2011
Date Terminated: 05/03/2011
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**David Stebbins**

represented by **David Stebbins**
1407 N. Spring Rd
Apt. 5
Harrison, AR 72601
870.204.6024
PRO SE

V.

**Defendant**

**Harp & Associates Real Estate Services**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/05/2011 | 1 | COMPLAINT against Harp & Associates Real Estate Services, filed by David Stebbins.(src) (Entered: 04/05/2011) |
| 04/05/2011 | 2 | MEMORANDUM BRIEF in Support of 1 Complaint by David Stebbins. (Attachments: # 1 Exhibit A Lease Agreement, # 2 Exhibit B 3/12/2011 E-mail, # 3 Exhibit C Receipt, # 4 Exhibit D E-mail, # 5 Exhibit E Dispute Resolution)(src) (Entered: 04/05/2011) |
| 04/05/2011 | 3 | MOTION for Leave to Proceed in forma pauperis, MOTION for Service by David Stebbins. (src) (Entered: 04/05/2011) |
| 04/14/2011 | | TEXT ONLY ORDER REFERRING MOTION: 3 MOTION for Leave to Proceed in forma pauperis, MOTION for Service filed by David Stebbins. Signed by Honorable Paul K. Holmes, III on April 14, 2011. Motions referred to Honorable James R. Marschewski. (jlg) (Entered: 04/14/2011) |
| 04/15/2011 | 4 | REPORT AND RECOMMENDATIONS re 3 MOTION for Leave to Proceed in forma pauperis MOTION for Service filed by David Stebbins. Objections to R&R due by 5/2/2011. Signed by Honorable James R. Marschewski on April 15, 2011. (sh) (Entered: 04/15/2011) |

CLOSED

# U. S. District Court
## Western District of Arkansas (Harrison)
### CIVIL DOCKET FOR CASE #: 3:11-cv-03042-PKH

Stebbins v. Kirkpatrick
Assigned to: Honorable P. K. Holmes, III
Cause: 42:1983 Civil Rights Act

Date Filed: 06/16/2011
Date Terminated: 10/20/2011
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**David A. Stebbins**

represented by **David A. Stebbins**
1407 N Spring Road #5
Harrison, AR 72601
PRO SE

V.

**Defendant**

**Fred Kirkpatrick**
*in his official capacity as District Court*
*Judge of Boone County, AR*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/16/2011 | 1 | COMPLAINT REFERRED (42:1983) against Fred Kirkpatrick, filed by David A. Stebbins.(lw) (Entered: 06/16/2011) |
| 06/16/2011 | 2 | MOTION for Leave to Proceed in forma pauperis, MOTION for Service by David A. Stebbins. Motions referred to James R. Marschewski.(lw) (Entered: 06/16/2011) |
| 06/16/2011 | 3 | MOTION for Preliminary Injunction and Ex Parte Motion for Temporary Injunction by David A. Stebbins. Motions referred to James R. Marschewski.(lw) (Entered: 06/16/2011) |
| 06/16/2011 | 4 | REPORT AND RECOMMENDATIONS re 1 Complaint Referred (42:1983) filed by David A. Stebbins, and 2 MOTION for Leave to Proceed in forma pauperis MOTION for Service filed by David A. Stebbins. Objections to R&R due by 7/5/2011. Signed by Honorable James R. Marschewski on June 16, 2011. (lw) (Entered: 06/16/2011) |
| 06/20/2011 | 5 | OBJECTION to 4 Report and Recommendations by David A. Stebbins. (lw) (Entered: 06/20/2011) |
| 10/20/2011 | 6 | |

CLOSED

# U. S. District Court
## Western District of Arkansas (Harrison)
### CIVIL DOCKET FOR CASE #: 3:11-cv-03057-PKH

Stebbins v. Legal Aid of Arkansas
Assigned to: Honorable P. K. Holmes, III
Case in other court: 8th Circuit Court of Appeals, 12-03981
                  8th Circuit Court of Appeals, 13-02548
Cause: 42:12101 Americans with Disabilities Act of 1990

Date Filed: 07/20/2011
Date Terminated: 11/06/2012
Jury Demand: None
Nature of Suit: 446 Civil Rights:
Americans with Disabilities - Other
Jurisdiction: Federal Question

**Plaintiff**
**David Stebbins**            represented by  **David Stebbins**
                                                123 W. Ridge St.
                                                Apt. D
                                                Harrison, AR 72601
                                                870-204-6516
                                                PRO SE

V.

**Defendant**
**Legal Aid of Arkansas**          represented by  **J. David Dixon**
                                                  Davis, Clark, Butt, Carithers & Taylor,
                                                  PLC
                                                  P.O. Box 1688
                                                  19 East Mountain Street
                                                  Fayetteville, AR 72702
                                                  (479) 521-7600
                                                  Fax: (479) 521-7661
                                                  Email: ddixon@davis-firm.com
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Don Allen Taylor**
                                                  Davis, Wright, Clark, Butt & Carithers,
                                                  PLC
                                                  P.O. Drawer 1688
                                                  19 E. Mountain St.
                                                  Fayetteville, AR 72702-1688
                                                  (479) 521-7600
                                                  Fax: (479) 521-7661
                                                  Email: dtaylor@davis-firm.com
                                                  *ATTORNEY TO BE NOTICED*

# U. S. District Court
## Western District of Arkansas (Harrison)
### CIVIL DOCKET FOR CASE #: <mark>3:11-cv-03058-PKH</mark>

Stebbins v. Hannah et al
Assigned to: Honorable P. K. Holmes, III
Cause: 28:1332 Diversity-Injunctive & Declaratory Relief

Date Filed: 07/21/2011
Date Terminated: 12/19/2011
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**David Stebbins**
*for and on behalf of himself and others
similarly situated*

represented by **David Stebbins**
1407 N. Spring Rd.
Apt #5
Harrison, AR 72601
PRO SE

V.

**Defendant**

**James Hannah**
*In Official Capacity as Justice of the
Supreme Court of Arkansas*

**Defendant**

**Donald Corbin**
*In Official Capacity as Justice of the
Supreme Court of Arkansas*

**Defendant**

**Deputy Courtney Henry**
*In Official Capacity as Justice of the
Supreme Court of Arkansas*

**Defendant**

**Jim Gunter**
*In Official Capacity as Justice of the
Supreme Court of Arkansas*

**Defendant**

**Judge Paul Danielson**
*In Official Capacity as Justice of the
Supreme Court of Arkansas*

**Defendant**

**Karen Baker**
*In Official Capacity as Justice of the*
*Supreme Court of Arkansas*

**Defendant**

**Robert Brown**
*In Official Capacity as Justice of the*
*Supreme Court of Arkansas*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/21/2011 | 1 | COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF against Karen Baker, Robert Brown, Donald Corbin, Paul Danielson, Jim Gunter, James Hannah, and Courtney Henry, filed by David Stebbins.(lw) (Entered: 07/21/2011) |
| 07/21/2011 | 2 | MOTION for Leave to Proceed in forma pauperis, MOTION for Service by David Stebbins. (lw) (Entered: 07/21/2011) |
| 07/21/2011 | | MOTIONS REFERRED: 2 MOTION for Leave to Proceed in forma pauperis MOTION for Service. Motions referred to Honorable James R. Marschewski.(lw) (Entered: 07/21/2011) |
| 10/07/2011 | 3 | REPORT AND RECOMMENDATIONS re 1 Complaint filed by David Stebbins, 2 MOTION for Leave to Proceed in forma pauperis MOTION for Service filed by David Stebbins. Objections to R&R due by 10/24/2011. Signed by Honorable James R. Marschewski on October 7, 2011. (rw) (Entered: 10/07/2011) |
| 12/19/2011 | 4 | ORDER ADOPTING 3 REPORT AND RECOMMENDATIONS in its entirety ; denying 2 Motion for Leave to Proceed in forma pauperis and plaintiff's complaint is dismissed with prejudice. Signed by Honorable P. K. Holmes, III on December 19, 2011. (rw) (Entered: 12/19/2011) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/10/2017 13:35:53 | | |
| PACER Login: | cacryer1967 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:11-cv-03058-PKH |
| Billable Pages: | 1 | Cost: | 0.10 |

CLOSED,SMG

# U. S. District Court
## Western District of Arkansas (Harrison)
### CIVIL DOCKET FOR CASE #: 3:11-cv-03078-PKH

Stebbins v. Harp & Associates Real Estate Services
Assigned to: Honorable P. K. Holmes, III
Case in other court: 8th Circuit Court of Appeals, 11-03351
                        8th Circuit Court of Appeals, 13-01262
Cause: 29:754 Discrimination

Date Filed: 09/09/2011
Date Terminated: 01/02/2013
Jury Demand: Plaintiff
Nature of Suit: 443 Civil Rights:
Accommodations
Jurisdiction: Federal Question

**Plaintiff**
**David A. Stebbins**

        represented by  **David A. Stebbins**
123 W. Ridge St.
Apt. D
Harrison, AR 72601
870-204-6516
PRO SE

V.

**Defendant**
**Harp & Associates LLC**
*also known as*
Harp & Associates Real Estate Services

        represented by  **Edwin Lee Lowther , Jr.**
Wright Lindsey Jennings LLP
200 West Capitol Avenue
Suite 2300
Little Rock, AR 72201
(501) 371-0808
Fax: (501) 376-9442
Email: elowther@wlj.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                        **Matthew A. Glover**
Wright Lindsey Jennings LLP
200 W. Capitol Avenue
Suite 2300
Little Rock, AR 72201
(501) 371-0808
Fax: (501) 376-9442
Email: mglover@wlj.com
*TERMINATED: 03/30/2012*

                        **Seth R. Jewell**
FedEx Express

CLOSED,SMG

# U. S. District Court
## Western District of Arkansas (Harrison)
### CIVIL DOCKET FOR CASE #: 3:12-cv-03022-TLB

Stebbins v. Boone County, Arkansas et al
Assigned to: Honorable Timothy L. Brooks
Case in other court: 8th Circuit Court of Appeals, 12-01796
                8th Circuit Court of Appeals, 13-02475
                8th Circuit Court of Appeals, 13-02677
                8th Circuit Court of Appeals, 14-02686
                8th Circuit Court of Appeals, 14-02711
                8th Circuit Court of Appeals, 15-02880
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 02/17/2012
Date Terminated: 03/30/2015
Jury Demand: Both
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**David Stebbins**
                represented by    **David Stebbins**
                                      123 W. Ridge St.
                                      Apt. D
                                      Harrison, AR 72601
                                      870-204-6516
                                      PRO SE

V.

**Defendant**

**Boone County, Arkansas**
                represented by    **Jason E. Owens**
                                          Rainwater, Holt & Sexton, P.A.
                                          P.O. Box 17250
                                          Little Rock, AR 72222-7250
                                          (501) 868-2500
                                          Fax: (501) 868-2505
                                          Email: owens@rainfirm.com
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Geoffrey Thompson**
                                          Rainwater, Holt & Sexton
                                          P.O. Box 17250
                                          Little Rock, AR 72222
                                          (501) 868-2500
                                          Email: thompson@rainfirm.com
                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Jason Jones**
*TERMINATED: 08/13/2012*

**Defendant**

| | |
|---|---|
| **Sheriff Danny Hickman**<br>*in his official capacity* | represented by **Jason E. Owens**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Geoffrey Thompson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/17/2012 | 1 | COMPLAINT REFERRED (42:1983)provisionally filed against All Defendants, filed by David Stebbins.(lw) (Entered: 02/17/2012) |
| 02/17/2012 | 2 | MOTION for Issuance of Subpoenas by David Stebbins. (Attachments: # 1 Request for IFP application)Motions referred to James R. Marschewski.(lw) (Entered: 02/17/2012) |
| 02/17/2012 | 3 | MOTION for Preliminary Injunction by David Stebbins. Motions referred to James R. Marschewski.(lw) (Entered: 02/17/2012) |
| 02/17/2012 | 4 | ORDER directing clerk to provisionally file 1 Complaint Referred (42:1983) filed by David Stebbins. Clerk is further directed to send a blank IFP application to plaintiff. Plaintiff has until 3/2/12 to either complete, sign, and return IFP application or pay $350.00 filing fee. If Plaintiff fails to return the completed IFP application or pay the filing fee by 3/2/12 the complaint will become subject to summary dismissal for failure to obey a court order. Signed by Honorable James R. Marschewski on February 17, 2012. (lw) (Entered: 02/17/2012) |
| 02/28/2012 | 5 | APPLICATION to Proceed In Forma Pauperis by Plaintiff David Stebbins. (lw) (Entered: 02/28/2012) |
| 03/06/2012 | 6 | AMENDED COMPLAINT as to 1 Complaint Referred (42:1983) against All Defendants, filed by David Stebbins. (lw) (Entered: 03/06/2012) |
| 03/12/2012 | 7 | MOTION to Amend 6 Amended Complaint by David Stebbins. Motions referred to James R. Marschewski.(lw) (Entered: 03/12/2012) |
| 03/23/2012 | 8 | MOTION to Amend 6 Amended Complaint by David Stebbins. Motions referred to James R. Marschewski.(rw) (Entered: 03/23/2012) |
| 03/27/2012 | 9 | ORDER directing the clerk to Change the Address of David Stebbins. There are no documents to resend. Signed by Honorable James R. Marschewski on March 27, 2012. (Attachments: # 1 Notice of change of address)(rw) (Entered: 03/27/2012) |
| 04/05/2012 | 10 | |

CLOSED

# U. S. District Court
## Western District of Arkansas (Harrison)
### CIVIL DOCKET FOR CASE #: 3:12-cv-03032-PKH

Stebbins v. Social Security Administration Commissioner
Assigned to: Honorable P. K. Holmes, III
Case in other court: 8th Circuit Court of Appeals, 13-02475
Cause: 42:405 Review of HHS Decision (SSID)

Date Filed: 03/08/2012
Date Terminated: 07/08/2013
Jury Demand: None
Nature of Suit: 864 Social Security: SSID Tit. XVI
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**David Stebbins**

represented by **David Stebbins**
123 W. Ridge St.
Apt. D
Harrison, AR 72601
870-204-6516
PRO SE

V.

**Defendant**

**Social Security Administration Commissioner**

represented by **Social Security Administration Commissioner**
Office of General Counsel
Email: ogc.dallas.wdar@ssa.gov
PRO SE

**Claude S. Hawkins , Jr.**
U.S. Attorney's Office
414 Parker Avenue
Fort Smith, AR 72901
(479) 783-5125
Fax: (479) 441-0569
Email: Claude.Hawkins@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Winston Newbill**
Social Security Administration
Office of General Counsel
1301 Young Street Ste. A-702
Dallas, TX 75202
(214) 767-4097

CLOSED,1915(g)

# U. S. District Court
## Western District of Arkansas (Harrison)
### CIVIL DOCKET FOR CASE #: 3:12-cv-03039-PKH

Stebbins v. Marczuk et al
Assigned to: Honorable P. K. Holmes, III
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 03/19/2012
Date Terminated: 05/10/2012
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**David Stebbins**

represented by **David Stebbins**
123 W. Ridge St.
Apt. D.
Harrison, AR 72601
870.204.6165
PRO SE

V.

**Defendant**

**Lew Marczuk**
*Public Defender*

**Defendant**

**Timothy Bunch**
*Public Defender*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/19/2012 | 1 | COMPLAINT against Timothy Bunch, Lew Marczuk, filed by David Stebbins. (sh) (Entered: 03/19/2012) |
| 03/19/2012 | 2 | MOTION for Preliminary Injunction by David Stebbins. Motions referred to James R. Marschewski.(sh) (Entered: 03/19/2012) |
| 03/19/2012 | 3 | MOTION for Issuance of Subpoenas, filed by David Stebbins. Motions referred to James R. Marschewski.(sh) (Entered: 03/19/2012) |
| 03/19/2012 | 4 | Order directing the Clerk to provisionally file Plaintiffs complaint prior to a determination regarding plaintiff's status as a pauper and service of process. FURTHER the Clerk is directed to mail Plaintiff a court approved sec. 1983 Complaint form, along with a copy of the complaint 1 being provisionally filed. Plaintiff is DIRECTED to return the completed 1983 Complaint form by 3/30/12. |

CLOSED,RESTRICTED FILER,SMG

# U. S. District Court
## Western District of Arkansas (Harrison)
### CIVIL DOCKET FOR CASE #: 3:12-cv-03130-PKH

Stebbins v. Stebbins et al

Assigned to: Honorable P. K. Holmes, III

Case in other court: 8th Circuit Court of Appeals, 13-02475
8th Circuit Court of Appeals, 13-02687
8th Circuit Court of Appeals, 14-01845

Cause: 42:1981 Civil Rights

Date Filed: 10/04/2012
Date Terminated: 07/03/2013
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**David A. Stebbins**

represented by **David A. Stebbins**
123 W. Ridge, Apt. D
Harrison, AR 72601
PRO SE

V.

**Defendant**

**Rita F. Stebbins**

**Defendant**

**David D. Stebbins**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/04/2012 | 1 | COMPLAINT against David D. Stebbins, Rita F. Stebbins, filed by David A. Stebbins.(sh) (Entered: 10/04/2012) |
| 10/04/2012 | 2 | MOTION for Leave to Proceed in forma pauperis, MOTION for Service by David A. Stebbins. (sh) (Entered: 10/04/2012) |
| 10/04/2012 | 3 | MOTIONS REFERRED: 2 MOTION for Leave to Proceed in forma pauperis MOTION for Service. Motions referred to Honorable James R. Marschewski. (sh) (Entered: 10/04/2012) |
| 10/10/2012 | 4 | DEMAND for Trial by Jury by David A. Stebbins. (src) (Entered: 10/10/2012) |
| 11/13/2012 | 5 | NOTICE (USCA) that a PETITION FOR WRIT OF MANDAMUS has been filed as case number 12-3664, in the 8th Circuit Court of Appeals by David A. Stebbins. (Attachments: # 1 USCA Letter)(jn) (Entered: 11/13/2012) |
| 11/13/2012 | 6 | JUDGMENT/MANDATE (USCA) RE PETITION FOR WRIT OF MANDAMUS denying 5 Petition for Writ of Mandamus Notice (USCA) filed |

CLOSED

# U. S. District Court
## Western District of Arkansas (Harrison)
### CIVIL DOCKET FOR CASE #: 3:12-cv-03131-PKH

Stebbins v. Bradford, et al
Assigned to: Honorable P. K. Holmes, III
Demand: $9,999,000
Case in other court: 8th Circuit Court of Appeals, 13-02475
　　　　　　　　　　　　8th Circuit Court of Appeals, 13-02689
Cause: 42:1983 Civil Rights Act

Date Filed: 10/04/2012
Date Terminated: 07/05/2013
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**David A. Stebbins**

represented by **David A. Stebbins**
123 W. Ridge, Apt. D
Harrison, AR 72601
870-743-4386
PRO SE

V.

**Defendant**

**Wes Bradford**

**Defendant**

**State of Arkansas**

**Defendant**

**Boone County Circuit Court**

**Defendant**

**Gordon Webb**
*Chambers of*

**Defendant**

**David D. Stebbins**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/04/2012 | 1 | COMPLAINT against All Defendants, filed by David A. Stebbins.(lw) (Entered: 10/04/2012) |
| 10/04/2012 | 2 | MOTION for Leave to Proceed in forma pauperis, MOTION for Service by David A. Stebbins. (lw) (Entered: 10/04/2012) |

CLOSED

# U. S. District Court
## Western District of Arkansas (Harrison)
### CIVIL DOCKET FOR CASE #: 3:13-cv-03068-PKH

Stebbins v. Watkins et al
Assigned to: Honorable P. K. Holmes, III
Case in other court: 8th Circuit Court of Appeals, 13-03288
Cause: 42:1983 Civil Rights Act

Date Filed: 07/02/2013
Date Terminated: 09/19/2013
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**David Stebbins**                                     represented by **David Stebbins**
                                                        123 W. Ridge Street
                                                        Apt. D
                                                        Harrison, AR 72601
                                                        PRO SE

V.

**Defendant**

**Rhonda Watkins**
*Boone County Circuit Clerk*

**Defendant**

**State of Arkansas**

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 07/02/2013 | 1 | COMPLAINT with Jury Demand against All Defendants, filed by David Stebbins.(lw) (Entered: 07/02/2013) |
| 07/02/2013 | 2 | MOTION for Leave to Proceed in forma pauperis, MOTION for Service by David Stebbins. (lw) (Entered: 07/02/2013) |
| 07/02/2013 |   | MOTIONS REFERRED: 2 MOTION for Leave to Proceed in forma pauperis MOTION for Service. Motions referred to Honorable James R. Marschewski. (lw) (Entered: 07/02/2013) |
| 07/02/2013 | 3 | MOTION for Recusal by David Stebbins. (lw) (Entered: 07/02/2013) |
| 07/03/2013 | 4 | ORDER DENYING 3 Motion for Recusal. Signed by Honorable P. K. Holmes, III on July 3, 2013. Copy of order mailed to non-CM/ECF participant. (jas) (Entered: 07/03/2013) |
| 09/03/2013 | 5 | |

CLOSED,JTR,JURY

# U.S. District Court
## Eastern District of Arkansas (Little Rock)
## CIVIL DOCKET FOR CASE #: 4:12-cv-00704-KGB

Stebbins v. Steen et al
Assigned to: Judge Kristine G. Baker
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 11/08/2012
Date Terminated: 08/20/2013
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**David Stebbins**

represented by **David Stebbins**
123 Ridge Street
Apartment D
Harrison, AR 72601
870-204-6516
PRO SE

V.

**Defendant**

**Jennie Steen**
*Clerk of Boone County Circuit Court*

**Defendant**

**Boone County Circuit Court**

**Defendant**

**Leslie Steen**
*Clerk, of the Arkansas Supreme Court*

**Defendant**

**Arkansas Supreme Court**

**Defendant**

**Arkansas, State of**

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 11/08/2012 | 1 | MOTION for Leave to Proceed in forma pauperis by David Stebbins (kpr) (Entered: 11/08/2012) |
| 11/08/2012 | 2 | COMPLAINT with Jury Demand aagainst Arkansas Supreme Court, Arkansas, State of, Boone County Circuit Court, Jennie Steen, Leslie Steen and MOTION |

CLOSED,JTR,JURY

# U.S. District Court
## Eastern District of Arkansas (Little Rock)
## CIVIL DOCKET FOR CASE #: 4:14-cv-00227-KGB

Stebbins v. Arkansas, State of et al
Assigned to: Judge Kristine G. Baker
Demand: $999,000
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 04/14/2014
Date Terminated: 03/31/2015
Jury Demand: Plaintiff
Nature of Suit: 446 Civil Rights:
Americans with Disabilities - Other
Jurisdiction: Federal Question

**Plaintiff**

**David Stebbins**

      represented by  **David Stebbins**
123 Ridge Street
Apartment D
Harrison, AR 72601
870-204-6516
PRO SE

V.

**Defendant**

**Arkansas, State of**

      represented by  **Charles W. Lyford**
Arkansas Attorney General's Office
Catlett-Prien Tower Building
323 Center Street
Suite 200
Little Rock, AR 72201-2610
501-682-3676
Email: charles.lyford@arkansasag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regina Haralson**
Arkansas Attorney General's Office
Catlett-Prien Tower Building
323 Center Street
Suite 200
Little Rock, AR 72201-2610
501-682-3122
*TERMINATED: 07/31/2014*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mike Beebe**
*In his official capacity as Governor of Arkansas*

represented by **Charles W. Lyford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regina Haralson**
(See above for address)
*TERMINATED: 07/31/2014*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 04/14/2014 | 1 | MOTION for Leave to Proceed in forma pauperis filed by David Stebbins. (mmd) (Docket entry modified on 4/21/2014 to correct the file date.) (thd). (Entered: 04/15/2014) |
| 04/14/2014 | 2 | COMPLAINT with Jury Demand against Arkansas, State of and Mike Beebe, filed by David Stebbins. (Attachments: # 1 Civil Cover Sheet) (mmd) (Docket entry modified on 4/21/2014 to correct the file date.) (thd). (Entered: 04/15/2014) |
| 04/18/2014 | 3 | MOTION and Incorporated Brief in Support to Disqualify Judge Baker by David Stebbins (copy mailed to Mr. Stebbins) (jap) (Entered: 04/18/2014) |
| 04/21/2014 |   | NOTICE OF DOCKET CORRECTION re: 1 MOTION for Leave to Proceed in forma pauperis and 2 Complaint. CORRECTION: Each docket entry was modified to correct the file date to 4/14/2104, as marked on the document. (thd) (Entered: 04/21/2014) |
| 05/08/2014 | 4 | ORDER denying 3 Motion to Disqualify Judge and granting 1 Motion for Leave to Proceed in forma pauperis. The Clerk of the Court shall prepare a summons directed to defendants and the U S Marshal is directed to serve the summons and complaint pursuant to Rule 4 of the Federal Rules of Civil Procedure. Signed by Judge Kristine G. Baker on 05/08/2014. (rhm) (Docket text modified on 5/8/2014 to correct a typographical error.) (thd). (Entered: 05/08/2014) |
| 05/08/2014 |   | Summons Issued as to Attorney General Dustin McDaniel and Governor Mike Beebe and forwarded to Marshal for service. (rhm) (Entered: 05/12/2014) |
| 05/15/2014 | 5 | SUMMONS Returned Executed. Mike Beebe served on 5/13/2014. (rhm) (Entered: 05/15/2014) |
| 05/19/2014 | 6 | SUMMONS Returned Executed. Dustin McDaniel, Attorney General of Arkansas, served on 5/14/2014. (rhm) (Entered: 05/19/2014) |
| 06/03/2014 | 7 | NOTICE of Appearance by Regina Haralson on behalf of All Defendants (Haralson, Regina) (Entered: 06/03/2014) |
| 06/03/2014 | 8 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by All Defendants (Haralson, Regina) (Entered: 06/03/2014) |
| 06/03/2014 | 9 | BRIEF IN SUPPORT re 8 Motion to Dismiss for Failure to State a Claim filed by All Defendants. (Haralson, Regina) (Entered: 06/03/2014) |

## U.S. District Court
## Eastern District of Arkansas (Little Rock)
## CIVIL DOCKET FOR CASE #: 4:15-cv-00332-BSM

Stebbins v. Gay et al
Assigned to: Chief Judge Brian S. Miller
Cause: 42:1983 Other Civil Rights

Date Filed: 06/05/2015
Date Terminated: 06/22/2015
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**David Stebbins**                    represented by   **David Stebbins**
123 Ridge Street
Apartment D
Harrison, AR 72601
870-204-6516
PRO SE

V.

**Defendant**

**Donna Gay**
*Officer, Arkansas Administrative Office*
*of the Courts*

**Defendant**

**Jim Hannah**
*Director, Arkansas Administrative*
*Office of the Courts*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 06/05/2015 | 1 | MOTION for Leave to Proceed in forma pauperis by David Stebbins. (kdr) (Entered: 06/08/2015) |
| 06/05/2015 | 2 | COMPLAINT with Jury Demand against All Defendants, filed by David Stebbins.(kdr) (Entered: 06/08/2015) |
| 06/19/2015 | 3 | ORDER granting 1 David Stebbins's motion to proceed in forma pauperis. Stebbins shall be assessed an initial partial filing fee of $20, and must pay $10 every subsequent month until the entire filing fee is satisfied. Signed by Chief Judge Brian S. Miller on 6/19/2015. (kdr) (Entered: 06/19/2015) |
| 06/22/2015 | 4 | ORDER dismissing, with prejudice, Plaintiff David Stebbins's 2 Complaint. Signed by Chief Judge Brian S. Miller on 6/22/2015. (kdr) (Entered: 06/22/2015) |

CLOSED,CASREF,JJV,JURY,RD

## U.S. District Court
### Eastern District of Arkansas (Little Rock)
### CIVIL DOCKET FOR CASE #: 4:15-cv-00436-JLH

Stebbins v. Hannah et al
Assigned to: Judge J. Leon Holmes
Case in other court: USCA8, 15-03807
Cause: 42:12131 Americans with Disabilities Act

Date Filed: 07/15/2015
Date Terminated: 10/14/2015
Jury Demand: Plaintiff
Nature of Suit: 446 Civil Rights:
Americans with Disabilities - Other
Jurisdiction: Federal Question

**Plaintiff**

**David A Stebbins**

represented by **David A Stebbins**
123 W Ridge St. Apt. D
Harrison, AR 72601
870-204-6516
PRO SE

V.

**Defendant**

**Jimm Hannah**

**Defendant**

**Donna Gay**

**Defendant**

**Arkansas, State of**

**Defendant**

**Arkansas Administrative Office of
the Courts**

**Defendant**

**Russell Rogers**

**Defendant**

**David D Stebbins**

**Defendant**

**James Goldie**

**Defendant**

**Kristie Williams**

**Defendant**

Gordon Webb

**Defendant**

Brad Karren

**Defendant**

Wes Bradford

**Defendant**

Harrison, City of

**Defendant**

Robert Turley

**Defendant**

Josh Applegate

**Defendant**

John Doe
*Police Officer*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/15/2015 | 1 | MOTION for Leave to Proceed in forma pauperis filed by David A Stebbins. (ks) (Entered: 07/15/2015) |
| 07/15/2015 | 2 | COMPLAINT with Jury Demand against All Defendants, filed by David A Stebbins. No summons issued.(ks) (Entered: 07/15/2015) |
| 07/30/2015 | 3 | AMENDED COMPLAINT with Jury Demand against Arkansas Administrative Office of the Courts, Arkansas, State of, Donna Gay, James Goldie, Jimm Hannah, Russell Rogers, David D Stebbins, Kristie Williams, and Gordon Webb filed by David A Stebbins.(mef) (Entered: 07/30/2015) |
| 07/31/2015 | 4 | ORDER directing plaintiff to be familiar and comply with all the Federal Rules of Civil Procedure as well as the Local Rules of this Court. Failure to so comply can result in dismissal of plaintiff's claim. The Clerk of Court is directed to serve this Order on plaintiff by both regular mail and certified mail, return receipt requested. Signed by Judge J. Leon Holmes on 7/31/2015. (ks) (Entered: 07/31/2015) |
| 08/04/2015 | 5 | ORDER referring this action to United States Magistrate Judge Joe J. Volpe for disposition or recommended disposition, as appropriate, of all pretrial motions, as well as screening under 28 U.S.C. § 1915(e)(2)(B). As a part of his review, Judge Volpe should consider whether the Court should follow the Western District in determining whether to grant Stebbins' 1 motion for leave to proceed in forma pauperis. Signed by Judge J. Leon Holmes on 8/4/2015. (ks) (Entered: 08/04/2015) |

CLOSED

# U. S. District Court
## Western District of Arkansas (Fayetteville)
## CIVIL DOCKET FOR CASE #: 5:10-cv-05125-JLH

Stebbins v. University of Arkansas et al
Assigned to: Honorable Jimm Larry Hendren
Case in other court: 8th Circuit Court of Appeals, 11-01753
           8th Circuit Court of Appeals, 11-02465
           8th Circuit Court of Appeals, 12-03567
           8th Circuit Court of Appeals, 13-01105
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 07/12/2010
Date Terminated: 12/28/2012
Jury Demand: None
Nature of Suit: 446 Civil Rights:
Americans with Disabilities - Other
Jurisdiction: Federal Question

**Plaintiff**

**David Stebbins**
                                    represented by  **David Stebbins**
                                                       123 W. Ridge St.
                                                       Apt. D
                                                     Harrison, AR 72601
                                                     870-204-6516
                                                   PRO SE

V.

**Defendant**

**University of Arkansas**
                                    represented by  **T. Scott Varady**
                                                     Office of the General Counsel
                                                     University of Arkansas
                                                     421 Administration Building
                                                     Fayetteville, AR 72701
                                                     (479) 575-5401
                                                     Fax: (479) 575-5046
                                                     Email: svarady@uark.edu
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Office of the Chancellor**
                                    represented by  **T. Scott Varady**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 07/12/2010 | 1 | |

▶ New Search

**Phonetic Search:** off **Last Name:** Stebbins **First Name:** David

| ID | Names/Corporation | Case Description | Party Type | Filing Date | Judg |
|---|---|---|---|---|---|
| 14294903 | DAVID STEBBINS **Aliases:** ,STEBBINS, DAVID A. | **Case:** _CV-16-16_ DAVID A STEBBINS V DAVID D STEBBINS **Status:**FINAL | APPELLANT PRO SE | 28-DEC-15 | |
| 14294905 | DAVID STEBBINS **Aliases:** ,STEBBINS, DAVID D. | **Case:** _CV-16-16_ DAVID A STEBBINS V DAVID D STEBBINS **Status:**FINAL | APPELLEE | 28-DEC-15 | |
| 13144052 | DAVID STEBBINS **Aliases:** ,STEBBINS, DAVID A | **Case:** _05CV-15-38_ DAVID A STEBBINS V GEOFF THOMPSON, JASON DAY, ET A **Status:**CLOSED | PLAINTIFF | 23-FEB-15 | , 14T CIRC DIVIS 4 |
| 13144062 | DAVID STEBBINS **Aliases:** ,STEBBINS, DAVID | **Case:** _05CV-15-38_ DAVID A STEBBINS V GEOFF THOMPSON, JASON DAY, ET A **Status:**CLOSED | (DO NOT USE) PRO SE | 23-FEB-15 | , 14T CIRC DIVIS 4 |
| 12487624 | DAVID STEBBINS **Aliases:** ,STEBBINS, DAVID | **Case:** _05CV-14-48_ GREAT SOUTHER BANK V DAVID & RITA STEBBINS **Status:**CLOSED | DEFENDANT | 28-MAR-14 | , 14T CIRC DIVIS 1 |
| 10424355 | DAVID STEBBINS **Aliases:** ,STEBBINS, DAVID ANTHONY | **Case:** _05CV-14-1_ EDUCAP INC V DAVID A STEBBINS **Status:**CLOSED | DEFENDANT | 02-JAN-14 | , 14T CIRC DIVIS 1 |
| | DAVID STEBBINS | **Case:** _72CV-13-1619_ DAVID | | | , 4TH |

| 14017877 | Aliases: ,STEBBINS, DAVID | STEBBINS VS NICK CHURCHILL Status:CLOSED | PLAINTIFF | 19-AUG-13 | CIRC DIVIS 2 |
| --- | --- | --- | --- | --- | --- |
| 14017877 | DAVID STEBBINS Aliases: ,STEBBINS, DAVID | Case: 72CV-13-1475 DAVID STEBBINS VS DAVID DIXON (LEGAL AID Status:CLOSED | PLAINTIFF | 24-JUL-13 | , 4TH CIRC DIVIS 5 |
| 11399391 | DAVID STEBBINS Aliases: ,STEBBINS, DAVID A | Case: CV-13-40 STEBBINS V JUDGE Status:CLOSED | PETITIONER | 28-DEC-12 | |
| 14017877 | DAVID STEBBINS Aliases: ,STEBBINS, DAVID | Case: 72CV-12-3034 DAVID STEBBINS VS MOTEL 6 OPERATING LP Status:CLOSED | PLAINTIFF | 14-DEC-12 | , 4TH CIRC DIVIS 2 |
| 11399391 | DAVID STEBBINS Aliases: ,STEBBINS, DAVID A | Case: CV-11-692 STEBBINS V BOONE COUNTY CIRCUIT COURT WEBB Status:FINAL | PETITIONER | 05-JUL-11 | |
| 11399391 | DAVID STEBBINS Aliases: ,STEBBINS, DAVID A | Case: CV-11-693 STEBBINS V BOONE COUNTY CIRCUIT COURT WEBB Status:FINAL | PETITIONER | 05-JUL-11 | |
| 11399391 | DAVID STEBBINS Aliases: ,STEBBINS, DAVID A | Case: CV-11-649 STEBBINS V STATE OF ARKANSAS WOMACK Status:FINAL | PETITIONER | 27-JUN-11 | |

**Page: 1  Records: 1 - 13**