## Report Selection Criteria

Case ID: CV-16-16
Citation No:
Docket Start Date:
Docket Ending Date:

## Case Description

Case ID: CV-16-16 - DAVID A STEBBINS V DAVID D STEBBINS
Filing Date: Monday, December 28th, 2015
Court: AR - STATE OF ARKANSAS
Location: CA - COURT OF APPEALS
Type: CA - CIVIL APPEAL CIRCUIT
Status: FINAL - FINAL
Images:

## Case Event Schedule

*No case events were found.*

## Case Parties

| Seq # | Assoc | End Date | Type | ID | Name |
|---|---|---|---|---|---|
| 1 | | | APPELLANT PRO SE | 14294903 | STEBBINS, DAVID A. |
| | | | | Aliases: | none |
| 2 | | | APPELLEE | 14294905 | STEBBINS, DAVID D. |
| | | | | Aliases: | none |
| 6 | | | WRITING JUDGE | 11225301 | KENNETH HIXSON, JUDGE |
| | | | | Aliases: | none |
| 4 | | | LOWER COURT JUDGE | 1000939 | ROGERS, F RUSSELL |

DEFENDANT'S EXHIBIT 6

| | | | | | Aliases: | ROGERS, RUSSELL<br>ROGERS, F. RUSSELL |
| --- | --- | --- | --- | --- | --- | --- |
| 5 | | | APPELLEE COUNSEL | 1002829 | GOLDIE, JAMES E | |
| | | | | Aliases: | none | |
| 3 | | | LOWER COURT CLERK | 11225443 | BOONE COUNTY CIRCUIT COURT | |
| | | | | Aliases: | none | |

## Violations

## Sentence

No Sentence Info Found.

## Milestone Tracks

| MILESTONE DESCRIPTION | DUE DATE | CHANGED DUE DATE | FILING DATE |
| --- | --- | --- | --- |
| SUPPLEMENT RECORD ORDERED | 09/07/2016 | | 09/07/2016 |
| SUPPLEMENT TO THE RECORD FILED | 10/07/2016 | | 03/24/2017 |
| REBRIEFING COMMENCED | 03/24/2017 | | 03/24/2017 |
| APPELLANT'S REBRIEF | 04/08/2017 | | 03/30/2017 |
| APPELLEE'S REBRIEF | 04/14/2017 | | |

## Docket Entries

| Filing Date | Description | Name | Monetary |
|---|---|---|---|
| 12/28/2015 08:00 AM | RECORD LODGED $ | | |
| Entry: | none. | | |
| Images | No Images | | |
| 12/28/2015 08:00 AM | BRIEFING COMMENCED | | |
| Entry: | none. | | |
| Images | No Images | | |
| 01/08/2016 11:48 AM | MOTION OTHER | STEBBINS, DAVID A. | |
| Entry: | Appellant's pro se motion to relax copy requirements. Appellant served James Goldie via e-mail on January 6, 2016. | | |
| Images | MOTION | | |
| 01/08/2016 11:51 AM | MOTION TO FILE ENLARGED BRIEF | STEBBINS, DAVID A. | |
| Entry: | Appellant's pro se motion for leave to file extra-long argument. Appellant served James Goldie via e-mail on January 6, 2016. | | |
| Images | MOTION | | |
| 01/14/2016 01:06 PM | MOTION OTHER | STEBBINS, DAVID A. | |
| Entry: | Appellant's pro se motion for summary reversal and for findings of fact and conclusions of law. Appellant served James Goldie via e-mail on January 12, 2016. | | |
| Images | MOTION | | |
| 01/27/2016 09:11 AM | MOTION SUBMITTED | STEBBINS, DAVID A. | |

| | | | |
|---|---|---|---|
| Entry: | Appellant's pro se motion to relax copy requirements. | | |
| Images | No Images | | |

| 01/27/2016 09:11 AM | MOTION SUBMITTED | STEBBINS, DAVID A. | |
|---|---|---|---|
| Entry: | Appellant's pro se motion for summary reversal and for findings of fact and conclusions of law. | | |
| Images | No Images | | |

| 01/27/2016 09:12 AM | MOTION SUBMITTED | STEBBINS, DAVID A. | |
|---|---|---|---|
| Entry: | Appellant's pro se motion for leave to file extra-long argument. | | |
| Images | No Images | | |

| 02/03/2016 09:15 AM | LETTER ORDERS - COA | STEBBINS, DAVID A. | |
|---|---|---|---|
| Entry: | Appellant's pro se motion to relax copy requirements is denied. Appellant's pro se motion for leave to file extra-long argument is denied. Appellant's pro se motion for summary reversal and for findings of fact and conclusions of law is denied. | | |
| Images | ORDER | | |

| 02/04/2016 09:05 AM | 7 DAY BRIEF EXTENSION | STEBBINS, DAVID A. | |
|---|---|---|---|
| Entry: | Appellant's brief due February 13, 2016. | | |
| Images | No Images | | |

| 02/12/2016 12:19 PM | MOTION EXTENSION OF TIME | STEBBINS, DAVID A. | |
|---|---|---|---|
| Entry: | *none.* | | |
| Images | MOTION | | |

| 02/18/2016 10:03 AM | BRIEF EXTENSION | STEBBINS, DAVID A. | |

| Entry:  | Appellant's brief due March 30, 2016. |
|---|---|
| Images  | No Images |

| 03/02/2016 03:49 PM | APPELLANT'S BRIEF | STEBBINS, DAVID A. | |
|---|---|---|---|
| Entry: | *none.* | | |
| Images | BRIEF | | |

| 03/24/2016 10:17 AM | APPELLEE WILL NOT FILE BRIEF | STEBBINS, DAVID D. | |
|---|---|---|---|
| Entry: | Letter from attorney James E. Goldie on behalf of the appellee. The appellee will not file a brief. | | |
| Images | Letter from appellee attorney | | |

| 08/24/2016 09:18 AM | CASE SUBMITTED | STEBBINS, DAVID A. | |
|---|---|---|---|
| Entry: | *none.* | | |
| Images | No Images | | |

| 09/07/2016 09:01 AM | OPINION - OTHER | KENNETH HIXSON, JUDGE, | |
|---|---|---|---|
| Entry: | Remanded to settle and supplement the record; rebriefing ordered. Kinard and Whiteaker, JJ., agree. | | |
| Images | Majority opinion | | |

| 09/07/2016 09:01 AM | FORMAL ORDERS - COA | STEBBINS, DAVID A. | |
|---|---|---|---|
| Entry: | Remanded to settle and supplement the record; rebriefing ordered. Supplemental record is due in thirty days (October 7, 2016). Appellant's substituted brief is due fifteen days after the filing of the supplemental record. Appellee may file a substituted brief fifteen days thereafter. | | |
| Images | Formal Order | | |

| 09/07/2016 | SUPPLEMENT RECORD | STEBBINS, DAVID A. | |
|---|---|---|---|

| 09:01 AM | ORDERED | | |
|---|---|---|---|
| Entry: | Supplemental record is due in thirty days (October 7, 2016). | | |
| Images | No Images | | |

| 09/07/2016 10:46 AM | OPINION PANEL | | |
|---|---|---|---|
| Entry: | *none.* | | |
| Images | No Images | | |

| 09/14/2016 01:06 PM | MOTION OTHER | STEBBINS, DAVID A. | |
|---|---|---|---|
| Entry: | Pro se appellant's motion for return of original brief. | | |
| Images | Pro se motion to return brief | | |

| 09/14/2016 01:06 PM | MOTION FOR CLARIFICATION | STEBBINS, DAVID A. | |
|---|---|---|---|
| Entry: | Pro se appellant's motion to clarify order for rebriefing. | | |
| Images | Pro se motion to clarify | | |

| 09/28/2016 09:00 AM | MOTION SUBMITTED | STEBBINS, DAVID A. | |
|---|---|---|---|
| Entry: | Pro se appellant's motion for return of original brief. | | |
| Images | No Images | | |

| 09/28/2016 09:00 AM | MOTION SUBMITTED | STEBBINS, DAVID A. | |
|---|---|---|---|
| Entry: | Pro se appellant's motion to clarify order for rebriefing. | | |
| Images | No Images | | |

| 10/05/2016 09:00 AM | LETTER ORDERS - COA | STEBBINS, DAVID A. | |
|---|---|---|---|
| Entry: | Pro se appellant's motion for return of original brief is denied. Pro se appellant's motion to clarify order for rebriefing is denied. | | |

| Images | Letter Order | | |
|---|---|---|---|

| 11/29/2016 11:06 AM | BRIEF TENDERED | STEBBINS, DAVID A. | |
|---|---|---|---|
| Entry: | Pending Motion to Supplemental Record | | |
| Images | No Images | | |

| 12/09/2016 02:11 PM | LETTER FROM ATTORNEY | GOLDIE, JAMES E | |
|---|---|---|---|
| Entry: | Letter from attorney James E. Golden stating appellee Stebbins does not intend to file a brief at this time. | | |
| Images | LETTER | | |

| 03/24/2017 12:59 PM | SUPPLEMENT TO THE RECORD FILED | | |
|---|---|---|---|
| Entry: | One page supplement to the record (affidavit) filed. Document placed in volume one of the record. | | |
| Images | Supplement to the Record | | |

| 03/24/2017 01:04 PM | REBRIEFING COMMENCED | STEBBINS, DAVID A. | |
|---|---|---|---|
| Entry: | none. | | |
| Images | No Images | | |

| 03/30/2017 02:22 PM | APPELLANT'S REBRIEF | STEBBINS, DAVID A. | |
|---|---|---|---|
| Entry: | Appellant's brief filed. | | |
| Images | Appellant's brief part 1 of 2 | | |
| | Appellant's brief part 2 of 2 | | |

| 03/30/2017 03:55 PM | APPELLEE WILL NOT FILE BRIEF | GOLDIE, JAMES E | |
|---|---|---|---|
| Entry: | Letter of Notice of no Reply to Rebrief of Appellant | | |

| | | | |
|---|---|---|---|
| Images | MOTION | | |

| | | | |
|---|---|---|---|
| 04/03/2017 01:41 PM | APPELLEE WILL NOT FILE BRIEF | GOLDIE, JAMES E | |
| Entry: | Letter from attorney James E. Goldie stating appellee David D. Stebbins will not file an appellee brief. | | |
| Images | LETTER | | |

| | | | |
|---|---|---|---|
| 08/23/2017 09:01 AM | CASE SUBMITTED | STEBBINS, DAVID A. | |
| Entry: | none. | | |
| Images | No Images | | |

| | | | |
|---|---|---|---|
| 09/06/2017 09:01 AM | MAJORITY OPINION | KENNETH HIXSON, JUDGE, | |
| Entry: | Appeal dismissed. Glover and Whiteaker, JJ., agree. | | |
| Images | OPINION | | |

| | | | |
|---|---|---|---|
| 09/06/2017 10:49 AM | OPINION PANEL | | |
| Entry: | none. | | |
| Images | No Images | | |

| | | | |
|---|---|---|---|
| 09/26/2017 09:32 AM | MANDATE TO CLERK | | |
| Entry: | none. | | |
| Images | ORDER | | |

| | | | |
|---|---|---|---|
| 09/27/2017 03:00 PM | MOTION OTHER | STEBBINS, DAVID A. | |
| Entry: | Pro se appellant's motion and brief to enforce mandate. Exhibit (disk) attached to hard copy of the motion. | | |
| Images | MOTION | | |

CLOSED,BD,JURY

# U.S. District Court
## Eastern District of Arkansas (Little Rock)
## CIVIL DOCKET FOR CASE #: 4:16-cv-00638-BRW

Stebbins v. Arkansas, State of  
Assigned to: Judge Billy Roy Wilson  
Cause: 28:1331 Federal Question: Other Civil Rights  

Date Filed: 09/02/2016  
Date Terminated: 09/06/2016  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

**Plaintiff**

**David A Stebbins**     represented by  **David A Stebbins**  
123 W Ridge St. Apt. D  
Harrison, AR 72601  
870-204-6516  
PRO SE  

V.

**Defendant**

**Arkansas, State of**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/02/2016 | 1 | MOTION for Leave to Proceed in forma pauperis filed by David A Stebbins. (rhm) (Entered: 09/02/2016) |
| 09/02/2016 | 2 | COMPLAINT with Jury Demand filed by David A Stebbins against State of Arkansas. No summons issued. (rhm) (Entered: 09/02/2016) |
| 09/02/2016 | 3 | MOTION to Appoint Counsel filed by David A Stebbins. (rhm) (Entered: 09/02/2016) |
| 09/06/2016 | 4 | ORDER: Plaintiff has failed to state a cause of action for which relief may be granted. Accordingly, his 1 Motion for Leave to Proceed In Forma Pauperis and 3 Motion to Appoint Counsel are DENIED. This case is DISMISSED without prejudice. Signed by Judge Billy Roy Wilson on 9/6/2016. (mcz) (Entered: 09/06/2016) |
| 09/19/2016 | 5 | MOTION and Incorporated Brief in Support Thereof to Clarify, or in the Alternative, MOTION for Reconsideration re 4 by David A Stebbins (jap) (Entered: 09/19/2016) |
| 09/20/2016 | 6 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER denying 5 Plaintiff's Motion to Clarify and for Reconsideration. Signed by Judge Billy Roy Wilson on 09/20/16. (dmm) (Entered: 09/20/2016) |

CLOSED,JTK,JURY,TRANSO

# U.S. District Court
# Eastern District of Arkansas (Little Rock)
# CIVIL DOCKET FOR CASE #: 4:16-cv-00878-BSM

Stebbins v. Arkansas, State of et al
Assigned to: Chief Judge Brian S. Miller
Cause: 42:1983 Other Civil Rights

Date Filed: 12/02/2016
Date Terminated: 02/27/2017
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

David A Stebbins     represented by David A Stebbins
123 W Ridge St. Apt. D
Harrison, AR 72601
870-204-6516
PRO SE

V.

**Defendant**

Arkansas, State of

**Defendant**

Boone County Circuit Court     represented by Jason E. Owens
*Clerk*                                            Rainwater, Holt & Sexton P.A.
Post Office Box 17250
Little Rock, AR 72222-7250
501-868-2500
Email: owens@rainfirm.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/02/2016 | 1 | MOTION for Leave to Proceed in forma pauperis by David A Stebbins. (kdr) (Entered: 12/02/2016) |
| 12/02/2016 | 2 | COMPLAINT with Jury Demand against All Defendants, filed by David A Stebbins.(kdr) (Entered: 12/02/2016) |
| 12/02/2016 | 3 | MOTION to Appoint Counsel and Brief by David A Stebbins. (kdr) (Entered: 12/02/2016) |
| 12/15/2016 | 4 | ORDER granting 1 Plaintiff David A. Stebbins's motion to proceed in forma pauperis; assessing Stebbins an initial partial filing fee of $20; directing him to pay $20 every subsequent month until the entire $400 filing fee is satisfied; |

## U. S. District Court
## Western District of Arkansas (Harrison)
## CIVIL DOCKET FOR CASE #: 3:17-cv-03016-TLB

Stebbins v. Arkansas, State of et al
Assigned to: Honorable Timothy L. Brooks
Case in other court: 8th Circuit Court of Appeals, 17-01920
                              Arkansas Eastern, 4:16-cv-00878
Cause: 42:1983

Date Filed: 02/27/2017
Date Terminated: 04/14/2017
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**David A. Stebbins**
*stebbinsd@yahoo.com*

represented by **David A. Stebbins**
123 W. Ridge St. Apt D.
Harrison, AR 72601
870-204-6516
PRO SE

V.

**Defendant**

**Arkansas, State of**

represented by **Jason E. Owens**
Rainwater, Holt & Sexton, P.A.
P.O. Box 17250
Little Rock, AR 72222-7250
(501) 868-2500
Fax: (501) 868-2505
Email: owens@rainfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ka Tina R. Hodge**
Arkansas Attorney General's Office
323 Center Street
Suite 200
Little Rock, AR 72201
(501) 682-1307
Fax: (501) 682-2591
Email: katina.hodge@arkansasag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Boone County Circuit Court**
*Clerk*

represented by

Jason E. Owens
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/02/2016 | 1 | MOTION for Leave to Proceed in forma pauperis by David A Stebbins. (kdr) [Transferred from ared on 2/27/2017.] (Entered: 12/02/2016) |
| 12/02/2016 | 2 | COMPLAINT with Jury Demand against All Defendants, filed by David A Stebbins.(kdr) [Transferred from ared on 2/27/2017.] (Entered: 12/02/2016) |
| 12/02/2016 | 3 | MOTION to Appoint Counsel and Brief by David A Stebbins. (kdr) [Transferred from ared on 2/27/2017.] (Entered: 12/02/2016) |
| 12/15/2016 | 4 | ORDER granting 1 Plaintiff David A. Stebbins's motion to proceed in forma pauperis; assessing Stebbins an initial partial filing fee of $20; directing him to pay $20 every subsequent month until the entire $400 filing fee is satisfied; denying, without prejudice, 3 Stebbins's motion to appoint counsel; notifying plaintiff of Rule 5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas; and directing him to become familiar with, and follow, the Federal Rules of Civil Procedure as well as the Local Rules of this court. Signed by Chief Judge Brian S. Miller on 12/15/2016. (kdr) [Transferred from ared on 2/27/2017.] (Entered: 12/15/2016) |
| 01/10/2017 | 5 | MOTION for Martial Service and Notice of First Payment dated 12/19/2016 filed by David A Stebbins. (alm) [Transferred from ared on 2/27/2017.] (Entered: 01/10/2017) |
| 01/10/2017 | 6 | MOTION for Martial Service and Notice of First Payment dated 01/07/2016 filed by David A Stebbins. (alm) [Transferred from ared on 2/27/2017.] (Entered: 01/10/2017) |
| 01/13/2017 | 7 | ORDER granting 5 6 Plaintiff David A. Stebbins's motions for service; directing the clerk to prepare a summons for the State of Arkansas and the Boone County circuit clerk, and directing the USMS to serve the summons and 2 complaint on them without prepayment of fees and costs or security. Signed by Chief Judge Brian S. Miller on 1/13/2017. (kdr) [Transferred from ared on 2/27/2017.] (Entered: 01/13/2017) |
| 01/13/2017 |  | Summons Issued as to Arkansas, State of and Boone County Circuit Court. Forwarded to USMS for service. (kdr) [Transferred from ared on 2/27/2017.] (Entered: 01/13/2017) |
| 01/25/2017 | 8 | SUMMONS Returned Executed. Boone County Circuit Court served on 1/20/2017. (scw) [Transferred from ared on 2/27/2017.] (Entered: 01/25/2017) |
| 02/02/2017 | 9 | Summons Returned Unexecuted as to Arkansas, State of. (scw) [Transferred from ared on 2/27/2017.] (Entered: 02/02/2017) |
| 02/06/2017 | 10 | NOTICE of Payment re 4 Order on Motion for Leave to Proceed in forma pauperis filed by David A Stebbins. (alm) [Transferred from ared on 2/27/2017.] (Entered: 02/06/2017) |

General Docket
Eighth Circuit Court of Appeals

| | |
|---|---|
| Court of Appeals Docket #: 17-1920<br>Nature of Suit: 3440 Other Civil Rights<br>David Stebbins v. Arkansas, State of, et al<br>Appeal From: U.S. District Court for the Western District of Arkansas - Harrison<br>Fee Status: In Forma Pauperis | Docketed: 04/28/2017<br>Termed: 10/03/2017 |

Case Type Information:
 1) Civil
 2) Private
 3) null

Originating Court Information:
 District: 0861-3 : 3:17-cv-03016-TLB
 Trial Judge: Timothy L. Brooks, U.S. District Judge
 Date Filed: 02/27/2017
 Date Order/Judgment:        Date NOA Filed:        Date Rec'd COA:
 04/14/2017                  04/17/2017             04/20/2017

Prior Cases:
 None

Current Cases:
 None

---

David A. Stebbins
    Plaintiff - Appellant

David A. Stebbins
Direct: 870-204-6516
[NTC Pro Se]
Apartment D
123 W. Ridge Street
Harrison, AR 72601

v.

Arkansas, State of
    Defendant - Appellee

Ka Tina R. Hodge, Assistant Attorney General
[COR NTC Asst. Atty General]
ATTORNEY GENERAL'S OFFICE
Firm: 501-682-2007
200 Catlett-Prien Building
323 Center Street
Little Rock, AR 72201-0000

Jason E. Owens
Direct: 501-205-7959
[COR NTC Retained]
RAINWATER & HOLT
Firm: 501-868-2500
801 Technology Drive
P.O. Box 17250
Little Rock, AR 72222-7250

Boone County Circuit Court, Clerk
    Defendant - Appellee

Jason E. Owens
Direct: 501-205-7959
[COR NTC Retained]
(see above)

| 04/28/2017 | 4 pg, 26.2 KB | Civil case docketed. [4530454] [17-1920] (AEV) [Entered: 04/28/2017 03:45 PM] |
|---|---|---|
| 04/28/2017 | 17 pg, 383.49 KB | Originating court document filed consisting of notice of appeal, Order 3/8/17, Order 4/18/17, docket entries, [4530463] [17-1920] (AEV) [Entered: 04/28/2017 03:54 PM] |
| 04/28/2017 | 1 pg, 9.05 KB | CLERK ORDER:The $505 appellate filing and docketing fee has not been paid and is due. Appellant is directed to either pay the fee in the district court or file a motion for leave to proceed in forma pauperis in this court within 28 days of the date of this order. If appellant does not pay the fee or move for IFP status by 05/26/2017, this appeal will be dismissed for failure to prosecute without further notice. [4530470] [17-1920] (AEV) [Entered: 04/28/2017 03:59 PM] |
| 05/22/2017 | 1 pg, 9.19 KB | MOTION for leave to proceed on appeal in forma pauperis w/attached affidavit, filed by Appellant Mr. David A. Stebbins w/service 05/23/2017. Brief mentions Appellant Exhibits 1 & 2. None were attached. Received by Fax 5/22/17[4539459] [17-1920] (AEV) [Entered: 05/23/2017 02:47 PM] |
| 05/22/2017 | 3 pg, 84.94 KB | MOTION to Stay Proceedings, filed by Appellant Mr. David A. Stebbins w/service 05/23/2017. Received by Fax 5/22/17[4539468] [17-1920] (AEV) [Entered: 05/23/2017 02:52 PM] |
| 05/22/2017 | 4 pg, 120.54 KB | MOTION and Incorporated Brief In Support Thereof For Appointment of Counsel, filed by Appellant Mr. David A. Stebbins w/service 05/23/2017. Received by fax 5/22/17 [4539476] [17-1920] (AEV) [Entered: 05/23/2017 02:59 PM] |
| 05/23/2017 | 12 pg, 1.06 MB | Originating court document filed consisting of originating court order of 05/09/2017 denying motion for reconsideration, denying motion to recuse and prohibiting Stebbins from communicating with Chambers via phone or email unless specifically directed to do so. [4539296] [17-1920] (AEV) [Entered: 05/23/2017 12:25 PM] |
| 05/24/2017 | 1 pg, 9.28 KB | CLERK ORDER:If the original file of the United States District Court is available for review in electronic format, the court will rely on the electronic version of the record in its review. The appendices required by Eighth Circuit Rule 30A shall not be required. In accordance with Eighth Circuit Local Rule 30A(a)(2), the Clerk of the United States District Court is requested to forward to this Court forthwith any portions of the original record which are not available in an electronic format through PACER, including any documents maintained in paper format or filed under seal, exhibits, administrative records and state court files. These documents should be submitted within 10 days. [4539934] [17-1920] (AEV) [Entered: 05/24/2017 12:48 PM] |
| 06/07/2017 | 5 pg, 79.12 KB | Originating court document filed consisting of amended notice of appeal, docket entries. [4544932] [17-1920] (AEV) [Entered: 06/07/2017 03:33 PM] |
| 09/29/2017 | | CASE SUBMITTED Ad Panel Submission before Judges James B. Loken, Pasco M. Bowman, Jane Kelly in St. Louis [4585157] [17-1920] (CMD) [Entered: 10/03/2017 06:37 AM] |
| 10/03/2017 | 2 pg, 25.12 KB | JUDGMENT FILED - Granting [4539459-2] motion to proceed on appeal in forma pauperis filed by Appellant Mr. David A. Stebbins.; Denying [4539476-2] motion for appointment of counsel filed by Appellant Mr. David A. Stebbins.; Denying [4539468-2] motion to stay proceedings filed by Appellant Mr. David A. Stebbins. The judgment of the Originating Court is AFFIRMED in accordance with the opinion. JAMES B. LOKEN, PASCO M. BOWMAN and JANE KELLY Adp Oct 2017 [4585160] [17-1920] (CMD) [Entered: 10/03/2017 06:41 AM] |
| 10/25/2017 | 1 pg, 8.73 KB | MANDATE ISSUED. [4593497] [17-1920] (CMD) [Entered: 10/25/2017 01:52 PM] |

CASREF,JTK,JURY

# U.S. District Court
# Eastern District of Arkansas (Little Rock)
# CIVIL DOCKET FOR CASE #: 4:17-cv-00711-JM-JTK

Stebbins v. Hixson et al
Assigned to: Judge James M. Moody Jr.
Referred to: Magistrate Judge Jerome T. Kearney
Cause: 42:1983 Other Civil Rights

Date Filed: 10/31/2017
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**David A Stebbins**  represented by  **David A Stebbins**
123 W Ridge St. Apt. D
Harrison, AR 72601
870-204-6561
PRO SE

V.

**Defendant**

**Kenneth Hixson**

**Defendant**

**David Glover**

**Defendant**

**Phillip Whiteaker**

**Defendant**

**Arkansas, State of**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/31/2017 | 1 | MOTION for Leave to Proceed in forma pauperis, by David A Stebbins. (mcz) (Entered: 10/31/2017) |
| 10/31/2017 | 2 | COMPLAINT with Jury Demand against All Defendants, filed by David A Stebbins. (mcz) (Entered: 10/31/2017) |
| 11/01/2017 | 3 | ORDER referring this case to United States Magistrate Judge Jerome T. Kearney for consideration and determination of all pre-trial matters and for recommended disposition for the resolution of any dispositive matters. Signed by Judge James M. Moody Jr. on 11/1/2017. (ljb) (Entered: 11/01/2017) |
| 11/28/2017 | 4 | ORDER granting 1 Plaintiff's motion for leave to proceed in forma pauperis. Plaintiff may proceed without payment of fees and cost or security therefore. |

| | Signed by Magistrate Judge Jerome T. Kearney on 11/28/2017. (lmc) (Entered: 11/28/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/30/2017 15:35:07 | | | |
| PACER Login: | cacryer1967:5076990:4375539 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 4:17-cv-00711-JM-JTK |
| Billable Pages: | 1 | Cost: | 0.10 |