# Demographic Information Form

**Current Name:**
Title:
Last Name:      Stebbins
First Name:     David                    Middle Initial:
Suffix:
Salutation:
Use this
Name?          ☑

Date of Birth:          988
SSN:

WIOA ID:       AR7700273730
Gender:        M

**Current Addresses:**
Facility:
Street:          123 W. Ridge

Suite/Apt:       D                               Zip:      72601

City:            Harrison                   State:   AR
County Cd.:  009
County:          Boone
Mail Here?       ☑                      Main Residence?   ☑

Archive?         ☐                      Archived Date:

# Telecom:  <u>Phone #</u>
Home:

Cell:          (870)204-6516              Text
                                         Only?

**ARS 1**

**Team Assignment**
Assigned to:                          Start Date:     End Date:     Primary?


**Worker Assignment**
Assigned to:                          Start Date:     End Date:     Primary?
CATERINA MATHENY
                                              12/01/2015                        N

KARLA YOCHUM
                                              05/26/2016                        N

---

**Contacts:**

Contact Originating Form: Referral Specifics

Last Name:          Disability Rights Arkansas   First Name:
Title:
Contact Type:          Professional (Not Educator)

## Referral Specifics

Individual being referred:   David   Stebbins
Social Security:

Who took this referral?
Worker's Compensation?   **N**

### Are you Currently Receiving:

SSI for Aged?              **N**
SSI for Disabled?          **Y**
SSDI?                      **N**

Assistance Requested:
Assistance with attending Arkansas Tech in Russellville

Self Referral? ☐

### Individual Making Referral:

Last Name:     Disability Rights Arkansas   First Name:
Title:
Contact Type:        Professional (Not Educator)

### Reason for Referral:

What is your disability?
 Asperger's

Are you Employed?    **N**

**ARS 3**

Target Group:               VR

Referral Source:            Other Sources

**Primary Counselor(s):**                    **Client's Office:**
**AMY JONES CRC**                            Fayetteville

**Caseload Assignment**
Assigned to:                Start Date:    End Date:    Primary?
JONES, AMY Caseload
                            12/17/2015                  **Y**

**Team Assignment**
Assigned to:                Start Date:    End Date:    Primary?

**Worker Assignment**
Assigned to:                Start Date:    End Date:    Primary?
 CATERINA MATHENY
                            12/01/2015                  **N**

 KARLA YOCHUM
                            05/26/2016                  **N**

Referral Received Date:     12/01/2015

**ARS 4**

# STATE OF ARKANSAS

*Asa Hutchinson*
Governor

*Charisse Childers, Ph.D.*
Director



715 W. SHERMAN, SUITE E
HARRISON , AR 72601
(870)741-7153

http://www.arsinfo.org
An Equal Opportunity Employer

**Arkansas Career Education
Division of Rehabilitation Services
Alan McClain, Commissioner**

# APPLICATION FOR SERVICES

**NAME**      David Stebbins

I understand that I am responsible to help the Arkansas Rehabilitation Services ARS) to determine my eligibility within 60 days of my application. I will be an applicant when I have:

- Signed the bottom of this form,
- Completed a ARS Intake Questionnaire, and
- Helped ARS to begin to get information that is needed to decide if I am eligible for services.

I understand that all of the information that ARS gathers about me will be confidential. This information will not be released to anyone without my informed written consent, except where allowed or required by law. It may be released if my actions cause serious concern about my safety or the safety of others. When ARS receives the information about me ARS will review it to determine if I am eligible for vocational rehabilitation services.

I understand that ARS can only pay for services if ARS writes an authorization before the services begin. I will not make promises to others that ARS will pay for any goods or services.

ARS has given me information about the Client Assistance Program (CAP) that is available in Arkansas ( **see reverse** ).

My counselor has explained the Order of Selection policy to me.

I understand that ARS may get information about my Social Security or Department of Social Services benefits, as well as Department of Labor employment records, for purposes of my vocational rehabilitation program.

If I disagree with any decision made by ARS (see Consumer Handbook for more information):

- I should first speak with my counselor to try to work out the problem.
- I also have the right to request an Administrative Review by the District Manager, mediation and/or Impartial Hearing.
- I must make a request for these steps within 30 days after they have notified me of the decision I disagree with.
- If I want to request an Administrative Review, I must send my request to the ARS District Manager in my area.
- If I want to request mediation or an Impartial Hearing, I must send my request to the ARS Commissioner, Arkansas Career Education, Division of Rehabilitation Services.

**ARS 5**

WHEN YOU HAVE QUESTIONS:

If you do not understand what is happening with your application for services, or what is expected of you, or you have any other questions, first talk to your counselor. If this does not solve your concerns or answer your questions, you are then encouraged to speak to your counselor's supervisor and/or District Manager.

You can find information about ARS services, the ARS eligibility process, and about what to do if you disagree with ARS in the ARS Consumer Handbook.

ANOTHER SOURCE OF ASSISTANCE IS THE:

## CLIENT ASSISTANCE PROGRAM

WHAT IS THE CLIENT ASSISTANCE PROGRAM (CAP)?

CAP is a program to help you to understand your rights under the vocational rehabilitation program or help you if you have problems receiving services from the . CAP can provide advice, representation, or legal assistance, if appropriate.
All services are free of charge and provided on a non-discriminatory basis.

**ARS 6**

# STATE OF ARKANSAS

*Asa Hutchinson*
Governor

*Charisse Childers, Ph.D.*
Director



715 W. SHERMAN, SUITE E
HARRISON , AR 72601
(870)741-7153

http://www.arsinfo.org
An Equal Opportunity Employer

**Arkansas Career Education**
**Division of Rehabilitation Services**
**Alan McClain, Commissioner**

# APPLICATION FOR SERVICES

**NAME**       David Stebbins

I understand that I am responsible to help the Arkansas Rehabilitation Services ARS) to determine my eligibility within 60 days of my application. I will be an applicant when I have:

- Signed the bottom of this form,
- Completed a ARS Intake Questionnaire, and
- Helped ARS to begin to get information that is needed to decide if I am eligible for services.

I understand that all of the information that ARS gathers about me will be confidential. This information will not be released to anyone without my informed written consent, except where allowed or required by law. It may be released if my actions cause serious concern about my safety or the safety of others. When ARS receives the information about me ARS will review it to determine if I am eligible for vocational rehabilitation services.

I understand that ARS can only pay for services if ARS writes an authorization before the services begin. I will not make promises to others that ARS will pay for any goods or services.

ARS has given me information about the Client Assistance Program (CAP) that is available in Arkansas ( **see reverse** ).

My counselor has explained the Order of Selection policy to me.

I understand that ARS may get information about my Social Security or Department of Social Services benefits, as well as Department of Labor employment records, for purposes of my vocational rehabilitation program.

If I disagree with any decision made by ARS (see Consumer Handbook for more information):

- I should first speak with my counselor to try to work out the problem.
- I also have the right to request an Administrative Review by the District Manager, mediation and/or Impartial Hearing.
- I must make a request for these steps within 30 days after they have notified me of the decision I disagree with.
- If I want to request an Administrative Review, I must send my request to the ARS District Manager in my area.
- If I want to request mediation or an Impartial Hearing, I must send my request to the ARS Commissioner, Arkansas Career Education, Division of Rehabilitation Services.

David Stebbins

12/01/2015 3:27:12          David Stebbins

David Stebbins _____     12/01/2015 _____
Client                                              Date

KEVIN COOK _____     Harrison _____   (870)741-7153 _____
Name of Counselor       Office                      Telephone

WHEN YOU HAVE QUESTIONS:

If you do not understand what is happening with your application for services, or what is expected of you, or you have any other questions, first talk to your counselor. If this does not solve your concerns or answer your questions, you are then encouraged to speak to your counselor's supervisor and/or District Manager.

You can find information about ARS services, the ARS eligibility process, and about what to do if you disagree with ARS in the ARS Consumer Handbook.

ANOTHER SOURCE OF ASSISTANCE IS THE:

# CLIENT ASSISTANCE PROGRAM

WHAT IS THE CLIENT ASSISTANCE PROGRAM (CAP)?

CAP is a program to help you to understand your rights under the vocational rehabilitation program or help you if you have problems receiving services from the . CAP can provide advice, representation, or legal assistance, if appropriate.
All services are free of charge and provided on a non-discriminatory basis.

# VR Intake

Name:        David    Stebbins
Case # :     1
SSN:                                    DOB:            988
Home Telephone:

Street:      123 W. Ridge
Suite/Apt #:  D                         Zip:    72601
City:        Harrison                   State:  AR
County:      Boone
Email:       stebbinsd@yahoo.com

Referral Received Date: 12/01/2015

Referral Source:    Other Sources

2014 Referral      Other Sources
Source:

## Involvement with Other Agencies and Services at Application (Select up to 3)

Other Agencies and Services 1:
Not provided services or funding from any programs or organizations
listed below
Other Agencies and Services 2:


Other Agencies and Services 3:

_____

## Race/Ethnicity:
**Y** White?

**N** Black or African American?
**N** American Indian or Alaska Native?
**N** Asian?
**N** Native Hawaiian or Pacific Islander?
**N** Hispanic or Latino?

## <u>Impairments</u>
### Primary Impairment

Impairment:          Psychosocial Impairments (interpersonal and
                     behavioral impairments, difficulty coping)

Cause:               Depressive and other Mood Disorders

### Secondary Impairment

Impairment:          No Impairment

Cause:               Cause Unknown

Current or highest grade of school completed
Completed High School

Student with Disability in Secondary Education

**WIOA Student with a Disability:**

Living Arrangement:
 Private Residence (independent, or with family or other person)

## Employment at Application:

Is Client Working?          **N**

Work Status:                    Not Employed: Other


## Federal Reported Information

**Work Status:**          Not Employed: Other

| | | | |
|---|---|---|---|
| **Pay Period:** | | **Amount:** | $0.00 |
| **Hours per week:** | 0 | **# of Jobs:** | |
| **Days per week:** | 0 | **Earned:** | $0.00 |

## Medical Insurance Coverage at Application:

**Y**  Any Medical Insurance at Application?

**Y**  Medicaid?

**N**  Medicare?

**N**  Public Insurance from Other Sources?

**N**  Not Yet Eligible for Private Insurance through Current Employer?

**N**  Private Medical Insurance through Own Employment?

**N**  Private Medical Insurance through Other Means?

State or Federal Affordable Care Act Exchange?


## Other Income Source at Application:

Please Enter Monthly Amount

**AMOUNT**

$0 SSI for Aged

$691 SSI for Disabled

$0 Temporary Assistance for Needy Families (TANF)

$0 General Assistance (State or Local Government) NOT FEDERAL

$0 Social Security Disability Insurance (SSDI)

$0 Veterans' Disability Benefits

$0 Worker's Compensation

Unemployment Compensation
$0 Family and/or Friends
$0 Other Public Assistance

**N**      Free or Reduced Lunch Program?

Primary Source of Support at Application:
All other sources (e.g. private disability insurance and private charities)

---

**Primary Counselor(s):**                          **Client's Office:**
**AMY JONES CRC**                                  Fayetteville

**Caseload Assignment**
Assigned to:                    Start Date:    End Date:      Primary?
JONES, AMY Caseload             12/17/2015                   **Y**

**Team Assignment**
Assigned to:                    Start Date:    End Date:      Primary?

**Worker Assignment**
Assigned to:                    Start Date:    End Date:      Primary?
CATERINA MATHENY                12/01/2015                   **N**

KARLA YOCHUM                     05/26/2016                  **N**

---

## Special Categories (Y=Yes N=No):

Honorably Discharged Veteran?                    **N**

Has the Client ever received services under an Individualized Education **N**
Program?

Eligible to Work in the USA?     **Y**

Previous Criminal History?       **N**

## Communication:

Primary
Language:          English

Other
Languages:

Manual Communication Mode:

Have you received a Ticket to Work from Social Security?   **N**

# STATE OF ARKANSAS



*Asa Hutchinson*
Governor

*Charisse Childers, Ph.D.*
Director

715 W. SHERMAN, SUITE E
HARRISON, AR 72601
(870)741-7153

http://www.arsinfo.org
An Equal Opportunity Employer

**Arkansas Career Education**
**Division of Rehabilitation Services**
**Alan McClain, Commissioner**

## STATE OF ARKANSAS VOTER'S
## AGENCY-BASED DECLINATION STATEMENT

Client Name: David Stebbins     Date: 12/01/2015

If you are not registered to vote where you live now, would you like to apply to register to vote here today?

[   ] YES, I want to apply to register to vote.
[ Y ] NO, I do not want to apply to register to vote.

If you do not check either box, you will be considered to have decided not to register to vote at this time.

Applying to register or declining to register to vote will not affect the amount of assistance that you will be provided by this agency.

If you would like help filling out the voter registration application form, we will help you. The decision whether to seek or accept help is yours. You may fill out the application form in private.

If you believe that someone has interfered with your right to register or to decline to register to vote, your right to privacy in deciding whether to register or in applying to register to vote, or your right to choose your own political party or other political preference, you may file a complaint with the Secretary of State at the State Capitol, Little Rock, AR 72201-1094 or call 1-800-482-1127 (TDD 1-800-262-4704).

If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for voter registration purposes.

**ARS 15**

If you do register to vote, the office at which you submit a voter registration
application will remain confidential and will be used only for voter registration
purposes.


Comments:
Already Registered


12/01/2015 12:46:53          David Stebbins

David Stebbins
Client

KEVIN COOK
Vocational Rehabilitation Counselor

# STATE OF ARKANSAS



*Asa Hutchinson*
Governor

*Charisse Childers, Ph.D.*
Director

715 W. SHERMAN, SUITE E
HARRISON , AR 72601
(870)741-7153

http://www.arsinfo.org
An Equal Opportunity Employer

**Arkansas Career Education
Division of Rehabilitation Services
Alan McClain, Commissioner**

# APPLICATION FOR SERVICES

**NAME**       David Stebbins

I understand that I am responsible to help the Arkansas Rehabilitation Services ARS) to determine my eligibility within 60 days of my application. I will be an applicant when I have:

- Signed the bottom of this form,
- Completed a ARS Intake Questionnaire, and
- Helped ARS to begin to get information that is needed to decide if I am eligible for services.

I understand that all of the information that ARS gathers about me will be confidential. This information will not be released to anyone without my informed written consent, except where allowed or required by law. It may be released if my actions cause serious concern about my safety or the safety of others. When ARS receives the information about me ARS will review it to determine if I am eligible for vocational rehabilitation services.

I understand that ARS can only pay for services if ARS writes an authorization before the services begin. I will not make promises to others that ARS will pay for any goods or services.

ARS has given me information about the Client Assistance Program (CAP) that is available in Arkansas ( **see reverse** ).

My counselor has explained the Order of Selection policy to me.

I understand that ARS may get information about my Social Security or Department of Social Services benefits, as well as Department of Labor employment records, for purposes of my vocational rehabilitation program.

If I disagree with any decision made by ARS (see Consumer Handbook for more information):

- I should first speak with my counselor to try to work out the problem.
- I also have the right to request an Administrative Review by the District Manager, mediation and/or Impartial Hearing.
- I must make a request for these steps within 30 days after they have notified me of the decision I disagree with.
- If I want to request an Administrative Review, I must send my request to the ARS District Manager in my area.
- If I want to request mediation or an Impartial Hearing, I must send my request to the ARS Commissioner, Arkansas Career Education, Division of Rehabilitation Services.

12/01/2015 13:27:12          David Stebbins

David Stebbins                                              12/01/2015
Client                                                     Date

KEVIN COOK              Harrison                           (870)741-7153
Name of Counselor       Office                             Telephone

WHEN YOU HAVE QUESTIONS:

If you do not understand what is happening with your application for services, or what is expected of you, or you have any other questions, first talk to your counselor. If this does not solve your concerns or answer your questions, you are then encouraged to speak to your counselor's supervisor and/or District Manager.

You can find information about ARS services, the ARS eligibility process, and about what to do if you disagree with ARS in the ARS Consumer Handbook.

ANOTHER SOURCE OF ASSISTANCE IS THE:

# CLIENT ASSISTANCE PROGRAM

WHAT IS THE CLIENT ASSISTANCE PROGRAM (CAP)?

CAP is a program to help you to understand your rights under the vocational rehabilitation program or help you if you have problems receiving services from the . CAP can provide advice, representation, or legal assistance, if appropriate.
All services are free of charge and provided on a non-discriminatory basis.

# STATE OF ARKANSAS

Asa Hutchinson
Governor

Charisse Childers, Ph.D.
Director



715 W. SHERMAN, SUITE E
HARRISON , AR 72601
(870)741-7153

http://www.arsinfo.org
An Equal Opportunity Employer

**Arkansas Career Education
Division of Rehabilitation Services
Alan McClain, Commissioner**

# APPLICATION FOR SERVICES

**NAME**        David Stebbins

I understand that I am responsible to help the Arkansas Rehabilitation Services ARS) to determine my eligibility within 60 days of my application. I will be an applicant when I have:

- Signed the bottom of this form,
- Completed a ARS Intake Questionnaire, and
- Helped ARS to begin to get information that is needed to decide if I am eligible for services.

I understand that all of the information that ARS gathers about me will be confidential. This information will not be released to anyone without my informed written consent, except where allowed or required by law. It may be released if my actions cause serious concern about my safety or the safety of others. When ARS receives the information about me ARS will review it to determine if I am eligible for vocational rehabilitation services.

I understand that ARS can only pay for services if ARS writes an authorization before the services begin. I will not make promises to others that ARS will pay for any goods or services.

ARS has given me information about the Client Assistance Program (CAP) that is available in Arkansas ( **see reverse** ).

My counselor has explained the Order of Selection policy to me.

I understand that ARS may get information about my Social Security or Department of Social Services benefits, as well as Department of Labor employment records, for purposes of my vocational rehabilitation program.

If I disagree with any decision made by ARS (see Consumer Handbook for more information):

- I should first speak with my counselor to try to work out the problem.
- I also have the right to request an Administrative Review by the District Manager, mediation and/or Impartial Hearing.
- I must make a request for these steps within 30 days after they have notified me of the decision I disagree with.
- If I want to request an Administrative Review, I must send my request to the ARS District Manager in my area.
- If I want to request mediation or an Impartial Hearing, I must send my request to the ARS Commissioner, Arkansas Career Education, Division of Rehabilitation Services.

David Stebbins

12/01/2015 13:27:12                    David Stebbins

David Stebbins                                              12/01/2015
Client                                                      Date

KEVIN COOK                    Harrison                      (870)741-7153
Name of Counselor            Office                         Telephone

WHEN YOU HAVE QUESTIONS:

If you do not understand what is happening with your application for services, or what is expected of you, or you have any other questions, first talk to your counselor. If this does not solve your concerns or answer your questions, you are then encouraged to speak to your counselor's supervisor and/or District Manager.

You can find information about ARS services, the ARS eligibility process, and about what to do if you disagree with ARS in the ARS Consumer Handbook.

ANOTHER SOURCE OF ASSISTANCE IS THE:

# CLIENT ASSISTANCE PROGRAM

WHAT IS THE CLIENT ASSISTANCE PROGRAM (CAP)?

CAP is a program to help you to understand your rights under the vocational rehabilitation program or help you if you have problems receiving services from the . CAP can provide advice, representation, or legal assistance, if appropriate.
All services are free of charge and provided on a non-discriminatory basis.

# STATE OF ARKANSAS



*Asa Hutchinson*
Governor

*Charisse Childers, Ph.D.*
Director

715 W. SHERMAN, SUITE E
HARRISON , AR 72601
(870)741-7153

http://www.arsinfo.org
An Equal Opportunity Employer

**Arkansas Career Education**
**Division of Rehabilitation Services**
**Alan McClain, Commissioner**

## Arkansas Rehabilitation Services
## Substance Free Policy

As a customer of Arkansas Rehabilitation Services (ARS), I hereby certify, from my signature below, that I have received a copy of the agency's policy regarding the Substance Free Policy. (This has been provided in the appropriate format.) I understand that unlawful manufacturing, distributing, dispensing, possession of, or the use of a controlled substance, illegal use of substances while on any statewide agency premises or actively participating in an ARS program is prohibited. I understand a violation of this policy will subject me to disciplinary action.

The policy has been explained to me clearly, I understand my responsibilities, and I agree to abide by the terms of this policy. I confirm that my guardian(s) or I have been provided a copy.

Customer's Printed Name:  David Stebbins

SSN: XXX-XX-

12/01/2015 13:39:23          David Stebbins

David Stebbins
Client

**ARS 23**

# Professional Disclosure Form – Arkansas Rehabilitation Services

The purpose of public vocational rehabilitation is to assist eligible persons with disabilities in achieving an employment outcome. This outcome may be returning to your former job or obtaining a job in a new field. You and your counselor will work together to find a job that you are physically and mentally able to do that is as close as possible to your vocational goals.

You will be working with a person who is a qualified rehabilitation counselor (RC) or is being supervised by one. You will be assigned a RC. If you are not satisfied at any time, you can inform your RC, his/her supervisor, or the state agency that handles such complaints. If you feel the RC has acted in an unethical manner, you should contact the Commission on Rehabilitation Counselor Certification.

To be eligible for vocational rehabilitation services, you may first be asked to take part in an evaluation. As much as possible, your RC will use information already available in your file. However, your RC may need you to sign a release of information form so that more information can be gathered. Additional tests, exams, or evaluations may be necessary to determine if you qualify for vocational rehabilitation services.

If you are eligible for vocational rehabilitation services, you and your RC will jointly develop an Individual Plan of Employment (IPE). The IPE spells out your vocational goals and the services that will be provided in order to help you reach those goals. It is important that you exercise your consumer choice by actively participating in the development of the IPE. Some of the services that may become a part of the IPE include the items listed below. Your RC will explain each service to you.

- Evaluation for vocational rehabilitation needs
- Physical restoration
- Counseling and guidance
- Supported employment
- Educational training
- Assistive technology, services, and equipment
- Job development and placement
- Employment retention and follow-up services

The types of services provided will depend on your particular needs. You and your RC are expected to work together to identify the comprehensive services that you will need. The timeframe of your IPE depends upon your goals and your progress. Your IPE can be reviewed and changed by you and your RC as appropriate.

One very important part of your relationship with your RC is confidentiality. Personal information related to your rehabilitation services may be recorded in your file. This information will be kept private except as follows:

- If you have signed a release of information form that allows information to be shared.

That form will state who receives what information. While your signature is voluntary, you need to be aware that your decision not to sign means that information cannot be shared with other providers. Thus, it may impact the implementation of your IPE.

- If your RC believes you are going to harm or endanger yourself or others, he/she is required to notify the endangered individual(s), the proper authorities and/or officials.
- If your RC believes you are going to harm or endanger or abuse children or the elderly, he/she must report this to state or local authorities.
- If your RC or this agency is sued or court ordered and a properly issued subpoena is received, then information in your file may be released.
- If you are a minor or *not* your own legal guardian, then the information in your file may be available to your legal guardian or advocate.

It is important to remember that the goal of the RC is to help you secure a satisfactory job and that; services must be related to that goal. It is also important to know that the RC will, at all times, try to act in your best interest and protect you from unnecessary risk.

Before signing this form, your RC will review the following topics with you.

- The RC's roles and responsibilities
- Your roles and responsibilities
- The RC's approach or method
- Legal issues affecting services
- Confidentiality and limitations regarding confidentiality
- Creating and using the IPE
- Goals and types of services provided
- Types of services not provided
- Risks and benefits associated with services
- Who to contact in the event the RC is unavailable

*By signing this form, I attest that I have discussed the aforementioned topics with my RC and that I understand the information discussed as well as the information contained within this document.*

[signature: David Stebbins]

12/01/2015 13:42:52          David Stebbins

David Stebbins                                    12/01/2015
Client                                            Date

KEVIN COOK                                        12/01/2015
Vocational Rehabilitation Counselor              Date

# RS-16 Financial Resources

**Current Name:**
Title:
Last Name: Stebbins
First Name: David

Middle Initial:

Suffix:
Salutation:
Use this
Name? 

**Total Number in Household:**     1

## I. CAPITAL ASSETS

| | Amount |
|---|---|
| 1. Liquid Assets (Exempt single $6,000; person with dependents $12,000) | $0.00 |
| 2. Other | $0.00 |
| 3. TOTAL | $0.00 |

## II. MONTHLY INCOME

| | Amount |
|---|---|
| 4. Salary (Continuing - Client Only) | $0.00 |
| 5. Retirement/Pension (Client Only) | $0.00 |
| 6. VA Disability (Client Only) | $0.00 |
| 7. SSDI (Client Only) | $0.00 |
| 8. SSI (Client Only) | $691.00 |
| 9. Annuities (Client Only) | $0.00 |
| 10. Private Insurance (Client Only) | $0.00 |
| 11. TANF (Client Only) | $0.00 |
| 12. Other (Include Family Income) | $0.00 |
| 13. TOTAL (Lines 4-12) | $691.00 |

## III. NORMAL LIVING REQUIREMENTS (do not complete for SSI/SSDI Recipients)

| | Amount |
|---|---|
| | |

| | |
|---|---|
| 14. Family Group (See NLR Chart) | |
| 15. Special Conditions | |
| 16. Special Conditions | |
| 17. TOTAL (Lines 14-16) | $0.00 |

## IV. CLIENT'S AVAILABLE RESOURCES (do not complete for SSI/SSDI Recipients)

| | Amount |
|---|---|
| 18. Monthly Income Available (If Line 17 is greater than Line 13, enter 0). | $0.00 |
| 19. Income Available (Line 18 times _____ months) | $0.00 |
| 20. Capital Assets (Line 3) | $0.00 |
| 21. TOTAL (Lines 19 & 20) | $0.00 |

## V. COMPARABLE BENEFITS

| | Yes/No | Amount |
|---|---|---|
| 22. Medicaid | Y | |
| 23. Medicare | N | $0.00 |
| 24. Pell Grant | N | $0.00 |
| 25. Insurance | N | $0.00 |
| 26. VA (Educ/Tmg. Only) | N | $0.00 |
| 27. Worker's Compensation | N | $0.00 |
| 28. Other (Specify) | N | $0.00 |
| 29. TOTAL (Lines 22-28) | | $0.00 |

Comments:

I hereby certify that all information in Section I through V is true to the best of my knowledge. I also grant permission for the Arkansas Rehabilitation Services to investigate the accuracy of this report. If my financial condition changes, I agree to notify the Counselor.

David Stebbins

12/01/2015 13:47:24          David Stebbins

David Stebbins
Client

12/01/2015
Date

KEVIN COOK
Vocational Rehabilitation Counselor

12/01/2015
Date

AMY JONES CRC
District Manager

12/03/2015
Date

# ARKANSAS REHABILITATION SERVICES
## AUTHORIZATION FOR RELEASE OF INFORMATION

Name David Stebbins    Birth Date _____    Social Security Number ___ - ___ - ___

1. I hereby authorize use or disclosure of protected health/vocational information about me as described below.
2. The following individual/institution or organization is authorized to make the disclosure:

Dr. Victor Chu /Medical Recorder Address _____

3. This information may be disclosed to and used by the following individual or organization:
Attn. Of: **Arkansas Rehabilitation Services**

Counselor Kevin L. Cook M.A., CRC
Address   715 W. Sherman Suite E
          Harrison, AR 72601

for the purpose of  ☒ Establish eligibility for vocational rehabilitation services
                    ☒ Develop a vocational program for individual
                    ☐ Determine need for/or type of treatment
                    ☐ Other (specify) _____

The specific type of information to be used or disclosed is as follows:
☒ History & Physical Examination     ☐ Medication List
☒ Discharge Summary                  ☐ List of Allergies
☐ Office Notes                       ☐ Immunization Record
☐ Laboratory Results                 ☐ X-Ray and Imaging Reports
☐ Consultation Reports regarding _____
☒ Vocational Records
☐ Other _____

4. I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.
5. I understand I have the right to revoke this authorization at any time. I understand that if I revoke this authorization I must do so in writing and present my written revocation to the entity that was authorized to release information. I understand the revocation will not apply to information that has already been released in response to this authorization. Unless otherwise revoked, this authorization will expire 12 months following the date signed by me.
6. I understand that authorizing the disclosure of this health information is voluntary. I understand any disclosure of information carries with it the potential for re-disclosure and the information may not be protected by federal confidentiality rules (HIPAA).

8. Health information may be faxed: Yes  X   No _____   (initial appropriate space)

9. An electronic copy of the authorization will be as valid as the original.

## THIS FORM MUST BE FULLY COMPLETED BEFORE SIGNING

David Stebbins    12-1-2015
Signature of Individual/Representative    Date

_____    _____
Relationship to Individual if signed by Representative    Signature of Witness

**ARS 30**



| | | |
|---|---|---|
| Asa Hutchinson<br>*Governor* | **Department of Career Education**<br>*Arkansas Rehabilitation Services*<br>**D. Alan McClain**, *Commissioner* | Dr. Charisse Childers<br>*Director* |

## Arkansas Rehabilitation Services
### Kevin Cook, MA, CRC
### Vocational Rehabilitation Counselor

# FAX
## CONFIDENTIAL

**TO:** Dr. Victor Chu/Crossroads Medical Clinic
**Fax Number:** 870-741-6800
**From:** Kevin Cook, MA. CRC
**Fax Number:** 870-741-7231
**Date:** 12/01/2015
**Regarding:** Medical Recorder for present or pass 3 years
**Number of Pages:** 1
**Phone Number for follow-up:** 870-741-7153

**COMMENTS:** Medical Recorder for eligibility for services. If you have any questions please call 870-741-7180 for Caterina Matheny, Administrative Specialist II or the Counselor Kevin Cook on Tuesday and Thursday at 870-741-7153 or on Monday, Wednesdays, and Friday at 479-583-1286. Thank you.

PROHIBITION OF REDISCLOSURE: THIS INFORMATION HAS BEEN DISCLOSED TO YOU FROM RECORDS THAT ARE CONFIDENTIAL. YOU ARE PROHIBITED FROM USING THE INFORMATION FOR OTHER THAN THE STATED PURPOSE, FROM DISCLOSING IT TO ANY OTHER PARTY WITH OUT THE SPECIFIC WRITTEN CONSENT OF THE PERSON TO WHOM IT PERTAINS, AND ARE REQUIRED TO DESTROY THE INFORMATION AFTER THE STATED NEED HAS BEEN FULFILLED OR AS OTHERWISE PERMITTED BY LAW. A GENERAL AUTHORIZATION FOR THE RELEASE OF MEDICAL OR OTHER INFORMATION IS NOT SUFFICIENT FOR THIS PURPOSE.

```
┌─────────────────────────────────────┐
│ TRANSMISSION VERIFICATION REPORT     │
└─────────────────────────────────────┘
                        TIME  : 12/01/2015 16:08
                        NAME  : AR REHAB SERV
                        FAX   : 8707417231
                        TEL   : 8707417153
                        SER.# : BROH6J529120

        DATE,TIME              12/01  16:07
        FAX NO./NAME           9870741600
        DURATION               00:00:34
        PAGE(S)                02
                               COVERPAGE
        RESULT                 OK
        MODE                   STANDARD
                               ECM
```

# STATE OF ARKANSAS



Asa Hutchinson
*Governor*

**Department of Career Education**
*Arkansas Rehabilitation Services*
**D. Alan McClain,** *Commissioner*

Dr. Charisse Childers
*Director*

## Arkansas Rehabilitation Services
*Kevin Cook, MA, CRC*
*Vocational Rehabilitation Counselor*

# FAX
## CONFIDENTIAL

**To:** Dr. Victor Chu/Crossroads Medical Clinic
**Fax Number:** 870-741-6800
**From:** Kevin Cook, MA, CRC
**Fax Number:** 870-741-7231
**Date:** 12/01/2015
**Regarding:** Medical Recorder for present or pass 3 years

ARS 32

# ARKANSAS REHABILITATION SERVICES
## AUTHORIZATION FOR RELEASE OF INFORMATION

Name David Stebbins  Birth Date _____  Social Security Number _____

1. I hereby authorize use or disclosure of protected health/vocational information about me as described below.
2. The following individual/institution or organization is authorized to make the disclosure:

Dr. Robert Frenel  Address _____

3. This information may be disclosed to and used by the following individual or organization:

   Attn. Of:  **Arkansas Rehabilitation Services**

   Counselor Kevin Cook M.R., CRC
   Address  715 W. Sherman Suite E
   _____ Harrison, AR 72601

   for the purpose of  ☒ Establish eligibility for vocational rehabilitation services
   ☒ Develop a vocational program for individual
   ☐ Determine need for/or type of treatment
   ☐ Other (specify) _____

   The specific type of information to be used or disclosed is as follows:
   ☒ History & Physical Examination  ☐ Medication List
   ☒ Discharge Summary  ☐ List of Allergies
   ☐ Office Notes  ☐ Immunization Record
   ☐ Laboratory Results  ☐ X-Ray and Imaging Reports
   ☐ Consultation Reports regarding _____
   ☒ Vocational Records
   ☐ Other _____

4. I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.
5. I understand I have the right to revoke this authorization at any time. I understand that if I revoke this authorization I must do so in writing and present my written revocation to the entity that was authorized to release information. I understand the revocation will not apply to information that has already been released in response to this authorization. Unless otherwise revoked, this authorization will expire 12 months following the date signed by me.
6. I understand that authorizing the disclosure of this health information is voluntary. I understand any disclosure of information carries with it the potential for re-disclosure and the information may not be protected by federal confidentiality rules (HIPAA).

8. Health information may be faxed: Yes X  No _____  (initial appropriate space)

9. An electronic copy of the authorization will be as valid as the original.

## THIS FORM MUST BE FULLY COMPLETED BEFORE SIGNING

_David X Stebbins_____  12-01-2015
Signature of Individual/Representative  Date

_____  _____
Relationship to Individual if signed by Representative  Signature of Witness



**Asa Hutchinson**
*Governor*

**Department of Career Education**
*Arkansas Rehabilitation Services*
**D. Alan McClain,** *Commissioner*

Dr. Charisse Childers
*Director*

## Arkansas Rehabilitation Services
Kevin Cook, MA, CRC
Vocational Rehabilitation Counselor



# FAX
## CONFIDENTIAL

TO: Robert Frenal/Vantage Point
Fax Number: 870-741-2722
From: Kevin Cook, MA. CRC
Fax Number: 870-741-7231
Date: 12/01/2015
Regarding: Medical Recorder for present or pass 3 years
Number of Pages: 1
Phone Number for follow-up: 870-741-7153

**COMMENTS: Medical Recorder for eligibility for services. If you have any questions please call 870-741-7180 for Caterina Matheny, Administrative Specialist II or the Counselor Kevin Cook on Tuesday and Thursday at 870-741-7153 or on Monday, Wednesdays, and Friday at 479-583-1286. Thank you.**

PROHIBITION OF REDISCLOSURE: THIS INFORMATION HAS BEEN DISCLOSED TO YOU FROM RECORDS THAT ARE CONFIDENTIAL. YOU ARE PROHIBITED FROM USING THE INFORMATION FOR OTHER THAN THE STATED PURPOSE, FROM DISCLOSING IT TO ANY OTHER PARTY WITH OUT THE SPECIFIC WRITTEN CONSENT OF THE PERSON TO WHOM IT PERTAINS, AND ARE REQUIRED TO DESTROY THE INFORMATION AFTER THE STATED NEED HAS BEEN FULFILLED OR AS OTHERWISE PERMITTED BY LAW. A GENERAL AUTHORIZATION FOR THE RELEASE OF MEDICAL OR OTHER INFORMATION IS NOT SUFFICIENT FOR THIS PURPOSE.

```
TRANSMISSION VERIFICATION REPORT
```

```
TIME  : 12/01/2015 16:09
NAME  : AR REHAB SERV
FAX   : 8707417231
TEL   : 8707417153
SER.# : BROH6J529120
```

```
DATE,TIME            12/01  16:09
FAX NO./NAME         98707412722
DURATION             00:00:39
PAGE(S)              02
                     COVERPAGE
RESULT               OK
MODE                 STANDARD
                     ECM
```

# STATE OF ARKANSAS



Asa Hutchinson
*Governor*

**Department of Career Education**
*Arkansas Rehabilitation Services*
D. Alan McClain, *Commissioner*

Dr. Charisse Childers
*Director*

## Arkansas Rehabilitation Services
Kevin Cook, MA, CRC
Vocational Rehabilitation Counselor

# FAX
## CONFIDENTIAL

**TO:** Robert Frenal/Vantage Point
**Fax Number:** 870-741-2722
**From:** Kevin Cook, MA. CRC
**Fax Number:** 870-741-7231
**Date:** 12/01/2015
**Regarding:** Medical Recorder for present or pass 3 years

**ARS 35**

## STATE OF ARKANSAS



Asa Hutchinson
*Governor*

**Department of Career Education**
*Arkansas Rehabilitation Services*
**D. Alan McClain,** *Commissioner*

Dr. Charisse Childers
*Director*

## Arkansas Rehabilitation Services
### Kevin Cook, MA, CRC
### Vocational Rehabilitation Counselor

# FAX
## CONFIDENTIAL

TO: Robert Frenal/Vantage Point
Fax Number: 870-741-2722
From: Kevin Cook, MA. CRC
Fax Number: 870-741-7231
Date: 12/01/2015
Regarding: Medical Recorder for present or pass 3 years –
Number of Pages: 1
Phone Number for follow-up: 870-741-7153

*No records on this patient*

COMMENTS: Medical Recorder for eligibility for services. If you have any questions please call 870-741-7180 for Caterina Matheny, Administrative Specialist II or the Counselor Kevin Cook on Tuesday and Thursday at 870-741-7153 or on Monday, Wednesdays, and Friday at 479-583-1286. Thank you.

PROHIBITION OF REDISCLOSURE: THIS INFORMATION HAS BEEN DISCLOSED TO YOU FROM RECORDS THAT ARE CONFIDENTIAL. YOU ARE PROHIBITED FROM USING THE INFORMATION FOR OTHER THAN THE STATED PURPOSE, FROM DISCLOSING IT TO ANY OTHER PARTY WITH OUT THE SPECIFIC WRITTEN CONSENT OF THE PERSON TO WHOM IT PERTAINS, AND ARE REQUIRED TO DESTROY THE INFORMATION AFTER THE STATED NEED HAS BEEN FULFILLED OR AS OTHERWISE PERMITTED BY LAW. A GENERAL AUTHORIZATION FOR THE RELEASE OF MEDICAL OR OTHER INFORMATION IS NOT SUFFICIENT FOR THIS PURPOSE.

## ARKANSAS REHABILITATION SERVICES
## AUTHORIZATION FOR RELEASE OF INFORMATION

Name David Stebbins          Birth Date _____     Social Security Number _____

1. I hereby authorize use or disclosure of protected health/vocational information about me as described below.
2. The following individual/institution or organization is authorized to make the disclosure:

_____          Address _____
_____          _____

3. This information may be disclosed to and used by the following individual or organization:
   Attn. Of:  **Arkansas Rehabilitation Services**

   Counselor  Kevin L. Cook M.A., CRC
   Address    715 W. Sherman Suite E
              Harrison, AR 72601

   for the purpose of  ☒ Establish eligibility for vocational rehabilitation services
                       ☒ Develop a vocational program for individual
                       ☐ Determine need for/or type of treatment
                       ☐ Other (specify) _____

   The specific type of information to be used or disclosed is as follows:
   ☒ History & Physical Examination        ☐ Medication List
   ☒ Discharge Summary                     ☐ List of Allergies
   ☐ Office Notes                          ☐ Immunization Record
   ☐ Laboratory Results                    ☐ X-Ray and Imaging Reports
   ☐ Consultation Reports regarding _____
   ☒ Vocational Records
   ☐ Other _____

4. I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.
5. I understand I have the right to revoke this authorization at any time. I understand that if I revoke this authorization I must do so in writing and present my written revocation to the entity that was authorized to release information. I understand the revocation will not apply to information that has already been released in response to this authorization. Unless otherwise revoked, this authorization will expire 12 months following the date signed by me.
6. I understand that authorizing the disclosure of this health information is voluntary. I understand any disclosure of information carries with it the potential for re-disclosure and the information may not be protected by federal confidentiality rules (HIPAA).

8. Health information may be faxed: Yes X   No _____   (initial appropriate space)

9. An electronic copy of the authorization will be as valid as the original.

### THIS FORM MUST BE FULLY COMPLETED BEFORE SIGNING

_____          _____
Signature of Individual/Representative          Date

_____          _____
Relationship to Individual if signed by Representative     Signature of Witness

ARS 37

## STATE OF ARKANSAS



*Asa Hutchinson*
Governor

*Charisse Childers, Ph.D.*
Director

715 W. SHERMAN, SUITE E
HARRISON, AR 72601
(870)741-7153

http://www.arsinfo.org
An Equal Opportunity Employer

**Arkansas Career Education
Division of Rehabilitation Services
Alan McClain, Commissioner**

December 01, 2015          Status: 02

PURPOSE OF CONTACT:

I met with David Stebbins on 12/01/2015 to explain the type and extent of services, which may be obtained through this agency in an attempt to enter David into employment and to complete an application for Rehabilitation Services.

CONTENT OF CONTACT:

A. STATED REHABILITATION PROBLEM:

David was referred to this agency by          due to what David feels is a rehabilitation problem.

Aspergers

B. COUNSELING OBSERVATION:

I feel that David has a realistic view of the rehabilitation problem, which I perceive to be the inability to secure and maintain employment due to the presence of the physical/emotional limitations noted above, and lack of specialized work skills.

David indicated a desire to secure assessment, counseling and guidance, training and placement services, which appear to be feasible and would address the rehabilitation problem stated above.

C. ACTION PLAN:

**ARS 38**

A Release of Information form will be forwarded to          to obtain medical/psychological records. David was scheduled for a psychological evaluation.   Time:                     Date:

D. COUNSELING SESSION:

David was explained the assessment and eligibility process, and the type and extent of services that might be provided in an attempt to allow client to obtain and maintain appropriate employment. David was explained the responsibilities throughout the rehabilitation process and stressed the goal of gainful employment in the most integrated setting. The Order of Selection process was explained and counseling issues were addressed.

E. INFORMED CHOICE:

David was afforded opportunities to exercise informed choice in decisions concerning the provision of assessment services. In addition, was provided, or assisted in acquiring, information that addressed the types of services offered, cost, accessibility, duration, consumer satisfaction, qualifications of providers and integrated settings. Methods or sources of information included lists of state or regional providers, consumer satisfaction surveys, referrals to consumers or consumer groups, and accreditation. The consequences of assessment outcomes and the effect on the eligibility for services were described to David.

RESULTS OF CONTACT:

An application for services has been initiated at this time, the views of the client and the counselor's observations regarding the rehabilitation problem considered, counselor's plan of action and client's responsibilities identified, and arrangements made to begin the diagnostic testing necessary to determine eligibility and the nature and extent of appropriate services.





# Social Security Administration
## Supplemental Security Income
Important Information

SOCIAL SECURITY
131 W INDUSTRIAL PK RD
HARRISON AR 72601

Date: October 31, 2015
Claim Number:

```
#   000000328  I=000000  1024 2 COM
326 I MB 0.436
        A67 15S1034G46013
        DAVID ANTHONY STEBBINS
        123 W RIDGE APT D
        HARRISON AR 72601-4236
```

We are writing to tell you about changes in your Supplemental Security Income (SSI) record. This action does not change your current payment amount.

**Your Payments Will Be As Follows:**

| From | Through | Amount Due Each Month |
|---|---|---|
| December 1, 2015 | Continuing | $733.00 |

**When You Will Receive Your Payments**

Your bank or other financial institution will receive your monthly payment of $691.40 around December 1, 2015, and on the first of each month after that.

**Information About Your SSI Payments**

By withholding $41.60 from the December 2015 payment, we will complete recovery of all overpayments on your account that can be collected through benefit withholding.

See Next Page

SSA-L8186

ARS 41

# Client Contact Note

Client Name:   David Stebbins

Date:           12/01/2015
Description:     Case Note


Whose Note:     KEVIN COOK

For Program:    VR
Status:          02

Type of         Face to Face      Location: Office
Contact:

Flag this Contact Note?


Note:
David is a 27 year old male who was referred by Disability Rights Arkansas. Client lives by himself and receives disability benefits for Asperger's per his medical records. Counselor asked if there are additional doctors and Dr. Robert Frenal and Dr. Chu have been sent release of information forms.

He told me I was against him as soon as he set down. I explained that my goal is to work with him so that together we can find a way for him to be successful in his goals.

Client has attended NAC in Harrison but was not able to complete his studies. He reported attending U of A Fayetteville but said he was kicked out. Client was not cooperative so not able to discuss his grades and obtaining copies. Counselor will suggest RIDAC testing for evaluation and the need to have a copy of transcripts from both NAC and U of A.

Client smelled like he has not taken a bath is along time. Hygiene will be a sensitive topic that will have to be discussed at some point.

He emailed me several times requesting a copy of the questions he would have to answer so he could have time to think through them. He also states that his family is against him and everyone he meets is out to get him - "The whole world hates me." was another comment. David said, "all I have is myself and my 10,000 roaches I live with." Counselor told him I am here because I genuinely care and want what is best for him.

Client said he needs assistance with paying for college. Counselor told him we can assist with funding but he must apply for pell grants, FASFA, loans, etc. to pay his part. Client

said he has loans of over $40,000 and needs extra funding. Counselor explained that ARS policy allows for paying for expenses for attending college and for extenuating circumstances we can go up to $2,500 per semester or $5,000 a school year. Client explained he has extenuating circumstances that requires more assistance. He said he needs funds for moving to Russellville to attend Arkansas Tech, to pay for an apartment, summer school so he will not have to find another place to live, travel if an apartment is required too far from campus and living expenses.

Here is the latest email from Mr. Stebbins (12/02/2015):

I've looked up the costs of attendance to see how much extra money I'll need. Take a look at these two links:

http://www.atu.edu/academics/catalog/colleges/applied_sciences/dept_comp_info_sci.html
www.atu.edu/stuaccts/tuitionfees.php

As you can see from the first link, the semester where I'll have the most credit hours is the second freshman semester, where I'll have 17 hours.

According to the second link, that means my cost of attendance, per semester, will be ...
$3,655 for tuition
$731 in student fees
$1,596.00 for a residence hall (because remember, I don't have a car).
$15 for a mandatory P.O. box, and
$1,274.00 for a meal plan that lets me have two meals per day.

Add it all up, and that comes out to $7,271.00 per semester.

I can probably get the maximum pell grant. However, A) that doesn't help me in the summer semester (because as I said before, I absolute HAVE to take summer semesters because I won't have a home to go back to), and B) that still puts me $4,383.50 in the red, per semester.

So, I would need $16,038 per year from you. That amounts to an increase of $11,038 in "extenuating circumstances" funds.

-------------------------------------------
On Tue, 12/1/15, Kevin Cook <Kevin.Cook@arkansas.gov> wrote:

Subject: RE: Another extenuating circumstance
To: "David Stebbins" <stebbinsd@yahoo.com>
Date: Tuesday, December 1, 2015, 2:59 PM

thanks

-----Original Message-----
From: David Stebbins [mailto:stebbinsd@yahoo.com]

**ARS 43**

Sent: Tuesday, December 1, 2015 2:23 PM
To: Kevin Cook
Subject: Another
extenuating circumstance

Dear Mr. Cook,

On my way back home, I remembered another
extenuating circumstance that you could forward to your
boss:

I need assistance in
making the one-way trek to ATU campus.  That'll easily
cost about $500, since I'll have to take ALL my
possessions with me.

Please
include that in your report.

Thank you.
David Stebbins

As you can see from all of this additional medical records are needed and
were requested as something else seems to be going on with Mr. Stebbins.
Counselor will inform Mr. Stebbins that his requirements are more than ARS
can provide do to our policy of spreading out of funds to assist as many
people as possible and that the $5,000 per year max limit is set to enable us
to reach that goal. Counselor will also inform client that we can help with job
placement services in lieu of school if he cannot obtain additional funding due
to his current $40,000 debt. KDC

Assign this as a task to:  |   |

```
PTT.10-0003                       St. Bernards Medical Center
                              225 E. Jackson Avenue, Jonesboro, AR 72401
ACCT # 0501490 7659                     (870) 932-4100                              NPI 2007000944

ADMIT DATE: 04/24/15              ACCT/MED #: 805-08             PATIENT STATUS : Inpatient
ADMIT TIME: 127                   SERVICE: EMERG                 FINANCIAL CLASS: MCD
DISCH DATE: 04/24/15              ADMIT SOURCE: PHYSICIAN
DISCH TIME: 5500
```

## *** PATIENT INFORMATION ***

```
PATIENT:    STEBBINS,DAVID        BIRTHDATE: 12/29/1954    AGE: 54        CONROL METHOD:        ENG
ADDRESS:    123 W RIDGE APT D     MARITAL ST: SINGLE       SSN: 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   PHYSICAL ASSIST:   N
            HARRISON,AR 72601                              RACE: White    FALL W/IN 30 DAYS:    N
PHONE #:    870-204-0516          MSN NAME:                SEX: M         REC'D PRIVACY NOTICE: Y
EMAIL:      -                                              ETHNICITY: Not Hispanic
```

## *** PHYSICIAN INFORMATION ***

```
ADMIT PHYSICIAN:      SHEFF,ELAINE E MD          PRIMARY CARE PHY:
ATTENDING PHYSICIAN:  SHEFF,ELAINE E MD          ED PHYSICIAN:    SMITH,MARK M MD
```

## *** EMPLOYMENT INFORMATION ***

```
EMPLOYER:  UNEMPLOYED                  OCCUPATION:   UN
ADDRESS:                               EMP PHONE #:
```

## *** CONTACT INFORMATION ***

```
NEXT OF KIN:  STEBBINS,RITA          EMERGENCY CONTACT: STEBBINS,RITA
NOK ADDRESS:                          WORK ADDRESS:

NOK PHONE #:  870-741-4366           EMRG PHONE #:     870-741-4366
WORK PHONE #:                        EMRG WORK PHONE #:
```

## *** GUARANTOR INFORMATION ***

```
GUARANTOR NAME: STEBBINS,DAVID       GUAR EMPLOYER: UNEMPLOYED        RELATIONSHIP: 18 SELF/ SAME AS PATIENT
GUAR ADDRESS:   123 W RIDGE APT D    GUAR EMP ADDR:                   GUARANTOR SSN: 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
                HARRISON,AR 72601                                     GUARANTOR DOB: UN
GUAR PHONE NO:  870-204-0516         GUAR EMP PH #:
```

| INSURANCE | POLICY # | SUBSCRIBER | SUBSCRIBER ADDRESS | AUTH/PRE-CERT# |
|---|---|---|---|---|
| 1 MEDICAID | 426757.001 | STEBBINS,DAVID | 123 W RIDGE APT D | Track# 1511400013 |
| P O BOX 8036,LITTLE ROCK,AR 72203 | | DOB: 12/29/80 | HARRISON, AR 72601 | |
| 18204574454 | | GROUP #: | 18 SELF/ SAME AS PATIENT | |
| | | | | Track# 1511700124 |
| | | DOB: | | |
| 3 | | GROUP #: | | |
| | | DOB: | | |
| 4 | | GROUP #: | | Track# 1511400013 |
| | | DOB: | | |
| | | GROUP #: | | |

## *** OCCURENCE INFORMATION ***

```
OCCURENCE DATE: 04/24/15   OCCURENCE TYPE: 11 DATE ONSET SYMPTOMS/ILLNESS
```

```
REASON FOR VISIT: STILL ALIVE; HEMATEMESIS
ICD9-CM CODE:
```

ARS 45

St. Bernards Medical Center
225 East Jackson
Jonesboro, AR 72401

Patient Name: STEBBINS,DAVID
Account # SV0131867699
Med Rec # SM07090944
Age: 26
DOB:          88
Hospital Service: IN01M
Room # 305-0B
Admit Date: 04/25/15
Admitting Doctor: WEEKS, ELOISE E MD
Attending Doctor: WEEKS, ELOISE E MD
Documented By: SMITH,MARK M MD
Date and Time: 04/24/15 0501
Primary Care Provider:

ER Physician Documentation

STATUS: Signed

## General History Present Illnes

**- General**
**\*\*Description/Onset of Symptoms:** ems states transported here for further eval of possible overdose on bleach, drank approx 3 cups of bleach, patient states pain to stomach and throat, no burning to lips or mouth noted in er.
**\*\*Information Source:** ems/self
**Exam Limitations:** Clinical Condition, Physical Impairment

**- History of Present Illness**
**Initial Comments:**
26-year-old male transferred to this facility from an emergency room in Harrison Arkansas the history that he ingested some liquid bleach earlier yesterday and an apparent suicidal attempt. The patient is here alone he has Asperger's syndrome and is not particularly cooperative and obtaining his history. Patient states he drank about 3 cups of an unknown brand-name bleach which he bought at a Dollar store. The color of the bottle was clear. This is the extent of the information he is willing or able to give me as far as the nature of his ingestion. Patient states he has vomited 3 times since his ingestion vomited what he describes as "bleach", and blood. He denies any respiratory symptoms. Patient complains of pain in his epigastric area through the middle of his chest and up into his mouth and oral cavity which he complains is also painful. The patient is a sleepy arouses easily as noted above is not very cooperative with obtaining history he does respond coherently and answers most questions with one or 2 word responses.
**Symptom Location:** Neck, Chest, Abdomen, Generalized
**Timing/Duration:** yesterday
**Quality/Severity:** Moderate
**Allergies/Adverse Reactions:**

### Allergies

| Allergy/AdvReac | Type | Severity | Reaction | Status | Date / Time | |
|---|---|---|---|---|---|---|

ER Physician Documentation

| No Known Allergies | Allergy | | | Verified | 04/24/15 04:47 |

**Home Medications:**

## Ambulatory Orders

| Medication | Instructions | Recorded |
| NK [No Known Home Meds] | | 04/24/15 |

## Past Medical History

**- Past Medical History**
**Past Medical History:** Yes

**- Cardiovascular**
**History of Cardiovascular Disease:** No

**- HEENT**
**History of HEENT Problems:** No

**- Respiratory**
**History of Respiratory Problems:** No

**- Gastrointestinal**
**History of GI Problems:** No

**- Genitourinary**
**History of GenitoUrinary Problems:** No

**- Endocrine**
**History of Endocrine Problems:** No

**- Musculoskeletal**
**History of Musculoskeletal Problems:** No

**- Reproductive**
**History of Male Problems:** No

**- Integumentary**
**History of Skin Problems:** No

**- Neurological**
**History of Neurological Problems:** No

**- Cancer**
**History of Cancer:** No

**- Hematologic**
**History of Hematologic Problems:** No

**- Autoimmune**

**History of Autoimmune Problems:** No

**- Psychosocial**
**Hx Psychosocial Problems:** Yes
**Psychosocial History:** Aspergers Disease, Depression
**Psychosocial History Comment:** IED

## Past Surgical History

**- Surgical History**
**Surgical History:** Yes
**Surgical History:** Hernia Repair, Inguinal

## Social History

**- History of Tobacco Use**
**Smoking Cessation:** Never Smoker

**- History of Alcohol Use**
**Alcohol Use:** No

**- History of Drug Use**
**History of Drug Use:** No

**- Living Arrangement**
**Lives with:** Family

## Review of Systems

**- Review of Systems**
**Review of Systems:** All other systems reviewed and negative - pt is not overly cooperative, thus accuracy of history is in question
**EENTM:** Mouth Pain, Throat Pain
**Respiratory:** denies: Short Of Breath
**Cardiology:** Chest Pain
**Gastrointestinal/Abdominal:** Abdominal Pain
**Musculoskeletal:** No Symptoms Reported
**Skin:** No Symptoms Reported
**All Other Systems:** Reviewed and Negative

**- Review**
**I have documented the ROS for this visit:** Yes

## ED MD Exam

**- General**
**Pulse Oximetry Interpretation as __%:** 98
**Type:** Room Air
**Pulse Oximetry Adequacy:** Normal

**- Physical Exam**
**General Appearance:** WD/WN, No Apparent Distress
**Eyes, Ears, Nose, Throat Exam:** Normal ENT Inspection - no visible burns/lesions/irritation of lips

tongue or oral cavity.
**Neck:** Non-Tender, Normal Inspection
**Respiratory:** Chest Non-tender, No Respiratory Distress
**Cardiovascular/Chest:** Regular Rate, Rhythm
**Abdominal Exam:** Normal Bowel Sounds, Soft, Tenderness.  negative: Distended, Guarding, Rebound
**Extremities Exam:** non-tender, no edema
**Neurological:** No foci neuro/motr defict.  negative: alert
**Eye contact:** Uncooperative
**Skin Exam:** Normal Color

- **Reviewed**
**I have documented the PE for this visit:** Yes

## Course

- **Course**
**Orders, Labs, Meds:**

### Vital Signs - 24 hr

|  | 04/24/15 04:37 |
|---|---|
| Temperature | 98.6 F |
| Pulse Rate [ Left Pulse Ox] | 100 H |
| Respiratory Rate | 21 |
| Blood Pressure [Left Arm Sitting] | 128/92 |
| O2 Sat by Pulse Oximetry | 98 |

**Result Diagrams:**

04/25/15 03:30

$$9.5 \diagdown \frac{13.8L}{41.2L} \diagup 152$$

04/25/15 03:30

$$\frac{135L \mid 106 \mid 12}{3.6 \mid 21L \mid 0.9} \diagdown 81$$

## ED MD Note

- **Physician Note**
**ED MD Note:**

04/24/15 05:11
SBBH evaluated/agrees to accept pt when medically cleared.
D/W Dr Merryman UNA, admit obs for Dr Holder.

## ED MD Medicaid Statement

**- Medicaid Statement**
**Patient Status by Prudent Layperson's Definition::** Emergent
**Patient::** Treated in ED

## Departure

**- Departure**
**Disposition:** Admit as Observation
**Discharge Problem/Impression:**
 Ingestion of bleach, Suicidal ideation, Asperger's syndrome, History of hematemesis, Esophagitis, acute
**Condition:** Fair
**Home Medications:**
**Ambulatory Orders**

NK [No Known Home Meds]


Signature: MARK M SMITH  MD

<Electronically signed by MARK M SMITH  MD> 04/26/15 0503


MSMITH1/MMS
DD/DT: 04/24/15 0501
TD/TT: 04/24/15 0501

cc:

**St Bernards Medical Center** 225 East Jackson Jonesboro. AR 72401
**Hospitalist H&P**
Patient Name: STEBBINS,DAVID
Account # SV0131867699    Med Rec # SM07090944
Admit Date: 04/24/15    DOB: :                      Age: 26    Sex: M
**Date and Time:** 04/24/15 0552    Status: Signed

## Hospitalist History & Physical

**Chief Complaint:** "There is no justice in the world"

**HPI:**
Pt is a 36 yr old male that was transferred here from North Arkansas Regional medical center after reports of intention to harm himself by drinking bleach. Pt has a history of Asperger's. He was taken to ED after reports of drinking three cups of bleach to commit suicide. He states he drank the bleach because "there is no justice in the world". He complains of throat, abdomen and chest pain. He denies nausea, vomiting diarrhea. Transfer paperwork states he drank 32 oz of household bleach and vomited bright red blood at home. He denies drug or alcohol ingestion. He is very short with answers and refuses to answer most questions. No family at bedside, information obtained from transfer paperwork.

**- Past History**

**Medical History:**
Asperger's syndrome

**Surgical History:**
Hernia Repair, Inguinal

**Family History:**
No known family history

**Social History:**
Never Smoker
  Denies alcohol
denies illicit drugs

**- Review of Systems**
except as per HPI

**Constitutional:** Denies: weight loss, fever, chills, night sweats, change in appetite, other
**Ears/Nose/Throat:** Denies: tinnitus, otalgia, epistaxis, post nasal drip, voice changes, other
**Cardiovascular:** Confirms: chest pain.  Denies: heart palpitations, edema, orthopnea, other
**Respiratory:** Confirms: hemoptysis. Denies: SOB, wheezing, DOE, cough, sputum, other
**Gastrointestinal:** Confirms: vomiting. Denies: nausea, diarrhea, melena, hematochezia, change in stool, odynophagia, anorexia, dyspepsia, other
**Genitourinary/Gynecologic:** Denies: dysuria, hematuria, urgency, frequency, incontinence, pelvic

pain, vaginal bleeding, discharge, last menses, other
**Musculoskeletal:** Denies: arthralgia, myalgia, weakness, trauma, frequent falls, other
**Neurologic:** Denies: dizziness, confusion, tremor, headache, focal weakness, paresthesia, ataxia, dysarthria, memory loss, other
**Endocrine:** Denies: heat/cold intolerance, polyuria, polyphagia, polydipsia, other
**Psychologic:** Confirms: suicidal ideation. Denies: fear, anxiety, tearful, worthlessness, other
**Integumentary/Breast:** Denies: rashes, masses, ulcerations, tattoos, tenderness, implants, discharge, other
**Hematologic/Lymphatic:** Denies: bleeding or brusing easily, swollen lymph nodes, history of blood transfusion, anemia, other
**Allergic/Immunologic:** Denies: asthma, hives, eczema, rhinitis, pruritus, other
**Vital Signs**

| Temp | Pulse | Resp | BP | Pulse Ox |
|---|---|---|---|---|
| 98.6 F | 100 H | 21 | 128/92 | 98 |
| 04/24/15 04:37 | 04/24/15 04:37 | 04/24/15 04:37 | 04/24/15 04:37 | 04/24/15 05:12 |

**- Physical Exam**
**Constitutional/Psychiatric:** alert, oriented to time, oriented to place, oriented to person
**Head:** normocephalic, atraumatic, no sinus tenderness
**Neck:** supple, trachea midline, no thyromegaly
**Eyes:** PERRL, EMOI, no icterus
**Ears:** hears ordinary conversation, tympanic membranes intact bilateral
**Nose:** nares patent and functional, turbinates not inflamed, other
**Mouth/Throat:** uvula midline, pharynx not injected, tongue midline, moist mucous membranes, other
**Cardiovascular:** regular rate, regular rhythm, without murmur
**Respiratory:** clear to auscultation bilaterally, no wheeze, no rales, no rhonchi, chest wall moves symmetrically with inspiration, chest wall moves symmetrically with expiration
**Gastrointestinal:** soft, nontender, nondistended, positive bowel sounds, no organomegaly palpated
**Musculoskeletal:** no costovertebral angle tenderness, equal strength upper extremities, equal strength lower extremities
**Peripheral Pulses:** Dorsalis-Pedis (L): 2+, Dorsalis-Pedis (R): 2+, Radial (L): 2+, Radial (R): 2+
**Lymphatic:** no neck adenopathy, no supra/intraclavicular adenopathy, no axillary adenopathy, no inguinal adenopathy
WBC-14.9
Hgb-17.1
Hct-49.3
Plt-265
Na-139
K-3.3
Cl-106
CO2-20
BUN-20

Cr 1.1
UDS-all negative

Pertinent labs reviewed, Pertinent vital signs reviewed

**- VTE Prophylaxis**
**VTE Prophylaxis:** TEDs & SCDs

*<KAUFFMAN,ANDREW W RN - Last Filed: 04/24/15 05:52>*

**- Past History**
**Surgical History:**
Hernia Repair, Inguinal

**Social History:**
Never Smoker  Incapacitated

**Physician Addendum:**
Pt seen/examined.  Agree with H&P, PE and summarized A/P.  See orders.

*<MERRYMAN,DARON E - Last Filed: 04/24/15 06:58>*

**- Allergies & Home Medications**
**Allergies**

No Known Allergies Allergy (Verified 04/24/15 04:47)

Signature: ANDREW W KAUFFMAN RN
DARON E MERRYMAN  MD
<Electronically signed by DARON E MERRYMAN  MD> 04/24/15 0658

**ARS 53**

STEBBINS, DAVID
PT: SV0131867699
SEX: M   DOB:          88   AGE: 026
DT: 04/25/2015          MR:SM07090944

SBHU3012

**ST. BERNARDS**
**MEDICAL CENTER**
*Behavioral Health Unit*
**Jonesboro, AR**

**ADULT ADMISSION**
**PSYCHIATRIC EVALUATION**

Date of admission ___4-25-15___          Type of admission: ___✓___ Voluntary

Date of evaluation ___4-26-15___                          _____ Involuntary

Admitting physician ___SBMC NEUICU - Transfer from NARMC.___

Attending physician ___Weeks___

Orienting statement: ___26 y/o CF, single, unemployed. Lives___
___alone in Harrison, AR___

Chief complaint: _____

___"I tried to kill myself by drinking bleach."___

___26 y/o CM c pphx of Aspergers Syndrome per chart.___

History of present illness: ___Transferred from NARMC to SBMC NEUICU after___
___intentionally swallowing 3 cups of bleach. Trigger: "There is no___
___justice, the government is corrupt." Reports he is suing his___
___father following altercation c father where father hit pt and___
___then cut himself and blamed on pt. He was arrested in 2011___
___and court did not rule in his favor. Therefore, pt. has been___
___focused on "how corrupt the government is." Voiced HI___
___toward corrupt government officials and expressed if suicide___
___was the way to be without pain, he would act on it. Onset SI age 15 y/o___

Past Psychiatric treatment/history: ___Vista Health in Fort Smith: 2007 c recent___
___Outpt. - none___          decline in mood
                            2 mo. ago. Rates
___Ø SA prior to admission___     depression 8/10, ①
                            hopeless, despair.

Family Psychiatric history: ___None reported___     A. is very short c answers
                 and refused to answer
___Trial Risperdal___    physically    majority of questions



ST. BERNARDS
MEDICAL CENTER
*Behavioral Health Unit*
**Jonesboro, AR**

SBHU3012

**ADULT ADMISSION
PSYCHIATRIC EVALUATION**

| 38 | 135 | 106 | 12 | 81 | A3T: 31 |
| 9.5 152 | 3.6 | 21 | 0.9 | | ALT: 38 |
| 4.2 | | | | | |

Past Medical / Surgical History / Allergies: __NKA__

Surg hx: hernia repair

PMH: intentional OD

**HABITS:**

Lifetime history of alcohol / drug abuse : __Denies__

Legal status: __domestic battery 2011__

Denies upcoming court dates

**MENTAL STATUS EXAM:** BP: 153/75  P: 99  R: 16  SaO₂: 95%  RA T: 98

Appearance: __stated age, minimally cooperative. Tall, poor eye__
__contact, staring at floor c̄ head supported by hands__

Mood / Affect: " __sleepy__ "  irritable, agitated

Speech:

__language intact__

Intellectual function: __SSI__

1 semester U of A → kicked out b/c
"they misconstrued something I said as a threat"

**THOUGHTS:**

Process: __linear / perseverates on corruptness of government__

Content: __"If I could die without pain, I would__
__take that."__ HI - toward corrupt government officials

Delusions: __Denies__ hopeless/nihilistic viewpoint



**ST. BERNARDS**
MEDICAL CENTER
*Behavioral Health Unit*
**Jonesboro, AR**

SBHU3012

**ADULT ADMISSION
PSYCHIATRIC EVALUATION**

Perceptual Disorders / Hallucination: _Denies AvH_
"_How would I know if they are real or not?_"

**COGNITION:**

Orientation: _AAOx4_

Judgment / Insight: _poor x 2_

Memory / Retention / Recall:
_3/3 at 5 minute recall_

Remote: _intact_                    FW: 3/3

Recent: _intact_                    Conc. 5/5

Immediate: _intact_

Abstracting ability: _good_

**SAFETY:**

Violence to self or others in previous year: _No_

Homicidal: _No_

Suicide plan or attempt within 1 year: _(+)_

Markedly decreased daily function: _____

**STRENGTHS:**  (Circle all that apply–minimum of two)

(VERBAL)        FAMILY SUPPORTIVE        GOOD PHYSICAL HEALTH        MOTIVATED

INTELLIGENT / INSIGHTFUL        EMPLOYED        ATHLETIC ← (minimally COOPERATIVE)

OTHER: _____

**WEAKNESSES:**  (Circle all that apply)

POOR PHYSICAL HEALTH        (CHAOTIC SOCIAL SITUATION)        NOT COOPERATIVE

LIMITED COGNITIVE ABILITIES ← (IMPULSIVE)        DECREASED AUDIO/VISUAL ACUITY

(LACK OF INSIGHT)        TREATMENT NON–COMPLIANCE        (CHRONIC MENTAL ILLNESS)

(LEGAL PROBLEMS)        SCHOOL PROBLEMS

OTHER: _____

STEBBINS, DAVID
PT: SV0131867699
SEX: M   DOB:      88   AGE: 026
  DT: 04/25/2015   MR:SM07090944




SBHU3012



**ST. BERNARDS**
MEDICAL CENTER
*Behavioral Health Unit*
**Jonesboro, AR**

**ADULT ADMISSION
PSYCHIATRIC EVALUATION**

---

**DIAGNOSIS:**

AXIS I:   MDD-S

Aspergers

r/o IED   r/o Delusional

AXIS II:   Cluster B traits — narcissotic, antisocial

AXIS III:   Recent OD c̄ bleach

AXIS IV:   primary psocial / legal

AXIS V: Current Global Assessment of Function _____ 28 _____ Highest Past Year _____

**EVALUATION:**

LABS (CIRCLE): TSH   HEMOGRAM   LFTIS   CMP   BMP

URINE DRUG SCREEN   UA / PREG   UDS(completed at Presentation)

Other Labs: B12 _____   Drug Level (Name): _____

**TREATMENT:**

Medications:   Zoloft 50mg   Daily therapy

Collateral

Therapies: _____ Group _____ Family _____ Individual

_____ Activity Therapy

**MILIEU:** _____ Therapeutic Level System _____ Medication Teaching _____ Nursing Education Group

Prognosis: _____   Estimated Length of Stay: 4-6 days

Physician Signature                     Date/Time   4/26/15 1228

Mallory Broadaway, BNP
4-26-15 1035

---

## STATE OF ARKANSAS



Asa Hutchinson
*Governor*

**Department of Career Education**
*Arkansas Rehabilitation Services*
**D. Alan McClain,** *Commissioner*

Dr. Charisse Childers
*Director*

## Arkansas Rehabilitation Services
### Kevin Cook, MA, CRC
### Vocational Rehabilitation Counselor

# FAX
## CONFIDENTIAL

TO: Robert Frenal/Vantage Point
Fax Number: 870-741-2722
From: Kevin Cook, MA, CRC
Fax Number: 870-741-7231
Date: 12/01/2015
Regarding: Medical Recorder for present or pass 3 years –
Number of Pages: 1
Phone Number for follow-up: 870-741-7153

*No records on this patient*

COMMENTS: Medical Recorder for eligibility for services. If you have any questions please call 870-741-7180 for Caterina Matheny, Administrative Specialist II or the Counselor Kevin Cook on Tuesday and Thursday at 870-741-7153 or on Monday, Wednesdays, and Friday at 479-583-1286. Thank you.

PROHIBITION OF REDISCLOSURE: THIS INFORMATION HAS BEEN DISCLOSED TO YOU FROM RECORDS THAT ARE CONFIDENTIAL. YOU ARE PROHIBITED FROM USING THE INFORMATION FOR OTHER THAN THE STATED PURPOSE, FROM DISCLOSING IT TO ANY OTHER PARTY WITH OUT THE SPECIFIC WRITTEN CONSENT OF THE PERSON TO WHOM IT PERTAINS, AND ARE REQUIRED TO DESTROY THE INFORMATION AFTER THE STATED NEED HAS BEEN FULFILLED OR AS OTHERWISE PERMITTED BY LAW. A GENERAL AUTHORIZATION FOR THE RELEASE OF MEDICAL OR OTHER INFORMATION IS NOT SUFFICIENT FOR THIS PURPOSE.

# Client Contact Note

Client Name:       David Stebbins

Date:              12/03/2015
Description:       Client Contact

Whose Note:        KEVIN COOK

For Program:       VR
Status:            02

Type of            Correspondence
Contact:

Flag this Contact Note?

Note:
Email form Mr. Stebbins:

-----Original Message-----
From: David Stebbins [mailto:stebbinsd@yahoo.com]
Sent: Thursday, December 3, 2015 10:50 AM
To: Kevin Cook
Subject: RE: Another extenuating circumstance

You said you would get back to me by Thursday. Well, what's the status?

David,

I must get your additional medical records first (which we sent for) and then I will have you come in regarding your case and potential services. Received reply requesting Dr. Robert Frerral's medical record's at Vantage Point and they say they have "no records on this patient." Was this the right place or is there another place for this Doctor?

Thank you

# Client Contact Note

Client Name:     David Stebbins

Date:            12/09/2015
Description:     Contact

Whose Note:      **KEVIN COOK**

For Program:     VR
Status:          02

Type of          Correspondence
Contact:

Flag this Contact Note?

Note:
Hey, didn't you tell me, yesterday, that you were going to follow up and give me more details?
Where are the details?

-------------------------------------------
On Mon, 12/7/15, Kevin Cook <Kevin.Cook@arkansas.gov> wrote:

Subject: RE: Another extenuating circumstance
To: "David Stebbins" <stebbinsd@yahoo.com>
Date: Monday, December 7, 2015, 10:04 AM

David,

As I told you we allow 60 days to get medical records.
Everything is going well and I am researching to see how we  can assist you. More later very busy.

Thanks

-----Original Message-----
From: David Stebbins [mailto:stebbinsd@yahoo.com]

Sent: Friday, December 4, 2015 5:50 PM
To: Kevin Cook

Subject: RE: Another extenuating circumstance

So, you can't even file a petition in court to compel them  to produce it?

**Assign this as a task to:**

**ARS 23**

# Client Contact Note

Client Name:    David Stebbins

Date:    12/04/2015
Description:    Client Contact

Whose Note:    LORRAINE MILLER CRC

For Program:    VR
Status:    02

Type of
Contact:    Phone

Flag this Contact Note?

Note:
I was asked to speak with David on this date. He was quite agitated, and (I assume) wanted to speak with a supervisor about his counselor. Our District Manager was not available and I was asked to talk to him. I was told by the person answering his call that he had been "yelling" at her. When I picked up the phone and asked him his name, and how to spell it, etc., he asked if he could give me his number so I could call him back, which I promptly did. He sounded very, very anxious, was breathing hard, talking very fast, etc. At one point, I counseled with him on trying to calm himself down. He was upset because he had requested an exception to the service provision policy so he could get his school expenses paid. He wants to go to Arkansas Tech in Russellville, and will need to live in the dorm, and go to summer school since he would have to give up his apartment in Harrison. I asked what he wants to study, and he said computers. I inquired about his taking some online classes, but he did not think there were many he could take. He asked if I thought his request for ARS spending more than the allowed amount would be approved, and I told him I had no idea about that. I told him I seldom ask for an exception, and the requests aren't always approved. He wanted a different counselor, and said he wanted one that would be in Harrison more. I told him there was only one other counselor and I was not certain how many days she was in the Harrison office, as a large territory was served out of that office. He was most upset because he said his counselor had told him he would let him know on Thursday about his request for services exceeding the

allowed amount. He said it was unprofessional that his counselor had not let him know since he had said he would tell him on Thursday. I explained that maybe his counselor had not been able to discuss the situation with his supervisor yet. At any rate, I did tell him I would talk to his counselor and ask him to call him today, and if he could not, I would try to call and update him on his request. He said he wanted a phone call, not an email.    LM

Assign this as a task to:

# Client Contact Note

Client Name:      David Stebbins

Date:             12/08/2015
Description:       Client Contact

Whose Note:

For Program:      VR
Status:           02

Type of           Phone
Contact:

Flag this Contact Note?

Note:
aa McGehee Received call from client around 2:20 p.m. on 12/08/2015 and he was very rude and yelling. He was insisting to talk to Kevin Cook and I tried to explain Kevin was not in the office. He would get quite and start whispering like he had someone else to talk to but it sounded very strange as he was doing the whispering.I ask him to please calm down so I could explain and he would not stop so I told him to hold please so I could possibly get him help and he was still screaming as I put him on hold and I transferred the call to Caterina at this point because he did not want to listen to me at all.

Assign this as a task to:

**ARS 64**

# Client Contact Note

Client Name:    David Stebbins

Date:           12/08/2015
Description:     Client Contact

Whose Note:     CATERINA MATHENY

For Program:    VR
Status:         02

Type of         Phone
Contact:

Flag this Contact Note?

Note:
David call looking for his Counselor Kevin Cook, and ask regarding information did we receive the medical records. I told him we have not received records. He ask who didn't send the information and I told who didn't send yet and he would try to find out why at 2:20pm, then call back at 3:20pm in a high voice yelling and would not calm down, client state that he call Crossroads Medical Clinic and was hand up on him, tried again his call wouldn't go through, I had to forward the call to Alana Walls to help with the client. ccm

Assign this as a task to:

# Client Contact Note

Client Name:   David Stebbins

Date:   12/08/2015
Description:   Case Note

Whose Note:   ALANA WALLS

For Program:   VR
Status:   02

Type of
Contact:   Phone

Flag this Contact Note?

Note:
CRC was transferred a phone call around 3:25 from Mr. Stebbins. Mr.
Stebbins sounded short of breath and emotionally upset as was noticeable
from his rapid speech and volume. Mr. Stebbins was questioning why Mr.
Cook has not made any progress in his case and what else he needed to
provide the agency to send him to a doctor for a diagnosis. CRC explained to
him the need for a documented disability from a doctor in order to be
determined eligible. Mr. Stebbins' verbal behavior and temper continued to
escalate and CRC told him that she did not have to listen to his abusive
language and that if he would calm down an attempt would be made to
explain our eligibility policy. He continued to ask the same questions
regarding why the information he had already supplied was not enough. He
began to yell and CRC told him that she was not going to continue the
conversation, wished him a good afternoon and hung up. A call was made to
Amy Jones, District Manager, advising her of the telephone encounter.

Assign this as a task to:

# Client Contact Note

Client Name:     David Stebbins

Date:            12/08/2015
Description:      case update- contact with client


Whose Note:      AMY JONES CRC

For Program:
Status:

Type of
Contact:

                              Flag this Contact Note?


Note:
I received a message from Anita on 12/4 to contact David. Anita stated that David was screaming at her on the phone and very angry that he got my voicemail. Anita then asked Lorraine Miller to take David's call. Lorraine expressed her concern about David's conversation and she documented her conversation in the ECF. I tried to return David's call and there was no answer.
I received a call today from Alana Walls that David called the Harrison office and she was very concerned about the safety of the staff because of David's behavior on the phone and she wanted to call the police.
I called David and spoke to him today regarding his case and his behavior to the staff.
David was yelling, angry and breathing very heavy and rapid. I tried to calm him down and expressed my concern for his well being. David is angry because he had not received a call back from Kevin. I explained that I was unable to contact David, so it was possible that Kevin was also unable to. I also explained our services and the process for collecting medical records, 60 days to determine eligibility and assessments necessary to develop the IPE. David's application was 12/1 and ROI's have been sent. I asked David how he was referred to ARS and he stated that Disability Rights referred him to us because they could not help him sue the Government. David stated that the government is harassing him and that is partially why he is so angry with our agency- because we are a government agency.

**ARS 67**

David wants to go to college and is requesting that our agency pay to move him, pay for housing and pay full tuition and fees. I explained our process for eligibility and plan development again. I asked David about college experience. He stated to Kevin that he has $40,000 in student loans but only a couple of credits. David stated that he was thrown out of the U of A in Fayetteville in the Fall of 20007 for making threats. I asked what threats he made and he stated he doesn't know it's a 20 page report. David stated he then went to NAC and teachers provided him accommodations by pulling him aside to explain his behavior was abusive rather than calling it out in class. However, David was unable to complete most of his semesters.

David stated that he was discharged from St. Bernard's last April and has not received any treatment or care since then. I asked about discharge report and recommendations and David said he was told to go somewhere and went one time but that was it.

I expressed my concern for David's well being and mental stability based on the conversation we were having, throughout the conversation David maintain his escalated voice and rapid breathing and extreme agitation. I asked about family and friends or any support system that I could contact regarding my concern and David stated he hated his f***ing family and that was a 2 hour story. I stated that I didn't want the 2 hour story, I just wanted to see if anyone was available to help him. David stated that if he called me a fucking bitch fagot he would understand why I would be offended or feel threatened. But if he is just expressing his anger that I should understand. He can't control his anger especially when he cant get any answers. I explained our system and answered all his questions. I stated that I would speak to Kevin and to our psych examiner and would try to call him back tomorrow.

I spoke to Leslie about the case and she did not think he needed to be scheduled in any office at this time due to his instability.

I called Carl to explain the situation and he stated that we needed to contact the police to let them know of the harassing calls and threatening behavior. He stated that we needed to call a psychiatric facility for mandated reporting regarding our concern for his well being. I also informed the Harrison Office staff to keep doors from lobby to office area locked at all times. If David comes to the office they need to notify the police immediately. If David calls the office he is to be directed only to me from now on. I will follow-up tomorrow with this situation. I will inform the Fayetteville Office first thing in the morning as the office is currently closed. AJ

Assign this as a task to:

# DisabilityRights
## ARKANSAS

DRA Staff Initials: MH

## DRA AUTHORIZATION FOR RELEASE
## OF INFORMATION

I, _David A. Stebbins_, hereby authorize the release of the following: any educational, personnel, employment, housing, case file, habilitation/training reports, and the results of any evaluations or administrative and judicial records and findings or documents of any investigations and any other pertinent information, written or oral to any staff of the **Disability Rights Arkansas, Inc. (DRA)**, or Consultants.

Regarding: _ARS case_

I have been advised that the purpose of this release is to obtain any and all information that may help to address my issues currently being pursued by DRA.

I understand that I may revoke this authorization at any time by a request in writing and that it will expire one year from the date of signature.

A photocopy of this authorization shall serve the same purpose as the original.

_David A Stebbins_                          _12-8-15_
**Signature**                                **Date**

☐ **Guardian**

If you have concerns about DRA services, you are welcome to use our grievance procedure by calling us or visiting our website.

1100 N. University, Suite 201, Little Rock AR 72207
501.296.1775 V/TTY ◘ 800.482.1174 ◘ Fax 501.296.1779

www.DisabilityRightsAR.org

## Harrison Police Department

## Dispatch Call Detail

## Call #: C230993 - REQUEST TO SPEAK WITH AN OFFICER

Received Date/Time: 12/08/2015 16:57:55
Cleared Date/Time: 12/08/2015 17:06:46
Cleared By: Lane, Melissa

Location: 116 S Spring

Taken By: Lane, Melissa
Caller Name: WALLS, ALANA
Phone: (870) 204 - 0776
Caller Loc.:

### Units Dispatched

| Units Dispatched | Dispatched | Enroute | Arrived | Transport | Trans Dest | Cleared | Mileage |
|---|---|---|---|---|---|---|---|
| 117 - Babb, Jonathan (HPD) | 12/08/2015 16:59:59 | 12/08/2015 17:00:01 | 12/08/2015 17:00:01 | | | 12/08/2015 17:06:42 | |

### Narrative

| Date/Time | Dispatcher | Narrative |
|---|---|---|
| 12/08/2015 16:59 | Lane, Melissa | ALANA WALLS WITH THE DEPARTMENT OF CAREER EDUCATION ARKANSAS REHAB CONTACTED THE HPD TO MAKE A REPORT. // PTL BABB ADVISED WALLS OF HER OPTIONS. OFFICER ADVISED WALLS STATED A DAVID STEBBINS HAD CALLED AND WAS RUDE OVER THE PHONE. NO REPORT |

### Dispositions

No Report Required, Advised of rights.

### Incidents

### Association

Copyright Relativity Inc © - RPS(Relativity Public Safely)

ARS 70

# Client Contact Note

Client Name:     David Stebbins

Date:            12/09/2015
Description:     review of client history


Whose Note:      AMY JONES CRC

For Program:
Status:


Type of
Contact:

                                    Flag this Contact Note?


Note:
I reviewed the partial hospital records that David provided to Kevin and the
Dr. stated that David did not and would not provide them with a medical
history.. It stated that David was arrested for domestic battery against his
father. David stated to DM that he was thrown out of U of A for making
threats. DM read court documents and found very disturbing facts about the
case. David made threats to numerous employees at the U of A to the point
of terroristic threatening. Based on David's actions / inappropriate
communication with ARS staff I do not believe that David is mentally stable
enough at this time for a VR program. I also feel that he is a threat to my staff
and do not feel comfortable setting him up for RIDAC or sending him to
anyone's office. After Alana's interaction with David yesterday she called the
police to notify them of the incident. I will communicate to David that his case
is being closed.
http://www.leagle.com/decision/In%20FDCO%2020121228D71/STEBBINS%
20v.%20UNIVERSITY%20OF%20ARKANSAS


Assign this as a task to:

# Client Contact Note

Client Name:    David Stebbins

Date:         12/09/2015
Description:  update on medical hx- client case file

Whose Note:   AMY JONES CRC

For Program:
Status:

Type of
Contact:

Flag this Contact Note?

Note:
I spoke to David on this date regarding his case. I explained that I had reviewed his medical documentation again and I wanted to clarify where the remained of his most recent records were. He was in Jonesboro in April 2015 for medical treatment. He was transported to the ER because of an attempted suicide. I asked David where he was treated / transferred to from the ER. David stated that he was treated for 1-2 weeks at St. Bernard's Behavior Clinic. David stated he was released from the clinic on April 30th. I explained that I would like to review those records because I believe they will have the latest psych eval on file. I also wanted to see what his discharge papers recommend for further or ongoing treatment. David stated that he could not remember the name of the therapist he saw after treatment. I explained that it was possibly on the report that David lost when his computer crashed. David told me to send a ROI to St. Bernard's for his records. I stated that I would do just that and once I had the records I would notify David. AJ

Assign this as a task to:

ARS 73

## Harrison Police Department

### Dispatch Call Detail

## Call #: C231014 - REQUEST TO SPEAK WITH AN OFFICER

**Received Date/Time:** 12/09/2015 09:33:30     **Taken By:** Hanlin, Katherine
**Cleared Date/Time:** 12/09/2015 09:58:28     **Caller Name** DAUGHTERY, CARL
**Cleared By:** Hanlin, Katherine          **Phone:** (501) 944 - 5782
                                       **Caller Loc.:**

**Location:** 715 W Sherman E

**Units Dispatched**

| | Dispatched | Enroute | Arrived | Transport | Trans Dest | Cleared | Mileage |
|---|---|---|---|---|---|---|---|
| 103 - Waldon, Justin (HPD) | 12/09/2015 09:58:20 | | | | | 12/09/2015 09:58:22 | |

**Narrative**

| Date/Time | Dispatcher | Narrative |
|---|---|---|
| 12/09/2015 09:33 | Hanlin, Katherine | CARL DAUGHTERY WITH ARKANSAS REHABILITATION SERVICES CONTACTED THE HPD REQUESTING TO SPEAK WITH AN OFFICER IN REFERENCE TO DAVID STEBBINS WHO HAS MADE PREVIOUS THREATS TO SEVERAL LOCATIONS, INCLUDING THE UNIVERSITY OF ARKANSAS. DAUGHTERY STATED WHEN THEY SPEAK WITH STEBBING, HE BECOMES EXTREMELY HOSTILE AND REFUSES TO CALM DOWN. // SGT WALDON SPOKE WITH DAUGHTERY WHO ONLY REQUESTED THE INFORMATION BE NOTED. NO REPORT. |

**Dispositions**

No Report Required.

**Incidents**

**Association**

Copyright Relativity Inc.® - RPS(Relativity Public Safety)

1 of 1

ARS 74

| | |
|---|---|
| **From:** | David Stebbins <stebbinsd@yahoo.com> |
| **Sent:** | Wednesday, December 9, 2015 1:32 PM |
| **To:** | Amy Jones; MHarper@disabilityrightsar.org |
| **Subject:** | Phychiatric evaluation |

Dear Ms. Jones,

I'm sorry, but I couldn't find the single page of my discharge papers from St. Bernard's. Fortunately, I told you that you'll have to contact them anyway, just to get the full discharge papers.

Anyway, I spoke with Mandee Harper from DSA just a moment ago. I'm CCing her this message. She said that she would assist me in opening up communication (since we seem to be at an impass when it comes to communicating with each other). Hopefully, she can work with you and figure out what you need from me, so I can get that stuff for you.

Thank you.
David Stebbins

| | |
|---|---|
| **From:** | Emma McGehee |
| **Sent:** | Wednesday, December 9, 2015 11:54 AM |
| **To:** | Amy Jones |
| **Subject:** | Vantage Point |

Vantage point called at 11:45 informing us that David Stebbins had called their office and was very rude and hateful demanding they send his records to us. I explained to her if the records were not current or with in the last three years they were not any good to us. She was going to call David Stebbins back and inform him their records are no good to us because they are records from 2006. She kept pointing out had frustrated, hateful and rude he was. I told her thank you and have a great day.

*Emma McGehee*

Administrative Assitant
Arkansas Rehabilitation Services
715 W. Sherman Ave. Suite E
Harrison Ar. 72601
(870) 741-7153

Carl Daughtery:

Amy Jones:

On 12-8-15 our office received a call from David Stebbins regarding his concern about the lack of progress in his case moving forward. I heard our AA, Caterina Methany, getting frustrated and I stepped out and told her to transfer the call to me.

I attempted to talk with Mr. Stebbins but the volume of his voice continued to escalate. Mr. Stebbins wanted to know why his case had not progressed and what other information he needed to supply. I explained to Mr. Stebbins that we needed a letter from a doctor with a documented disability so that we could determine eligibility for services. He began yelling and sounding short of breath. He said that he had already turned in the information to our agency. I told him that I did not have that information with me at the time but if he would call me a little after 4:00 that I would have time to review his paperwork and tell him what else was needed.

Mr. Stebbins would not listen to what I was explaining to him and his verbal outrage continued. I told Mr. Stebbins that I did not have to listen to his abusive language and that I was going to hang up the phone. He did not stop. I told him I wished him a good day, good bye and hung up.

I called Amy Jones, Area 1 District Manager, and advised her of the above conversation. She stated that she would talk with our Field Services Director, Carl Daughtery and would get back with me. At some point either Amy or I discussed locking the doors at the office, which we did.

I received a call from Amy after she had spoken with Carl Daughtery regarding her concerns. She stated that I should call the police and make them award of the situation and contact a psychiatric facility in our area and alert them as well. This was done in an attempt to make the agencies aware of a concern for Mr. Stebbins safety as well as agency personnel.

I called Harrison PD, spoke with dispatch personnel who then transferred me to Officer Babb. I told him of the situation and he said because there was not a specific threat of harm to agency personnel that a report could not be taken but they would make note of the incident.

12-9-2015

I called Northwest Arkansas Regional Hospital and asked to speak with someone in the Psych unit. I asked to relay the information and was told that their adult Psych unit was not open and operational at the time. I was referred to Health Resources of Arkansas in Harrison. I called the facility ad relayed the information to Renee. I then faxed the information we had received from Mr. Stebbins.

Information relayed to these agencies was done so in an effort to protect Mr. Stebbins from self-harm or in the event there may have been a threat of harm to office personnel.

2

Alana Wails, CRC, LAC

12-9-2015

# Client Contact Note

Client Name:     David Stebbins

Date:            12/09/2015
Description:     Contact

Whose Note:      KEVIN COOK

For Program:     VR
Status:          02

Type of          Correspondence
Contact:

Flag this Contact Note?

## Note:

Hey, didn't you tell me, yesterday, that you were going to follow up and give me more details?
Where are the details?

---------------------------------------------
On Mon, 12/7/15, Kevin Cook <Kevin.Cook@arkansas.gov> wrote:

Subject: RE: Another extenuating circumstance
To: "David Stebbins" <stebbinsd@yahoo.com>
Date: Monday, December 7, 2015, 10:04 AM

David,

As I told you we allow 60 days to get medical records.
Everything is going well and I am researching to see how we  can assist you. More later very busy.

Thanks

-----Original Message-----
From: David Stebbins [mailto:stebbinsd@yahoo.com]

Sent: Friday, December 4, 2015 5:50 PM
To: Kevin Cook

**ARS 79**

Subject: RE: Another extenuating circumstance

So, you can't even file a petition in court to compel them  to produce it?

Assign this as a task to:

# Client Contact Note

Client Name:  David Stebbins

Date:  12/14/2015
Description:  Contact email on 12/11 from client

Whose Note:  KEVIN COOK

For Program:  VR
Status:  02

Type of
Contact:  Correspondence

Flag this Contact Note?

Note:
Mr. Stebbins sent another email to this counselor and the district manager:

Dear Mr. Cook and Ms. Jones,

I am David Stebbins. I have told Mr. Cook (who, in turn, has told Ms. Jones) about several extenuating circumstances (or EU for short) that I believe require an increase in the amount of funds you provide me for my education. I have recently learned of a new EU; fortunately, I do not think it will come into play until the final semester, and with some careful planning, it may not come into play at all.

Before we continue, I want to point out:  Yes, I'm fully aware that I haven't even yet been OFFICIALLY declared eligible for your assistance.  However, that is a mere formality. I know I will pass the evaluation, so I'm going to go ahead and explain my new EU:

I have already gotten five (5) semesters of pell grants from the University of Arkansas and North Arkansas College. I have recently learned that Congress, since I left college, has put a cap of 12 semesters per lifetime ... and the limit applies retroactively.

This leaves me with only 7 semesters of pell grants.  I'm one semester short needed to complete my degree, unless you help me out.

However, I wonder if it may even come to that.  Remember that I've also listed, as an extenuating circumstance, that I need to take summer semesters because I won't have a home once I relocate

**ARS 81**

to Russellville.

If I could start in the summer of 2016 and get some core classes out of the way, I think I might be able to skip a semester! I know for a fact that I can transfer my "English Composition I" and "U.S. History 1877 to Present" classes; combine that with just 9 credit hours in Summer 2016, and I should be all caught up!

So, I hope that you can provide me with extra funding in light of this EU.

Sincerely,
David Stebbins

P.S. I hope to have my college transcript available for you shortly.

Assign this as a task to:

Stebbins David A
1407 N Spring Road Apt 5
Harrison, AR  72601
Major: AAS, Business Admin Management
Report date: 09 Dec 15

NORTH ARKANSAS COLLEGE
1515 PIONEER DRIVE
HARRISON, ARKANSAS 72601

Soc Sec Num:
High School Grad. Year: 2007
Sex: Male
Birth date:

| Course | Description | Grade | Hours | Points | | Course | Description | Grade | Hours | Points |
|--------|-------------|-------|-------|--------|--|--------|-------------|-------|-------|--------|

**TRANSFER CREDIT UNIVERSITY OF ARKANSAS**

HIST2013 HIST AMER 1877 PRE   CR   3.00
WCOR111 FRESH BUS CONNECT     CR   1.00

| | Attempt | Earned | Points | Divisor | GPA |
|---|---|---|---|---|---|
| Undergrad | | | | | |
| Current Term | 0.00 | 4.00 | 0.00 | 0.00 | 0.00 |
| Cum Undergrad | 0.00 | 4.00 | 0.00 | 0.00 | 0.00 |

**TRANSFER CREDIT-UNIVERSITY OF PHOENIX**

GEN  105 SKLS FOR LRN INFO   CR   3.00

| | Attempt | Earned | Points | Divisor | GPA |
|---|---|---|---|---|---|
| Undergrad | | | | | |
| Current Term | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 |
| Cum Undergrad | 0.00 | 7.00 | 0.00 | 0.00 | 0.00 |

**Fall Semester 2008**

BA  1041 PROF IMAGE BUILDING   C          1.00   2.00
CIS 1103 INTRO TO INFO TECH    B          3.00   9.00
ENGL1013 ENGLISH COMP 1 HNRS   W          0.00
MAT 1223 COLLEGE ALGEBRA       B          3.00   9.00
PHSC1044 INTRO TO ASTRONOMY    W          0.00

| | Attempt | Earned | Points | Divisor | GPA |
|---|---|---|---|---|---|
| Undergrad | | | | | |
| Current Term | 7.00 | 7.00 | 20.00 | 7.00 | 2.86 |
| Cum Undergrad | 7.00 | 14.00 | 20.00 | 7.00 | 2.86 |

**Spring Semester 2009**

BA  1003 INTRO TO BUSINESS     A          3.00   12.00
BA  1103 BUSINESS MATH         A          3.00   12.00
BA  2713 LEGAL ENVIRON BUSINS  C          3.00   6.00
ENGL1013 ENGLISH COMP I        C          3.00   6.00
MM  1303 HUMAN RELATIONS       W          0.00
SPCH1313 FUND OF ORAL COMM     B          3.00   9.00

| | Attempt | Earned | Points | Divisor | GPA |
|---|---|---|---|---|---|
| Undergrad | | | | | |
| Current Term | 15.00 | 15.00 | 45.00 | 15.00 | 3.00 |
| Cum Undergrad | 22.00 | 29.00 | 65.00 | 22.00 | 2.95 |

**Fall Semester 2009**

BA  2003 ACCOUNTING PRIN 1     W          0.00
ECON2113 PRIN OF MACROECON     W          0.00
ECON2323 PRIN MICROECONOMICS   W          0.00
MM  1203 PRIN OF MANAGEMENT    W          0.00
MM  1303 HUMAN RELATIONS       A          3.00   12.00

| | Attempt | Earned | Points | Divisor | GPA |
|---|---|---|---|---|---|
| Undergrad | | | | | |
| Current Term | 3.00 | 3.00 | 12.00 | 3.00 | 4.00 |
| Cum Undergrad | 25.00 | 32.00 | 77.00 | 25.00 | 3.08 |

**Spring Semester 2010**

BIOL1304 GENERAL BOTANY        W          0.00
SOC 2013 INTRO TO SOCIOLOGY    W          0.00

| | Attempt | Earned | Points | Divisor | GPA |
|---|---|---|---|---|---|
| Undergrad | | | | | |
| Current Term | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cum Undergrad | 25.00 | 32.00 | 77.00 | 25.00 | 3.08 |

**Summer I Semester 2010**

PE  2051 AEROBICS              A          1.00   4.00

| | Attempt | Earned | Points | Divisor | GPA |
|---|---|---|---|---|---|
| Undergrad | | | | | |
| Current Term | 1.00 | 1.00 | 4.00 | 1.00 | 4.00 |
| Cum Undergrad | 26.00 | 33.00 | 81.00 | 26.00 | 3.12 |

** END OF TRANSCRIPT **

* means repeat of another course
() means course credit not counted

% means Academic Clemency granted
[] means remedial credit; counted in TERM totals only

*Charla Jennings*
REGISTRAR

## RIDAC SERVICE AUTHORIZATION

NAME Stebbins David COUNSELOR Amy Jones for Kevin
      (Last)      (First)          (Name)

SSN           D.O.B.     DATE OF RIDAC APPT.    No.   CODE

DISABILITY

                                         DISABILITY CODE

EDUCATIONAL LEVEL Some College    VOC. INTEREST College training

| SERVICE REQUESTED | ASSESSMENT PROBLEMS OR QUESTIONS TO BE ADDRESSED |
|---|---|

☐ GENERAL MEDICAL CONSULTATION/GM    Review of records &

☑ MENTAL HEALTH CONSULTATION/MH    recommendation regarding feasibility

☐ PSYCHOLOGICAL CONSULTATION/PSY    of training/VR services

☐ IND. VOC. EVAL.

### COUNSELOR   PLEASE CHECK ALL THAT APPLY

✓ Client reported a history of taking medication for significant health or mental health problems.

   Client reported a history of Drug    and Alcohol Abuse

✓ Client reported a history of Mental Health Problems (with   ✓   without     assessment/treatment)
   (records available   ✓   unavailable

   Client reported a history of Special Ed. (LD ☐ or MR ☐ )    (with     without     assessment)
   (records available     unavailable

   Client reported a history of sheltered workshop or supported employment placement

   Client unable to Read/Write

✓ Client reported a history of Head Injury

✓ Client reported a history of Legal Problems/Convictions

   Client reported a history of Vision     Hearing     Problems

   Accommodations required

[Please request clients bring a list of medications currently being (or to be) taken to the RIDAC Evaluation. Also, request clients bring prescription eye wear if required for reading or hearing aids to the evaluation.]

COUNSELOR SIGNATURE            COUNSELOR NO.    12-14-15   DATE

**ARS 84**

# REHABILITATION INITIAL DIAGNOSIS AND ASSESSMENT FOR CLIENTS
## ARKANSAS REHABILITATION SERVICES
### 4058 NORTH COLLEGE AVENUE, SUITE 150, FAYETTEVILLE, AR 72703

****This confidential report is generated for Arkansas Rehabilitation Services use only for the purposes of determining eligibility and program planning. It is not to be utilized as a stand-alone document for treatment purposes, and is the property of Arkansas Rehabilitation Services. It is not to be released to any third party. ****

## RECORDS REVIEW

NAME: David Stebbins
SEX: Male      COUNSELOR: Amy Jones
DATE OF BIRTH:      DATE OF REVIEW: 12-15-15
REASON FOR REVIEW: to assist in determining feasibility of VR services/training

## EVALUATION PROCEDURES

Review of mental health treatment records from St. Bernard's Healthcare dated April 24-30, 2-15

## RECORDS REVIEW

Records from St. Bernard's indicated Mr. Stebbins had been transferred to their facility from Northwest Arkansas Regional Medical Center after a suicide attempt. The client received inpatient treatment at St. Bernards from April 24 through April 30. Discharge diagnoses were reported as follows:

Major Depressive Disorder, recurrent, severe
Asperger's' Disorder
Delusional Disorder NOS
Cluster B personality disorder traits (narcissistic and antisocial)

Mr. Stebbins indicated he attempted suicide by drinking bleach after he sued his father and lost. Records indicated he was arrested in 2011 for assaulting his father. Records also indicated he was kicked out of the U of A for making threatening statements. The client reported frustration, anger and depression over his situation. He denied homicidal ideation, but continued to report death wishes if he could 'die without pain'. Treatment records indicated Mr. Stebbins was impulsive, lacked insight, paranoid, irritable and agitated.

Treatment records indicated Mr. Stebbins feels he is chronically targeted by the government and law enforcement because he 'has the brains to be a leader and change things'. He acknowledged perseverative thoughts regarding this issue. A search of public records revealed multiple lawsuits filed by Mr. Stebbins against his parents, Wal-Mart, the U of A, and federal judges. Causes of action were mainly civil rights and discrimination.

At discharge, Mr. Stebbins denied suicidal or homicidal ideation. Safety planning was done and he was discharged home. He has indicated to Amy Jones that he is not currently in treatment for his mental health issues.

## DSM-5 DIAGNOSTIC IMPRESSIONS

See client records

## VOCATIONAL IMPLICATIONS

Following is a list of ways in which the individual's observed or reported problem areas are likely to be manifested in a vocational setting.

IMPULSIVITY MAY RESULT IN POOR CHOICES IN JOB ENVIRONMENT
DEPRESSION MAY INTERFERE WITH COUNSELING/JOB INTERVIEWS
MAY BE SOURCE OF DISTRACTION TO CO-WORKERS
DIFFICULTY ASSESSING CONSEQUENCES OF DECISION ALTERNATIVES
DIFFICULTY RELATING WITH INSTRUCTORS/STUDENTS/CO-WORKERS
DIFFICULTY PERFORMING WORK TASKS WHICH INVOLVE PEOPLE
DIFFICULTY CHANGING BEHAVIOR TO MEET REQUIREMENTS
EMOTIONAL INTENSITY MAY INTERFERE WITH TASK PERFORMANCE
CONFLICTS MAY PRECLUDE ADEQUATE TASK PERFORMANCE

## CONCLUSIONS AND RECOMMENDATIONS

Documentation available, which indicated a history of physical aggression and threatening statements, suggests that Mr. Stebbins is not currently appropriate for vocational rehabilitation services.

A referral to a local mental healthcare provider is strongly recommended. Mr. Stebbins would likely benefit from treatment and the support of a therapeutic relationship. Efforts to work with Mr. Stebbins should be coordinated with his treatment providers. His vocational success will depend on him stabilizing and effectively managing his psychiatric issues.

In order for Mr. Stebbins to be appropriate for ARS services he should be able to demonstrate a period of stable functioning. He will also need to provide documentation from his mental healthcare providers that his symptoms are well-managed and they agree he is ready for training, school or work.

*Leslie S. Johnson*

Leslie S. Johnson, MS
Licensed Psychological Examiner – Independent Practice

St. Bernards Medical Center
225 East Jackson
Jonesboro, AR  72401

Patient Name: STEBBINS,DAVID
Account # SV0131867699
Med Rec # SM07090944
Age: 26
DOB:
Hospital Service: INO1M
Room # 305 0B
Admit Date: 04/25/15
Admitting Doctor: WEEKS, ELOISE E  MD
Attending Doctor: WEEKS, ELOISE E  MD
Documented By: SMITH,MARK M MD
Date and Time: 04/24/15 0501
Primary Care Provider:

ER Physician Documentation

STATUS:  Signed

## General History Present Illnes

**- General**
**\*\*Description/Onset of Symptoms:** ems states transported here for further eval of possible overdose on bleach, drank approx 3 cups of bleach, patient states pain to stomach and throat, no burning to lips or mouth noted in er.
**\*\*Information Source:** ems/self
**Exam Limitations:** Clinical Condition, Physical Impairment

**- History of Present Illness**
**Initial Comments:**
26-year-old male transferred to this facility from an emergency room in Harrison Arkansas the history that he ingested some liquid bleach earlier yesterday and an apparent suicidal attempt. The patient is here alone he has Asperger's syndrome and is not particularly cooperative and obtaining his history. Patient states he drank about 3 cups of an unknown brand-name bleach which he bought at a Dollar store. The color of the bottle was clear. This is the extent of the information he is willing or able to give me as far as the nature of his ingestion. Patient states he has vomited 3 times since his ingestion vomited what he describes as "bleach", and blood. He denies any respiratory symptoms. Patient complains of pain in his epigastric area through the middle of his chest and up into his mouth and oral cavity which he complains is also painful. The patient is a sleepy arouses easily as noted above is not very cooperative with obtaining history he does respond coherently and answers most questions with one or 2 word responses.
**Symptom Location:** Neck, Chest, Abdomen, Generalized
**Timing/Duration:** yesterday
**Quality/Severity:** Moderate
**Allergies/Adverse Reactions:**

### Allergies

| Allergy/AdvReac | Type | Severity | Reaction | Status | Date / Time |
|---|---|---|---|---|---|

ER Physician Documentation

**ARS 87**

ER Physician Documentation                    STEBBINS,DAVID

Account #: SV013867699

[ No Known Allergies | Allergy |____       !    ____ | Verified | 04/24/15 04:47 |

**Home Medications:**

## Ambulatory Orders

| Medication | Instructions | Recorded |
|---|---|---|
| NK [No Known Home Meds] | | 04/24/15 |

### Past Medical History

**- Past Medical History**
**Past Medical History:** Yes

**- Cardiovascular**
**History of Cardiovascular Disease:** No

**- HEENT**
**History of HEENT Problems:** No

**- Respiratory**
**History of Respiratory Problems:** No

**- Gastrointestinal**
**History of GI Problems:** No

**- Genitourinary**
**History of GenitoUrinary Problems:** No

**- Endocrine**
**History of Endocrine Problems:** No

**- Musculoskeletal**
**History of Musculoskeletal Problems:** No

**- Reproductive**
**History of Male Problems:** No

**- Integumentary**
**History of Skin Problems:** No

**- Neurological**
**History of Neurological Problems:** No

**- Cancer**
**History of Cancer:** No

**- Hematologic**
**History of Hematologic Problems:** No

**- Autoimmune**

ER Physician Documentation

**History of Autoimmune Problems:** No

**- Psychosocial**
**Hx Psychosocial Problems:** Yes
**Psychosocial History:** Aspergers Disease, Depression
**Psychosocial History Comment:** IED

## Past Surgical History

**- Surgical History**
**Surgical History:** Yes
**Surgical History:** Hernia Repair, Inguinal

## Social History

**- History of Tobacco Use**
**Smoking Cessation:** Never Smoker

**- History of Alcohol Use**
**Alcohol Use:** No

**- History of Drug Use**
**History of Drug Use:** No

**- Living Arrangement**
**Lives with:** Family

## Review of Systems

**- Review of Systems**
**Review of Systems:** All other systems reviewed and negative   pt is not overly cooperative, thus
accuracy of history is in question
**EENTM:** Mouth Pain, Throat Pain
**Respiratory:** denies: Short Of Breath
**Cardiology:** Chest Pain
**Gastrointestinal/Abdominal:** Abdominal Pain
**Musculoskeletal:** No Symptoms Reported
**Skin:** No Symptoms Reported
**All Other Systems:** Reviewed and Negative

**- Review**
**I have documented the ROS for this visit:** Yes

## ED MD Exam

**- General**
**Pulse Oximetry Interpretation as __ %:** 98
**Type:** Room Air
**Pulse Oximetry Adequacy:** Normal

**- Physical Exam**
**General Appearance:** WD/WN, No Apparent Distress
**Eyes, Ears, Nose, Throat Exam:** Normal ENT Inspection - no visible burns/lesions/irritation of lips

ER Physician Documentation

ARS 89

tongue or oral cavity.
**Neck:** Non-Tender, Normal Inspection
**Respiratory:** Chest Non-tender, No Respiratory Distress
**Cardiovascular/Chest:** Regular Rate, Rhythm
**Abdominal Exam:** Normal Bowel Sounds, Soft, Tenderness. negative: Distended, Guarding, Rebound
**Extremities Exam:** non-tender, no edema
**Neurological:** No foci neuro/motr defict. negative: alert
**Eye contact:** Uncooperative
**Skin Exam:** Normal Color

- Reviewed
**I have documented the PE for this visit:** Yes

<u>Course</u>

- Course
Orders, Labs, Meds:

### Vital Signs - 24 hr

|  | 04/24/15 04:37 |
|---|---|
| Temperature | 98.6 F |
| Pulse Rate [ Left Pulse Ox] | 100 H |
| Respiratory Rate | 21 |
| Blood Pressure [Left Arm Sitting] | 128/92 |
| O2 Sat by Pulse Oximetry | 98 |

**Result Diagrams:**

04/25/15 03:30

9.5 > 13.8L / 41.2L < 152

04/25/15 03:30

| 135L | 106 | 12 | |
|---|---|---|---|
| 3.6 | 21L | 0.9 | 81 |

## ED MD Note

- Physician Note
**ED MD Note:**

04/24/15 05:11
SBBH evaluated/agrees to accept pt when medically cleared.
D/W Dr Merryman UNA, admit obs for Dr Holder.

ER Physician Documentation

**ARS 90**

Continued                          ER Physician Documentation                    STEBBINS,DAVID
5
                                                                    Account # SV0131867699

## ED MD Medicaid Statement

**- Medicaid Statement**
**Patient Status by Prudent Layperson's Definition:: Emergent**
**Patient:: Treated in ED**

## Departure

**- Departure**
**Disposition: Admit as Observation**
**Discharge Problem/Impression:**
 Ingestion of bleach, Suicidal Ideation, Asperger's syndrome, History of hematemesis, Esophagitis, acute
**Condition: Fair**
**Home Medications:**
**Ambulatory Orders**

NK [No Known Home Meds]


Signature: MARK M SMITH  MD

<Electronically signed by MARK M SMITH  MD> 04/26/15 0503


MSMITH1/MMS
DD/DT: 04/24/15 0501
TD/TT: 04/24/15 0501

cc:

**STEBBINS,DAVID**
SV0131867699
SEX: M    DOB:    AGE: 26
REG DT:            acnu/090944



Bernards
MEDICAL CENTER
The Heart of Great Medicine
Jonesboro, AR

**SHORT STAY (LESS THAN 48 HOURS)
DISCHARGE SUMMARY**

SNUR1787

**Discharge Date:** 4/25/15

(Comments):

ALL BOLDED AREAS **MUST** BE ADDRESSED

**Admitting Diagnosis:**
☐ Fever of unknown origin  ☐ Asthma  ☐ Back Pain  ☐ Anemia
☐ Gastroenteritis  ☐ Shortness of Breath  ☐ Abdominal Pain
☐ Dehydration  ☐ Congestive Heart Failure  ☐ Chest Pain
☐ Syncope  ☐ Other (List): _____

**Primary Diagnosis:**  Suicide attempt by bleach ingestion
**Additional Diagnosis:** ☐ None — Acute esophagitis
☐ Diabetes Mellitus  ☐ Peripheral Vascular Disease  ☐ Dehydration — Suicide attempt
☐ Congestive Heart Failure  ☐ Coronary Artery Disease  ☐ Anemia — Aspergers
☐ Cerebrovascular Accident  ☐ Hypertension  ☐ Asthma
☐ Depression  ☐ Chronic Obstructive Pulmonary Disease
☐ Urinary Tract Infection  ☐ Other: _____

**Procedures:**  ☐ None
☐ Cardiac Cath  ☐ Non-Stress Test  ☐ Electrocardiogram
☐ Colonoscopy  ☑ Esophagogastroduodenoscopy  ☐ Mastectomy
☐ Electroencephalogram  ☐ Echocardiogram  ☐ Lap Cholecystectomy
☐ Percutaneous Transluminal Coronary Angioplasty
☐ Percutaneous Transluminal Coronary Angioplasty with Stent
☐ Drug Eluting Stent  ☐ X-Ray _____
☐ Computerized Tomography _____  ☐ Transfuse _____
☐ Magnetic Resonance Imaging _____
☐ Other _____

**Complications:**  ☐ None
☐ Gastrointestinal Blood  ☐ Infection  ☐ Retroperitoneal Blood  ☐ Fever
☐ Nausea/Vomiting  ☐ Cardiac Arrest  ☐ Respiratory Arrest  ☐ Pain
☐ Other: gastritis

**Consultations:**  ☐ None
☐ Pulmonary _____  ☐ Cardiology _____
☐ Cardiovascular Surgery _____  ☐ General Surgery _____
☐ Neurology _____  ☐ Urology _____
☐ Gastroenterology  ☑ Other: GI, SBBH

**Condition on Discharge:**
☐ Unchanged  ☑ Improved  ☐ Other: _____
☐ Expired: Date _____ Time of Death _____ am/pm
Abnormal Tests at Discharge: ☐ Yes  ☐ No  If yes, follow-up: Meds daily PPI
All Discharge Indicators Met: ☐ Yes  ☐ No  If no, explain: _____

M Wood NP or Read  4/25/15  1341
Resident PA/NP/RNP Signature    Date    Physician Signature    Date

**Electronically Signed by
READ, ANDREA L. DO on
05/28/15 at 2207**

# 1787 Rev. 12/2010

**Discharge Medications:**
per med rec

**Follow-Up Appointment:**
Dr. PCP upon dc from SBBH
In _____ weeks at _____
Discharge Date: _____ Time: _____

**Discharge Disposition:**
☐ Home  ☐ Rehab Inpatient Facility
☐ Nursing Home  ☐ Skilled Nursing Facility
☐ Home Health  ☐ Hospice
☐ Expired  SBBH

**Diet:**
☐ Regular
☐ Diet as tolerated
☐ Other _____

**Activity:**
☐ Unrestricted
☐ No heavy lifting
☐ Other as tol

**Instructions:**
☐ Routine
☐ Other _____

Page 1 of 1

ARS 92



## The Heart of Great Medicine

225 E Jackson   Jonesboro, AR 72401

Patient Name: STEBBINS,DAVID                    Room #: 305-OB
Age/Sex: 26  M                                  Med Rec #: SM07090944
DOB:                                            Account #: SV0131867699
Admitting Doctor: ELOISE E WEEKS, MD            Hospital Service: INO1M
Attending Doctor: ELOISE E WEEKS, MD            Admit Date: 04/24/15
Primary Care Provider:                          Discharge Date: 04/30/15

### BH Discharge Summary

**STATUS: Signed**                              Report #: 0605-0338

Job #: 209204/146136

DISCHARGE DIAGNOSES:
AXIS I:
1. Major depressive disorder, recurrent, severe.
2. Asperger's disorder.
3. Delusional disorder, not otherwise specified.
AXIS II:  Cluster B personality disorder traits.
AXIS III:  Recent overdose with bleach.
AXIS IV:
1. Primary.
2. Social.
3. Legal.
AXIS V:  28 on admission.

HISTORY OF PRESENT ILLNESS:
The patient is a 26-year-old male who is single, unemployed, living alone in Harrison, Arkansas who was
transferred from North Arkansas Regional Medical Center to St. Bernards Medical Center Neuro intensive care
unit after intentionally swallowing three cups of bleach. The patient reported that the trigger was "There is no
justice. The government is corrupt." He reports he is suing his father following an altercation with his father
where he reports his father hit him and then cut himself blaming it on the patient. The patient's reports that he
was arrested in 2011 and the court did not rule in his favor. He voiced homicidal ideation towards corrupt
government officials and expressed that if suicide was the way to be without pain, he would act on it.

PAST PSYCHIATRIC TREATMENT:

BH Discharge Summary

BH Discharge Summary
STEBBINS,DAVID
Account #: SV0131867699

Patient reports being hospitalized at Vista Health in Fort Smith in 2007. He reports no outpatient treatment. He reports no previous suicide attempts.

HOSPITAL COURSE:
The patient was admitted to the APU and placed on SP2 precautions. The patient was started on Zoloft 50 mg daily. Therapies were also ordered. The patient's symptoms were consistent with paranoia and a belief that the government was out to harm him. He also reported poor sleep. The patient exhibited some reluctance to medications stating that medications could not alleviate his depression and pain. However, he was agreeable to a trial of Seroquel 100 mg at bedtime after a discussion of the risks and benefits. During the patient's hospitalization, he participated in therapies. He exhibited no combative behavior or agitation. However, he continued to report depressed mood. During the patient's hospitalization, he processed his feelings regarding his situation later acknowledging that an acute hospitalization would most likely not alter his situation. At the time of discharge, he reported no active suicidal ideation. He continued to report hopelessness regarding his situation due to the fact that he felt that the government may get away with doing harm to him. He reported no active homicidal ideation. The patient did not appear to be responding to internal stimuli. Based on a standard safety assessment, the patient was deemed not to be gravely disabled and did not appear to be an eminent risk of harm to himself or others. Safety planning was done and the patient was discharged home.

DISCHARGE FOLLOW UP:
Followup as per aftercare discharge summary.

DISCHARGE DIET:
No restrictions.

DISCHARGE MEDICATIONS:
As per medication reconciliation form.

Signature    ELOISE E WEEKS MD

<Electronically signed by ELOISE E WEEKS, MD> 06/19/15 1201

EEWEEKS/AW
DD/DT 06/04/15 2327
TD/TT 06/05/15 1052

cc:
ELOISE E WEEKS MD

BH Discharge Summary

**St Bernards Medical Center** 225 East Jackson Jonesboro. AR 72401
**Hospitalist H&P**
Patient Name: STEBBINS,DAVID
Account # SV0131867699    Med Rec # SM07090944
Admit Date: 04/24/15    DOB.                    Age: 26    Sex:  M
Date and Time: 04/24/15 0552    Status: Signed


## Hospitalist History & Physical

**Chief Complaint:** "There is no justice in the world"
**HPI:**
Pt is a 36 yr old male that was transferred here from North Arkansas Regional medical center after reports of intention to harm himself by drinking bleach. Pt has a history of Asperger's. He was taken to ED after reports of drinking three cups of bleach to commit suicide. He states he drank the bleach because "there is no justice in the world". He complains of throat, abdomen and chest pain. He denies nausea, vomiting diarrhea. Transfer paperwork states he drank 32 oz of household bleach and vomited bright red blood at home. He denies drug or alcohol ingestion. He is very short with answers and refuses to answer most questions. No family at bedside, information obtained from transfer paperwork.


**- Past History**
**Medical History:**
Asperger's syndrome

**Surgical History:**
Hernia Repair, Inguinal

**Family History:**
No known family history
**Social History:**
Never Smoker
   Denies alcohol
denies illicit drugs


**- Review of Systems**
except as per HPI
**Constitutional:** Denies: weight loss, fever, chills, night sweats, change in appetite, other
**Ears/Nose/Throat:** Denies: tinnitus, otalgia, epistaxis, post nasal drip, voice changes, other
**Cardiovascular:** Confirms: chest pain.  Denies: heart palpitations, edema, orthopnea, other
**Respiratory:** Confirms: hemoptysis.  Denies: SOB, wheezing, DOE, cough, sputum, other
**Gastrointestinal:** Confirms: vomiting.  Denies: nausea, diarrhea, melena, hematochezia, change in stool, odynophagia, anorexia, dyspepsia, other
**Genitourinary/Gynecologic:** Denies: dysuria, hematuria, urgency, frequency, incontinence, pelvic

Hospitalist H&P

**ARS 95**

pain, vaginal bleeding, discharge, last menses, other
**Musculoskeletal:** Denies: arthralgia, myalgia, weakness, trauma, frequent falls, other
**Neurologic:** Denies: dizziness, confusion, tremor, headache, focal weakness, paresthesia, ataxia, dysarthria, memory loss, other
**Endocrine:** Denies: heat/cold intolerance, polyuria, polyphagia, polydipsia, other
**Psychologic:** Confirms: suicidal ideation.  Denies: fear, anxiety, tearful, worthlessness, other
**Integumentary/Breast:** Denies: rashes, masses, ulcerations, tattoos, tenderness, implants, discharge, other
**Hematologic/Lymphatic:** Denies: bleeding or brusing easily, swollen lymph nodes, history of blood transfusion, anemia, other
**Allergic/Immunologic:** Denies: asthma, hives, eczema, rhinitis, pruritus, other
**Vital Signs**

| Temp | Pulse | Resp | BP | Pulse Ox |
|------|-------|------|------|----------|
| 98.6 F | 100 H | 21 | 128/92 | 98 |
| 04/24/15 04:37 | 04/24/15 04:37 | 04/24/15 04:37 | 04/24/15 04:37 | 04/24/15 05:12 |

**- Physical Exam**
**Constitutional/Psychiatric:** alert, oriented to time, oriented to place, oriented to person
**Head:** normocephalic, atraumatic, no sinus tenderness
**Neck:** supple, trachea midline, no thyromegaly
**Eyes:** PERRL, EMOI, no icterus
**Ears:** hears ordinary conversation, tympanic membranes intact bilateral
**Nose:** nares patent and functional, turbinates not inflamed, other
**Mouth/Throat:** uvula midline, pharynx not injected, tongue midline, moist mucous membranes, other
**Cardiovascular:** regular rate, regular rhythm, without murmur
**Respiratory:** clear to auscultation bilaterally, no wheeze, no rales, no rhonchi, chest wall moves symmetrically with inspiration, chest wall moves symmetrically with expiration
**Gastrointestinal:** soft, nontender, nondistended, positive bowel sounds, no organomegaly palpated
**Musculoskeletal:** no costovertebral angle tenderness, equal strength upper extremities, equal strength lower extremities
**Peripheral Pulses:** Dorsalis-Pedis (L): 2+, Dorsalis-Pedis (R): 2+, Radial (L): 2+, Radial (R): 2+
**Lymphatic:** no neck adenopathy, no supra/intraclavicular adenopathy, no axillary adenopathy, no inguinal adenopathy
WBC-14.9
Hgb-17.1
Hct-49.3
Plt-265
Na-139
K-3.3
Cl-106
CO2-20
BUN-20

Hospitalist H&P

**ARS 96**

Continued                          Hospitalist H&P                          STEBBINS,DAVID

                                                                           SV0131867699

Cr-1.1
UDS-all negative

Pertinent labs reviewed, Pertinent vital signs reviewed

**- VTE Prophylaxis**
**VTE Prophylaxis:** TEDs & SCDs

*<KAUFFMAN,ANDREW W RN - Last Filed: 04/24/15 05:52>*

**- Past History**
**Surgical History:**
Hernia Repair, Inguinal

**Social History:**
Never Smoker  Incapacitated

**Physician Addendum:**
Pt seen/examined.  Agree with H&P, PE and summarized A/P.  See orders.

*<MERRYMAN,DARON E - Last Filed: 04/24/15 06:58>*

**- Allergies & Home Medications**
**Allergies**

No Known Allergies Allergy (Verified 04/24/15 04:47)


Signature:  ANDREW W KAUFFMAN RN
DARON E MERRYMAN  MD
<Electronically signed by DARON E MERRYMAN  MD> 04/24/15 0658




Hospitalist H&P



**ARS 97**

St. Bernards Medical Center | Medication Reconciliation | Page : 1
225 East Jackson 870-207-4100 | **MEDICATIONS TO BE TAKEN AT HOME** | Date: 04/30/15 07:18
Jonesboro, AR 72401 | | User: STERLING, LAURA A RN

STEBBINS, DAVID
~MR#: SH07090940
ACCT#: SV0131867699
DOB·
Admitting: ELOISE E WEEKS
Allergy/AdvReac: No Known Allergies

SNUR8104    SV0131867699

Give this list to your primary care physician. Keep this list updated if any of your medications or over the counter medications are stopped, changed or a new medication added. Carry medication information at all times in the event of emergency situations.

| Last Taken | Medications To Be Taken At Home |
|---|---|
| 04/29/15 21:00 | QUEtiapine 100MG ORAL BEDTIME |
| | (SEROquel) |
| | depression |
| 04/30/15 07:15 | sertRALINE 50MG ORAL DAILY |
| | (Zoloft) |
| | depression |

## STOP taking the following medications

No records found

X  ____David Stebbins____

Patient/Caregiver Signature                    Date/Time

**St Bernards Medical Center** 225 East Jackson Jonesboro. AR 72401
**Hospitalist Progress Note**
Patient Name: STEBBINS,DAVID
Account # SV0131867699   Med Rec # SM07090944
Admit Date: 04/25/15   DOB: 1          Age: 26   Sex: M
Date and Time: 04/25/15 1341   Status: Signed

**Hospitalist Note**
SBBH called. Has a room available today.  Pt agreeable to SBBH.  Will transfer there today.  Short stay form complete.

Signature: MELISSA E WOOD  CNP
ANDREA L. READ  DO
<Electronically signed by MELISSA E WOOD  CNP> 04/25/15 1342
<Electronically signed by ANDREA L. READ  DO> 04/26/15 1057

**St Bernards Medical Center** 225 East Jackson Jonesboro. AR 72401
**Hospitalist Progress Note**
Patient Name: STEBBINS,DAVID
Account # SV0131867699   Med Rec # SM07090944
Admit Date: 04/25/15   DOB:        **Age:** 26  **Sex:** M
**Date and Time:** 04/25/15 0639   **Status:** Signed

**Hospitalist Note with Problem**
**Chief Complaint:**
Angry, Frustrated. And Sore allover.

HPI: Patient seen/examined today
ROS otherwise neg. Denies f/c/nvd/ha/mouth pain/sore throat/change in bowel/bladder
**Vital Signs**

| Temp | Pulse | Resp | BP | Pulse Ox |
|---|---|---|---|---|
| 37.0 C | 93 H | 22 | 108/73 | 98 |
| 04/24/15 04:37 | 04/24/15 15:50 | 04/24/15 15:50 | 04/24/15 15:50 | 04/24/15 05:12 |

**- Physical Exam**
**Constitutional/Psychiatric:** alert, oriented to time, oriented to place, oriented to person, no acute
distress, other - asleep, awakens easily to voice but drifts back to sleep during conversation
**Head:** normocephalic, no sinus tenderness
**Eyes:** PERRL
**Ears:** hears ordinary conversation
**Mouth/Throat:** moist mucous membranes, other - no ulcers or lesions.
**Cardiovascular:** regular rate, regular rhythm
**Respiratory:** clear to auscultation bilaterally - normal respiratory effort
**Gastrointestinal:** soft, nontender, nondistended
**Integumentary:** warm, dry
**Neurological:** speech fluent, CN II-XII grossly intact
**Other:**
seems short and angry to questions
reports that he has not help or support at home
feels sad and angry at the world
"no one understands him"
**Labs**

04/25/15 03:30

Hospitalist Progress Note

**ARS 100**



| 135L | 106 | 12 | 81 |
|---|---|---|---|
| 3.6 | 21L | 0.9 | |

01/25/15  03:46

## Microbiology

04/24/15 06:30  Nare  MRSA Surveillance Culture - Preliminary
                TESTING IN PROGRESS

*: Pertinent vital signs reviewed
**(1) Esophagitis, acute**
minimal evidence of symptoms
continue ppi
can likely just do po as outpatient for 4-6 wks and taper off
also had some evidence of gastritis treatment would be the same as above

**Status:** Acute

**(2) Ingestion of bleach**
d/w poison control--recommend GI evaluation, CXR/KUB w/ any concern for perforation, routine
monitor of electrolytes
patient stable and improve
ok to feed and advance diet per GI team

**Status:** Acute

**(3) Suicidal ideation**
pt. has been evaluated by behavioral health per nursing reports
I can't not find documentation in the chart
patient will likely need inpatient admission to psych facility
perhaps closer to patients home in harrison
patient medically stable to go to the floor, but will need 1:1 sitter

**Status:** Acute

**(4) Suicide attempt**
cont suicide precautions
reconsult SBBH when medically ready for discharge
**Status:** Acute

**(5) Asperger's syndrome**
unsure of patients level of cognition but this will definately play a role in patient medical and psych
care
**Status:** Chronic

**ARS 101**

Continued                        Hospitalist Progress Note                    STEBBINS,DAVID

                                                                              SV0131867699

**- VTE Prophylaxis**
**VTE Prophylaxis:** TEDs & SCDs, None
**VTE Pharmacological Contraindications:** Not Indicated - less than 40 and ambulating, low risk
**Reason for Pharmacological Contraindication::** less than 40 and ambulatory
**VTE Mechanical Contraindications::** Not Indicated - ambulatory and less than 40 years of age
**Reason for Mechanical Contraindication::** less than 40 and ambulating

Signature: ANDREA L. READ  DO

<Electronically signed by ANDREA L. READ  DO> 04/26/15 1123

Hospitalist Progress Note

**ARS 102**

**St Bernards Medical Center** 225 East Jackson Jonesboro, AR 72401
**Hospitalist Progress Note**
Patient Name: STEBBINS,DAVID
Account # SV0131867699    Med Rec # SM07090944
Admit Date: 04/24/15    DOB:              Age: 26    Sex: M
Date and Time: 04/24/15 1105    Status: Signed

### Hospitalist Note with Problem
**Chief Complaint:**
brief f/u
admitted early this morning
no further vomiting/hemetemesis
he reports burning/pain in his chest and abdomen

**- Physical Exam**
**Constitutional/Psychiatric:** no acute distress, other - asleep, awakens easily to voice but drifts back to sleep during conversation
**Ears:** hears ordinary conversation
**Cardiovascular:** regular rate, regular rhythm
**Respiratory:** clear to auscultation bilaterally - normal respiratory effort
**Gastrointestinal:** soft, nontender, nondistended
**Integumentary:** warm, dry
**\*:** Pertinent labs reviewed, Pertinent vital signs reviewed
**(1) Ingestion of bleach**
d/w poison control--recommend GI evaluation, CXR/KUB w/ any concern for perforation, routine monitor of electrolytes
consult GI
cont NPO/PPI
Would expect him to be more symptomatic with ingestion of 24-32oz bleach

**Status:** Acute

**(2) Suicide attempt**
cont suicide precautions
reconsult SBBH when medically ready for discharge
**Status:** Acute

**(3) Asperger's syndrome**
**Status:** Chronic

**- VTE Prophylaxis**
**VTE Prophylaxis:** TEDs & SCDs

Hospitalist Progress Note

Continued                          Hospitalist Progress Note                STEBBINS,DAVID

                                                                            SV0131867699

Signature:  KASEY M. HOLDER  MD

<Electronically signed by KASEY M. HOLDER  MD> 04/24/15 1113

Hospitalist Progress Note

**St Bernards Behavioral Health** 2712 East Johnson Jonesboro. AR 72401

Patient Name: STEBBINS,DAVID
Account # SV0131867699  Med Rec # SM07090944
Admit Date: 04/24/15   DOB 1        Age: 26   Sex: M
Date and Time: 04/29/15 1444   Status: Signed

**Vital Signs:**
**Vital Signs**

| Temp | Pulse | Resp | BP | Pulse Ox |
|------|-------|------|------|----------|
| 96.6 F L | 80 | 16 | 116/73 | 95 |
| 04/29/15 08:00 | 04/29/15 08:00 | 04/29/15 08:00 | 04/29/15 08:00 | 04/29/15 08:00 |

**- Mental Status Exam**
**General Appearance/ Behavior:** Disheveled, Bizarre, Restless, Good Eye Contact
**Thought Process:** Organized
**Speech:** Normal, Volume, Rate, and Tone
**Orientation:** Alert and Oriented to Person, Place, and Time

Signature  ELOISE E WEEKS  MD

<Electronically signed by ELOISE E WEEKS  MD> 06/19/15 1203

Psychiatric Progress Note

**ARS 105**

**St Bernards Behavioral Health** 2712 East Johnson Jonesboro, AR 72401

Patient Name: STEBBINS, DAVID
Account # SV0131867699   Med Rec # SM07090944
Admit Date: 04/24/15   DOB          **Age:** 26   **Sex:** M
**Date and Time:** 04/29/15 1444   **Status:** Signed

**Vital Signs:**
**Vital Signs**

| Temp | Pulse | Resp | BP | Pulse Ox |
|------|-------|------|----|----------|
| 96.6 F L | 80 | 16 | 116/73 | 95 |
| 04/29/15 08:00 | 04/29/15 08:00 | 04/29/15 08:00 | 04/29/15 08:00 | 04/29/15 08:00 |

**- Mental Status Exam**
**General Appearance/ Behavior:** Disheveled, Bizarre, Restless, Good Eye Contact
**Thought Process:** Organized
**Speech:** Normal, Volume, Rate, and Tone
**Orientation:** Alert and Oriented to Person, Place, and Time

Signature  ELOISE E WEEKS  MD

<Electronically signed by ELOISE E WEEKS  MD> 06/19/15 1203

Psychiatric Progress Note

**ARS 106**

**St Bernards Behavioral Health** 2712 East Johnson Jonesboro, AR 72401

Patient Name: STEBBINS,DAVID
Account # SV0131867699    Med Rec # SM07090944
Admit Date: 04/25/15    DOB:              Age: 26    **Sex:** M
**Date and Time:** 04/27/15 1600    **Status:** Signed

**Reason for Admission:** Depression, Psychosis, Suicidal
**History of Present Illness:**
Pt seen and case reviewed, and discussed with staff. Staff report that patient has list of concerns to discuss with patient. On interview, writer initially discussed what led to hospitalization. He reports that he feels as if he has been targeted by law enforcement and the government. He cites on example as when in 2011, he was arrested for assaulting his father. He reports that he sued his father and recently went to trial, representing himself. He reports that on the day of the overdose, the jury found in favor of his father. He reports this triggered the overdose bc he felt as if he could not be happy and not succeed bc of constantly being put down by the goverment. When asked why the govt would target him, he says "Because they know that I have the brains to be a leader and change things." he appeared frustrated, brushing and pulling his hair bc he reported that he needs to overthrow the current govt structure and lead a revolt. He asked writer about "sovereign immunity and how tx team could help get rid of it.
When asked how the govt knew he had the intellect/skill to be a govt leader, he said "because I went to public school. they have the records."
He shared that if he can accomplish his goals and obtain money, he has a plan to rid the govt of the current corruption. He states that all govt employees would wear a AV camera 24/7 to make sure they don't participate in any corrupt processes in/out of the office. He states that all data would be kept safe unless it was requested.

He reports that this is the source of his frustration, anger, and depression. He acknowledged perseverative thoughts regarding it. Writer suggested that patient focus on something else, consider forgiving his father, letting go since trial is over, and make some shortterm goals. However, pt stated in a condescending way that this was not possible for him.

He also expressed concern for medications, stating that he did not like that Dr. Wise started him on medications, because it would not solve his problem.
He cites his mother as his main support, but also states that she and others believe that he is paranoid.
He reports continued death wishes, desire not to live. He states that being dead would solve his problem.
He acknowledged sleep disturbances. Reports he spends a lot of time pacing, which he considers a coping mechanism. He reports not falling asleep until early am and slept until noon.

**- ROS**
**Psychiatric/Neurological:** See HPI
**Vital Signs:**
**Vital Signs**

Psychiatric Progress Note

**ARS 107**

Continued                          Psychiatric Progress Note                     STEBBINS,DAVID

SV0131867699

| Temp | Pulse | Resp | BP | Pulse Ox |
|------|-------|------|-----|----------|
| 96.8 F L | 101 H | 18 | 128/87 | 94 |
| 04/26/15 20:00 | 04/26/15 20:00 | 04/26/15 20:00 | 04/26/15 20:00 | 04/26/15 20:00 |

**- Mental Status Exam**
**General Appearance/ Behavior:** Disheveled, Bizarre, Restless, Good Eye Contact
**Thought Process:** Organized
**Thought Content/ Associations:** Paranoia, Delusions, Obsessions
**Mood:**
depressed
**Affect:** Other - restricted
**Judgment:** Impaired
**Insight:** Impaired
**Speech:** Normal, Volume, Rate, and Tone
**Gait:** Normal Gait and Stride
**Orientation:** Alert and Oriented to Person, Place, and Time
**Assessment and Plan:**
Asperger's
r/o Unspecified Bipolar and related disorder vs MDD-R,S
r/o Delusional disorder, NOS
r/o IED, based on self report

Pt reports that he was informed in court that he had a dx of IED.
Pt's sleep disturbances, grandiose delusions, family hx of Bipolar disorder are add concern for Bipolar
Disorder
However, it is also difficult to say if the delusional thinking is separate, as delusional disorder, NOS
Agree with Dr. Wise and Dr. Broadaway in that the patient exhibits possibly cluster b traits
Pt agreeable to continuing Zoloft after discussing potential benefits
Pt reports failing OTC sedatives and not sleeping last night with Trazodone.
He is agreeable to a trial of Seroquel 100mg po HS.
This may target sleep, mood, and delusions.
Continue inpt level of care as pt remains gravely disabled.

Signature: ELOISE E WEEKS  MD

<Electronically signed by ELOISE E WEEKS  MD> 04/27/15 2348

Psychiatric Progress Note

**ARS 108**

Print Date  05/01/15                St  Bernards Medical Center                        Page  1
Print Time  0015                225 E  Jackson Ave, Jonesboro, AR  72401
                                Medical Record Laboratory Report

Patient Name: STEBBINS,DAVID                                          Loc: APU
Age: 26/M        Ins: MCDA                                           Med Rec #. SM07090944
DOB.                                                                 Account #: SV0131867699

Responsible Dr:  WEEKS,ELOISE E MD
Report Recipients
                 FORWARD-WISE,ROBIN L MD
                 HOLDER,KASEY N  MD
                 MERRYMAN,DARON E MD
                 SMITH,MARK M MD
                 STIDMAN,JEFFREY S MD
                 WEEKS,ELOISE E MD

                            *** CHEMISTRY ***

| Date | COLL 4/25/15 | COLL 4/24/15 | | |
|------|------|------|------|------|
| Time | 0330 | 0510 | Reference | Units |
| SODIUM | 135  L | 137 | (137-145) | MMOL/L |
| POTASSIUM | 3.6 | 4 3 | (3 5-5 1) | MMOL/L |
| CHLORIDE | 106 | 107 | (98-107) | MMOL/L |
| CO2 | 21  L | 22  L | (24-32) | MMOL/L |
| ANION GAP | 7.0 | 8 | (1-17) | MMOL/L |
| BUN | 12 | 19 | (9-20) | MG/DL |
| CREATININE | 0.9 | 0 8 | (0.8-1 5) | MG/DL |
| GFR | > 60 | > 60 | | |
| GFR AFRICAN AMER | > 60(A) | > 60(A) | | |

(A)  THE MDRD STUDY EQUATION HAS BEEN VALIDATED IN CAUCASIAN AND
     AFRICAN-AMERICAN POPULATIONS WITH IMPAIRED KIDNEY FUNCTION
     (eGFR <60ml/min/1 73m2) BETWEEN 18 AND 70 YEARS OF AGE   THE
     GFR ESTIMATE IS NOT ADJUSTED FOR ALTERED BODY SURFACE AREA,
     MEDICATION USAGE OR NUTRITIONAL STATUS   IT HAS NOT BEEN
     VALIDATED FOR CHILDREN LESS THAN 18 YEARS, PREGNANT WOMEN,
     ETHNIC GROUPS OTHER THAN CAUCASIAN AND AFRICAN AMERICAN, AND
     PATIENTS WITH SERIOUS COMORBID CONDITIONS

| CREAT CLR(ESTIMATE) ADJ BDY W | 157 3(B) | 171 1(B) | | mls/min |
|---|---|---|---|---|

(B)  This Estimated Creatinine Clearance value was determined by
     using the Crockcroft-Gault formula.  If the patient's actual
     body weight is greater than 1 2 times their Ideal Body
     Weight, their adjusted body weight will be used in this
     calculation, otherwise the patient's actual body weight will
     be used

| CREAT CLR(EST), ACTUAL BODY W | 188 0(C) | 197 0(C) | | mls/min |
|---|---|---|---|---|

(C)  This estimated Creatinine Clearance value was determined by
     using the Cockcroft-Gault formula and the patient's most
     recently recorded actual body weight at the time of specimen
     collection.

| BUN/CREATININE RATIO | 14.6 | 22 4  H | (10-20) | |
|---|---|---|---|---|
| GLUCOSE | 81 | 109  H | (74-106) | MG/DL |
| CALCIUM | 8 5 | 8 7 | (8.4-10.2) | MG/DL |
| BILIRUBIN, TOTAL | 0 7 | | (0 2-1 3) | MG/DL |

** CONTINUED ON NEXT PAGE **

**ARS 109**

Print Date: 05/01/15                St. Bernards Medical Center                        Page  2
Print Time: 0015                225 E. Jackson Ave, Jonesboro, AR 72401
                                Medical Record Laboratory Report

Patient: STEBBINS,DAVID                  DOB                           (Continued)
Account #: SV0131067699                  MR#: SH07090944

---

### *** CHEMISTRY (CONTINUED) ***

| Date | COLL 4/25/15 | COLL 4/24/15 | | |
|------|------|------|------|------|
| Time | 0330 | 0510 | Reference | Units |
| AST | 31 | | (17-59) | IU/L |
| ALT | 30 | | (21-72) | IU/L |
| TOTAL PROTEIN | 6.1 L | | (6.3-8.2) | G/DL |
| ALBUMIN | 3.3 L | | (3.5-5.0) | G/DL |
| A/G RATIO | 1.2 L | | (1.4-1.9) | |
| ALKALINE PHOSPHATASE | 44 | | (38-126) | IU/L |

### *** SPECIAL CHEMISTRY ***

| Date | COLL 4/25/15 | | |
|------|------|------|------|
| Time | 0330 | Reference | Units |
| VITAMIN B12 | 341 | (239-931) | PG/ML |
| TSH | 2.46 | (0.465-4.68) | UIU/ML |

### *** HEMATOLOGY ***

| Date | COLL 4/25/15 | COLL 4/24/15 | | |
|------|------|------|------|------|
| Time | 0330 | 1000 | Reference | Units |
| WHITE BLOOD COUNT | 9.5 | 12.7 H | (4.8-10.8) | 1000/UL |
| RED BLOOD COUNT | 4.80 | 5.00 | (4.7-6.1) | MIL/MM3 |
| HEMOGLOBIN | 13.8 L | 14.3 | (14.0-18.0) | G/DL |
| HEMATOCRIT | 41.2 L | 42.7 | (42.0-52.0) | % |
| MCV | 85.9 | 85.3 | (80-100) | FL |
| MCH | 28.7 | 28.6 | (26-34) | PG |
| MCHC | 33.5 | 33.5 | (31-37) | G/DL |
| RDW | 13.7 | 13.8 | (11.5-14.0) | % |
| PLATELET COUNT | 152 | 168 | (150-400) | 1000/MM3 |
| MPV | 8.4 | 8.4 | (7.4-10.4) | FL |
| NEUTROPHILS % | 68.8 | 78.2 H | (40-70) | % |
| LYMPHOCYTES % | 23.6 | 13.8 L | (22-44) | % |
| MONOCYTES % | 5.0 | 6.7 | (3.0-7.0) | % |
| EOSINOPHILS % | 2.2 | 0.9 L | (2.0-4.0) | % |
| BASOPHILS % | 0.4 | 0.4 | (0.0-1.0) | % |
| NEUTROPHILS # | 6.6 | 9.9 H | (1.8-7.8) | TH/MM3 |
| LYMPHOCYTES # | 2.3 | 1.8 | (1.0-4.8) | TH/MM3 |
| MONOCYTES # | 0.5 | 0.9 H | (0.0-0.8) | TH/MM3 |
| EOSINOPHILS # | 0.2 | 0.1 | (0.0-0.5) | TH/MM3 |
| BASOPHILS # | 0.0 | 0.0 | (0.0-0.2) | TH/MM3 |

| Date | COLL 4/24/15 | | |
|------|------|------|------|
| Time | 0510 | Reference | Units |
| WHITE BLOOD COUNT | 14.4 H | (4.8-10.8) | 1000/UL |
| RED BLOOD COUNT | 4.94 | (4.7-6.1) | MIL/MM3 |
| HEMOGLOBIN | 14.4 | (14.0-18.0) | G/DL |
| HEMATOCRIT | 41.9 L | (42.0-52.0) | % |

** CONTINUED ON NEXT PAGE **

Print Date: 05/01/15                St  Bernards Medical Center                    Page  3
Print Time: 0015                225 E  Jackson Ave. Jonesboro, AR  72401
                                Medical Record Laboratory Report

Patient: STEBBINS,DAVID                      DOB                      (Continued)
Account #: SV0131867699                      MR# SMU7090944

---

### *** HEMATOLOGY (CONTINUED) ***

| Date | COLL 4/24/15 | | | | |
|------|------|---|---|---|---|
| Time | 0610 | | | Reference | Units |
| MCV | | 84 8 | | (80-100) | FL |
| MCH | | 29 2 | | (26 34) | PG |
| MCHC | | 34 5 | | (31-37) | G/DL |
| RDW | | 13 4 | | (11 5-14 0) | % |
| PLATELET COUNT | | 182 | | (150-400) | 1000/MM3 |
| MPV | | 8 1 | | (7.4-10 4) | FL |
| NEUTROPHILS % | | 86 5 | H | (40-70) | % |
| LYMPHOCYTES % | | 9 1 | L | (22-44) | % |
| MONOCYTES % | | 3 8 | | (3 0-7 0) | % |
| EOSINOPHILS % | | 0 4 | L | (2 0-4.0) | % |
| BASOPHILS % | | 0 2 | | (0 0-1 0) | % |
| NEUTROPHILS # | | 12 5 | H | (1 8-7 8) | TH/MM3 |
| LYMPHOCYTES # | | 1 3 | | (1 0-4 8) | TH/MM3 |
| MONOCYTES # | | 0 6 | | (0 0-0 8) | TH/MM3 |
| EOSINOPHILS # | | 0 1 | | (0.0-0.5) | TH/MM3 |
| BASOPHILS # | | 0 0 | | (0 0-0.2) | TH/MM3 |

** CONTINUED ON NEXT PAGE **

**ARS 111**

Patient: STEBBINS,DAVID                    DOB: :                      (Continued)
Account #: SV0131867699                    MR#: SMO7090944

---

Microbiology ***** Specimen Summary *****

| Col Date | Time | Specimen # | Source | Sp Desc | P/F | Organisms |
|----------|------|------------|--------|---------|-----|-----------|
| > 04/25/15 | 1200 | 15 M0010952R | NARE | | F | <none> |
| > 04/24/15 | 0630 | 15 M0010810R | NARE | | F | <none> |

** CONTINUED ON NEXT PAGE **

Print Date  05/01/15              St  Bernards Medical Center              Page  5
Print Time  0015              225 E  Jackson Ave, Jonesboro, AR  72401
                              Medical Record Laboratory Report

Patient: STEBBINS,DAVID                    DOB:                    (Continued)
Account #: SV0131867699                    MR#: SN07090944
_____

                              *** MICROBIOLOGY ***

_____

Spec:      15 N0010810R                    Collection Date: 04/24/15-0630
Source:    NARE                            Received Date:  04/24/15-1114
Spec Desc:


Susceptibility Legend:    R=RESISTANT     I=INTERMEDIATE     S=SUSCEPTIBLE

  MRSA SURV INITIAL  Final 04/25/15
                              MRSA SURVEILLANCE SCREEN   NEGATIVE

_____
Spec:      15 N0010952R                    Collection Date: 04/25/15-1200
Source:    NARE                            Received Date:  04/25/15-2035
Spec Desc:


Susceptibility Legend:    R=RESISTANT     I=INTERMEDIATE     S=SUSCEPTIBLE

  MRSA SURV DISC  Final 04/27/15
                              MRSA SURVEILLANCE SCREEN   NEGATIVE




                              ** END OF REPORT **

DATE: 04/30/15 @ 0716                    St. Bernards Medical Center ADH *LIVE*                              PAGE 1
USER: LSTERLING                                      Discharge Instructions

St. Bernards Behavior Health 24 hour emergency phone number: 870-932-2800
Patient Name: STEBBINS,DAVID                         Room #: 305                    Primary Care Physician Name and Phone:
Date of Birth: .
Admit Date: 04/23/15          Unit: APU             Account #: SV0131867699
Att Dr:    WEEKS,ELOISE E MD                         Report #: 0000-0000           Discharge Instruction Type: Other

Reason for Visit: ESOPHAGITIS,HEMATEMESIS

Major Procedures/Surgeries/Tests During Hospitalization With Brief Summary of Results:
   No Major Surgeries

Follow-Up Visits:
   Appointment 1 Doctor Name: Health Resources (Chris A)      Phone: 866-308-9925      Appointment Date: 5/1/2015
      Follow Up Appointment:                                  Fax  870-741-474784     Appointment Time: 330pm
      Patient/Caregiver was Instructed to Schedule Appointment 1: No
      Follow Up Appointment Comment 1:
         4081 highway 7 south

         harrison arkansas 72602

Diets:
   No Restrictions
If Patient is Transferred to Another Facility
Surgeries/Tests/Procs Sent to Facility Along with Patient:

Patient Has Advance Directive / Care Plan?  No
Patient Wants an Advance Directive / Care Plan?  Patient Refused
Activity:
   Resume Normal Activity

Has This Patient had a Stroke or Stroke Risk Factors? No
   **Stroke or Other Diagnoses Could Include
   TIA, CVA, Mental Status Change, Subarachnoid
   Hemorrhage, or Carotid Endarterectomy**
Have you Used Tobacco Products in the Past 30 Days? No
Pt Request Electronic Copy of D/C Inst. via eMail, Fax, or CD? No
Was the Electronic D/C Inst. Given to Pt via eMail, Fax or CD? No

Discharge Diagnosis:
   Major Depressive disorder,recurrent,severe.aspergers syndrome
Type of Discharge:
   Routine

Status on Discharge:
   Oriented
   Alert
   Cooperative

Daily Care:
   Self

Did Patient Have a VTE Diagnosis on Warfarin Therapy?  No
Approximate Date of Any Pneumococcal Vaccination?
   none
Elligible for Pneumovax 0.5 Milliliters IM at Discharge? Patient Declines Vac·
Patient was Discharged on 2 Antipsychotic Medications?  No
Follow up Recommendations to Patient Included:  Follow up as Noted Above
Discharge Global Assessment of Function (GAF): 59

Behavorial D/C Summary and Med Rec Faxed to Providers Listed: Yes
Discharge Weight:
   236.335 lbs. 0.

Other Instructions Given.
Pending Radiology (CT,X-Ray) or Tissue/Biopsy Studies
No Rad Test Pending

DATE: 04/30/15 @ 0716                St. Bernards Medical Center ADM *LIVE*                      PAGE 2
USER: LSTERLING                            Discharge Instructions

                      St. Bernards Behavior Health 24 hour emergency phone number: 870-932-2800
Patient Name: STERLING DAVID                Room #: 305
Date of Birth:                              Account #: SV0131867699      Primary Care Physician Name and Phone:
Admit Date: 04/25/15        Unit: APU
Att Dr:    WEEKS,ELOISE E MD                Report #: 0000-0000        Discharge Instruction Type: Other

No Lab Test Pending

If you were told you have test results Pending, call your Primary Care Physician listed above or the
St. Bernards Medical Records Department at 870-972-4170 to arrange receiving a copy of the results.


Discharged to: Home
Discharged via: Ambulatory
Discharge Medication Instructions Given: Patient

Primary Caregiver:

We have given you a PATIENT HOME MEDICATION LIST with these Discharge Instructions.

Please give an updated medication list to your primary care physician.
Update the information when medications are discontinued, doses are changed, or new
medications (including over-the-counter products) are added; and to carry
medication information at all times in the event of emergency situations.

This written transition record (Discharge Instructions and Home Med List) was faxed to the
next provider(s) of care listed above for follow-up care at:

_____          ___4/30/15___
Nurses Signature                          Date/Time

X David Stephens                          ___4/30/15___
Patient or Responsible Party Signature    Date/Time

cc:
Health Resources (Chris A)

The Patient was given access to the following documents on Apr 29, 2015

**BIPOLAR DISORDER - Discharge Care, English**

**Special Instructions:**
**Denied family involvement.**

**SUICIDE PREVENTION FOR ADULTS - Discharge Care, English**

**Special Instructions:**
**Denied family involvement.**

I have read these documents related to my care, or have had them read to me. I
understand this information and have had the opportunity to ask questions.

_David Stebbins_
**Patient/Guardian's Signature**          **(date/time)**

**Patient's Name:** David Stebbins

_Morganne (LCSW)   04/29/15_
**Caregiver's Signature**          **(date/time)**

**Caregiver's Name:** Morganne Brown, LCSW

STEBBINS,DAVID
8V0131867699
SEX: M    DOB:                    AGE: 026
REG DT:   04/28/2015    8MG7090944

STEBBINS, DAVID
PT: SV0131867699
SEX: M   DOB:
G DT: 04/25/2015     MR:SM07090944     AGE: 026



**ST. BERNARDS**
MEDICAL CENTER
*Behavioral Health Unit*
Jonesboro, AR

SBHU3012

AsT : 31
ALT : 38

**ADULT ADMISSION
PSYCHIATRIC EVALUATION**

138 / 152    135 | 106 | 12    81
9.5 / 11.2    3.6 | 21 | 0.9

Past Medical / Surgical History / Allergies: _NKA_
Surg. hx: hernia repair
PMH: intentional OD

**HABITS:**

Lifetime history of alcohol / drug abuse : _Denies_

Legal status: _domestic battery 2011_
Denies upcoming court dates

**MENTAL STATUS EXAM:** BP: 153/75 P: 99 R: 16 SaO₂: 95% RA T: 98

Appearance: _stated age. minimally cooperative. Tall, poor eye
contact, staring at floor c̄ head supported by hands_

Mood / Affect: _"Sleepy" irritable, agitated_

Speech: _language intact_

Intellectual function: _SSI_
IC_____ Dot A → kicked out tdc
"they misconstrued something I said as a threat"

**THOUGHTS:**

Process: _Linear + perseverates on corruptness of government_

Content: _"If I could die without pain, I would
take that." HI - toward corrupt government officials_

Delusions: _Denies hopeless/nihilistic viewpoint_

# 3012 Rev. 08/2009

Page 2 of 4

**ARS 117**

STEBBINS, DAVID
PT: SV0131867699
SEX: M   DOB:                AGE: 026
DOT: 04/26/2015          MR: SM07090944

**ST. BERNARDS**
MEDICAL CENTER
*Behavioral Health Unit*
**Jonesboro, AR**

SBHU3012

**ADULT ADMISSION
PSYCHIATRIC EVALUATION**

Perceptual Disorders / Hallucination: <u>Denies AVH</u>
"How would I know if they are real or not?"

**COGNITION:**

Orientation: A A O × 4

Judgment / Insight: Poor × 2

Memory / Retention / Recall: 3/3 at 5 minute recall

Remote: intact                    FUC: 3/3

Recent: intact                     Conc: 5/5

Immediate: intact

Abstracting ability: good

**SAFETY:**

Violence to self or others in previous year: __No__

Homicidal: No

Suicide plan or attempt within 1 year: (+)

Markedly decreased daily function: _____

**STRENGTHS:**  (Circle all that apply—minimum of two)
(VERBAL)     FAMILY SUPPORTIVE     GOOD PHYSICAL HEALTH     MOTIVATED
INTELLIGENT / INSIGHTFUL     EMPLOYED     ATHLETIC     (COOPERATIVE)
OTHER: _____

**WEAKNESSES:**  (Circle all that apply)
POOR PHYSICAL HEALTH     (CHAOTIC SOCIAL SITUATION)     NOT COOPERATIVE
LIMITED COGNITIVE ABILITIES     (IMPULSIVE)     DECREASED AUDIO/VISUAL ACUITY
(LACK OF INSIGHT)     TREATMENT NON-COMPLIANCE     (CHRONIC MENTAL
ILLNESS)
(LEGAL PROBLEMS)     SCHOOL PROBLEMS
OTHER: _____

ARS 118

STEBBINS, DAVID
PT: SV0131867699
SEX: M   DOB:                    AGE: 028
~~OT: 04/25/2015~~            MR:SM07090944



**ST. BERNARDS**
MEDICAL CENTER
*Behavioral Health Unit*
Jonesboro, AR

SBHU3012

**ADULT ADMISSION
PSYCHIATRIC EVALUATION**

## DIAGNOSIS:

AXIS I: MDD R-S
Aspergers
r/o IED  r/o Delusional

AXIS II: Cluster B traits - narcissotic, antisocial

AXIS III: Recent OD i bleach

AXIS IV: primary Isocial / legal

AXIS V: Current Global Assessment of Function ___08___      Highest Past Year ___

## EVALUATION:

LABS (CIRCLE): (TSH)   (HEMOGRAM)   LFTIS   (CMP)   BMP
URINE DRUG SCREEN   UA / PREG   UDS completed at Presentation

Other Labs: B12 ___   Drug Level (Name): ___

## TREATMENT:

Medications: Zoloft 50mg   Daily therapy
Collateral

Therapies: ___ Group   ___ Family   ___ Individual
___ Activity Therapy

**MILIEU:** ___ Therapeutic Level System   ___ Medication Teaching   ___ Nursing Education Group

Prognosis: ___   Estimated Length of Stay: 4-6day

Physician Signature ___   Date/Time 4/26/15 1218

Mallory Broadaway, DNP
4 26-15 1035

**ARS 119**

# FAX TRANSMITTAL

To:   DEPT CAREER ED KEVIN

Fax:   18707417231

Date:  12/09/2015

From:

Dept:                          Phone:

**ARS 120**

# Client Contact Note

Client Name:     David Stebbins

Date:              12/16/2015
Description:       closure narrative

Whose Note:      AMY JONES CRC

For Program:
Status:

Type of
Contact:

Flag this Contact Note?

Note:
David's case was closed status 08 on this date after determining that he is not feasible for VR services at this time. David's behavior to both Fayetteville and Harrison staff has been hostile at every encounter. David did not want to cooperate in giving his medical information but relented that we could send an ROI to his last place of treatment, St. Bernard's Behavioral unit. Once records were received the RIDAC examiner reviewed records and concluded that David was not feasible for VR services at this time. Based on the Mr. Stebbins interaction with myself and staff, past records and history, and Mr. Stebbins refusal for treatment, I have determined him ineligible for services. I will notify Mr. Stebbins of this decision. I will alert the Harrison office staff to be on alert. AJ

Assign this as a task to:

# STATE OF ARKANSAS



*Asa Hutchinson*
Governor

*Charisse Childers, Ph.D.*
Director

**Arkansas Career Education**
**Division of Rehabilitation Services**
**Alan McClain, Commissioner**

4058 NORTH COLLEGE, STE.
150,
FAYETTEVILLE, AR 72703
(479)582-1286

http://www.arsinfo.org
An Equal Opportunity Employer

December 16, 2015

David Stebbins
123 W. Ridge
D
Harrison, AR  72601

RE:  ARKANSAS REHABILITATION SERVICES
     CERTIFICATE OF INELIGIBILITY

<u>Client Name</u>:   David Stebbins
<u>Case Number</u>: 2015/12/16

Dear David Stebbins:

The diagnostic study has been completed, and based on the information I have and to the best of my knowledge and judgment, it does not appear that you are eligible for vocational rehabilitation services.  If you are dissatisfied with this decision, you may file a request for an administrative review of this action to be made by a member or members of the supervisory staff of the agency.  If dissatisfied with the findings of this review, you will be given an opportunity for a fair hearing.  Applicants may be afforded an annual review to determine if any changes have occurred, which may result in a decision of eligibility.

THE REASON(S) FOR THIS DECISION IS:
Mr. Stebbins is not currently appropriate for vocational rehabilitation services.
A referral to a local mental healthcare provider is strongly recommended. Mr. Stebbins would likely benefit from treatment and the support of a therapeutic relationship. Efforts to work with Mr. Stebbins should be coordinated with his treatment providers. His vocational success will depend on him stabilizing and effectively managing his psychiatric issues.
In order for Mr. Stebbins to be appropriate for ARS services he should be able to demonstrate a period of stable functioning. He will also need to provide documentation from his mental healthcare providers that his symptoms are well-managed and they agree he is ready for training, school or work.

DESCRIBE CLIENT INVOLVMENT;

DATE FOR ANNUAL REVIEW IS [Insert date]

Sincerely,


AMY JONES CRC
District Manager

Crossroads Medical Clinic Washington Regional
1420 Hwy 62-65 North
Harrison, AR 72601
Phone (870) 741-3800   Fax (870) 741-6800

STEBBINS, DAVID (DOB:            or 2758)                          Oct 20, 2008 Mon 02:46 PM

| | |
|---|---|
| CC | documentation of asperger condition, refill meds, recommend Dr. for aspergers condition |
| HPI | 1) would like to see a Psych doctor<br>2) needs to get note for Aspergers<br>3) would like to change doctors due to the fact that he does not like the fact I require blood every 6 months--does not want to do nor likes the way Dr Chu asks and requires |
| ROS | Patient denies any fever, chills, or malaise. Feeling generally well.Patient denies any recent fever, chills, headache, change in weight without trying, vision or hearing problems. No op, sob, doe, pnd, orthopnea, or peripheral edema.They note no lumps or swollen glands, no new rashes, changing moles, or change in bowel or bladder function. No melena or BRBPR. Mood has been good and overall doing well. |
| PMH | Asperger |
| SH | Patient denies any tobacco use or recreational drug use.<br>refuses to get bloodwork |
| Allergies | No Known Drug Allergies |
| Meds | *WALMART*<br>DEPAKOTE ER EXTENDED RELEASE TABLETS 250 MG, 3 pm<br>FLUOXETINE CAPSULE 40 MG, One tablet QAM<br>RISPERDAL TABLETS 2 MG, 1.5 tab po qhs |
| Vitals | Wt: 240 lb BP: 120/70 Pulse: 100 RR: 20 Temp: 99.2F |
| PE | Well nourished and well developed in no acute distress. Affect is normal and appropriate.<br>Mucosa pink and moist. Chest is CTA. Heart is RRR without murmers. Gait is WNL.<br>pt refuses to get bloodwork |
| A/P | # AUTISTIC DISORDER ACTIVE (299.00):<br><br>referal to Psych in Mt Home<br>refuses to get bloodwork<br>Talk to him about the need to find a NEW PCP --who does not care about his liver and depakote levels; monitoring his bloodwork is important to prevent future problems<br>If not better or is getting worse call the office or the on call Doctor |

The information on this page is confidential.
Any release of this information requires the written authorization of the patient listed above.

ARS 124

STEBBINS, DAVID (DOB:              :2756)                         Oct 20, 2008 Mon 02:48 PM
Coded: 99213

*Electronically Signed By: Victor Chu, MD*

The information on this page is confidential.
Any release of this information requires the written authorization of the patient listed above.

**ARS 125**

Crossroads Medical Clinic Washington Regional
1420 Hwy 62-65 North
Harrison, AR 72601
Phone (870) 741-3900 Fox (870) 741-5800

STEBBINS, DAVID (DOB, 1/2756) Jun 16, 2008 Mon 10:40 AM

CC "special services physical"

HPI pt states needs above

ROS Patient denies any fever, chills, or malaise. Feeling generally well. Patient denies any recent fever, chills, headache, change in weight without trying, vision or hearing problems. No cp, sob, doe, pnd, orthopnea, or peripheral edema. They note no lumps or swollen glands, no new rashes, changing moles, or change in bowel or bladder function. No melena or BRBPR. Mood has been good and overall doing well.

PMH Asperger

SH Patient denies any tobacco use or recreational drug use.

Allergies No Known Drug Allergies

Meds "WALMART"
DEPAKOTE ER EXTENDED RELEASE TABLETS 250 MG, 3 pm
FLUOXETINE CAPSULE 40 MG, One tablet QAM
RISPERDAL TABLETS 2 MG, 1.5 tab po qhs

Vitals Wt: 265 lb BP: 140/78 Pulse: 84 RR: 18 Temp: 96.8F

PE WNWD NAD. Affect is normal and appropriate. Mucosa is pink and moist with no bogginess or discharge. Pharnx without erythema, exudates or injection. PERRLa. TMs and canals are normal bilaterally with normal light reflex and no erythema. Neck is supple without significant lymphadenopathy or thyromegaly. Chest CTA with normal I&E. Heart is RRR, nL S1 and S2 without murmers, thrills, or rubs. Abdomen soft & non-tender. No HSM or masses appreciated. Extremities show no cyanosis, clubbing, or edema. Reflexes are normal and 2+ symmetrically of knees and achilles. Gait is WNL.

A/P # AUTISTIC DISORDER ACTIVE (299.00);
# EXAM MEDICOLEGAL REASONS (V70.4).

Pre employment physical for Special Services
Continue medications as directed.
REturn for any health concerns.

Printed By: Wanda Garrison, ROI 12/15/2015 6:13:24 AM

The information on this page is confidential.
Any release of this information requires the written authorization of the patient listed above.

ARS 126

STEBBINS, DAVID (DOB:          2756)                              Jun 16, 2008 Mon 10:30 AM
Coded: 99395

*Electronically Signed By: Ruth Meyer, PA*

Printed By: Wanda Garrison, ROI  12/15/2015 8:13:24 AM

Amazing Charts                                                                    Page 2 of 2
The information on this page is confidential.
Any release of this information requires the written authorization of the patient listed above.

**ARS 127**

Crossroads Medical Clinic Washington Regional
1420 Hwy 62-65 North
Harrison, AR 72601
Phone (870) 741-3600   Fax (870) 741-6600

STEBBINS, DAVID (DOB:                    766)                              Jan 29, 2008 Tue 03:46 PM

CC          Needs lab. Fatigued. Refill meds.  adb

HPI         Patient notes feeling well without any specific complaints. but has need to decvreasen pill load
            and need to get in to see psych in Fayetteville

ROS         Patient denies any fever, chills, or malaise. Feeling generally well.
            Patient denies any recent fever, chills, headache, change in weight without trying, vision or
            hearing problems. No cp, sob, doe, pnd, orthopnea, or peripheral edema. They note no lumps
            or swollen glands, no new rashes, changing moles, or change in bowel or bladder function. No
            melena or BRBPR. Mood has been good and overall doing well.

PMH         Asperger

SH          Patient denies any tobacco use or recreational drug use.

Allergies   No Known Drug Allergies

Meds        DEPAKOTE ER EXTENDED RELEASE TABLETS 250 MG, 3 PM
            FLUOXETINE 20 MG, BID
            RISPERDAL TABLETS 1 MG, 3PM
            *WALMART*

Vitals      Wt: 251 lb  BP: 123/75  Pulse: 113  Temp: 97.9F
PE          GENERAL: WN\WD NAD
            HEENT: WNL
            LUNGS: CTA
            HEART: RRR S1 S2 without murmers, thrills, rubs
            ABDOMEN: WNL. Normal BS.
            EXTREMITIES: NO C/C/E. Normal Pulses.

A/P         # AUTISTIC DISORDER ACTIVE  (299.00);
            # INSOMNIA UNSPECIFIED (780.52):

            PRESCRIBE: RISPERDAL TABLETS 2 MG, 1.5 tab po qhs, # 46, RF: 5.
            PRESCRIBE: FLUOXETINE CAPSULE 40 MG, One tablet QAM, # 30, RF: 5.
            PRESCRIBE: DEPAKOTE ER EXTENDED RELEASE TABLETS 250 MG, 3 pm, # 90, RF: 5.
            referal to Psych in Fayetteville
            needs to have CBC, Liver, Depakote levels
            F/U blood work if okay in July/August
            If not better or is getting worse call the office or the on call Doctor

The information on this page is confidential.
Any release of this information requires the written authorization of the patient listed above.

ARS 128

**STEBBINS, DAVID (DOB:**     **:756)**               Jan 29, 2008 Tue 03:46 PM
Coded: 99213, 85025

*Electronically Signed By: Victor Chu, MD*

The information on this page is confidential.
Any release of this information requires the written authorization of the patient listed above.

**ARS 129**

### STATE OF ARKANSAS



Asa Hutchinson
Governor

Charisse Childers, Ph.D.
Director

4058 NORTH COLLEGE, STE
150.
FAYETTEVILLE, AR 72703
(479)582-1286

http://www.arsinfo.org
An Equal Opportunity Employer

**Arkansas Career Education
Division of Rehabilitation Services
Alan McClain, Commissioner**

December 17, 2015

David Stebbins
123 W. Ridge
D
Harrison, AR  72601

Dear David Stebbins:

Your case and records have been carefully reviewed and assessed by ARS.  It has been determined that vocational rehabilitation services are not appropriate at this time.

The Licensed Psychological examiner has reported that a referral to a local mental healthcare provider is strongly recommended. Mr. Stebbins would likely benefit from treatment and the support of a therapeutic relationship. Efforts to work with Mr. Stebbins should be coordinated with his treatment providers. His vocational success will depend on him stabilizing and effectively managing his psychiatric issues.
In order for Mr. Stebbins to be appropriate for ARS services he should be able to demonstrate a period of stable functioning. He will also need to provide documentation from his mental healthcare providers that his symptoms are well-managed and they agree he is ready for training, school or work.

After you have meet the requirements for vocational rehabilitation services and can provide documentation of treatment, stability and recommendations from providers that you are ready for training, school or work, we will reassess your vocational service needs.

Best Regards,
AMY JONES CRC
District Manager