# Christine Cryer

**From:** Amy Jones <Amy.Jones@arkansas.gov>
**Sent:** Thursday, December 07, 2017 4:58 PM
**To:** Christine Cryer
**Subject:** FW: Alana Walls
**Attachments:** DOC120915-12092015181750.pdf

Found it!

-----Original Message-----
From: Alana Walls
Sent: Wednesday, December 9, 2015 10:18 AM
To: Carl Daughtery
Cc: Amy Jones
Subject: Alana Walls

Thank you for your concern. Harrison Field Office

-----Original Message-----
From: ARSHARR [mailto:ARSHARR]
Sent: Wednesday, December 9, 2015 8:18 PM
To: Alana Walls
Subject: Send data from MFP11208088 12/09/2015 18:17

Scanned from MFP11208088
Date:12/09/2015 18:17
Pages:2
Resolution:200x200 DPI
----------------------------------------

1



DEFENDANT'S EXHIBIT A