# Christine Cryer

**From:** Christine Cryer
**Sent:** Monday, December 11, 2017 3:15 PM
**To:** David Stebbins (stebbinsd@yahoo.com)
**Subject:** FW: 121515StebbinsDRR.pdf
**Attachments:** 121515StebbinsDRR.docx

Mr. Stebbins,

Attached you will find a copy of a document drafted in Microsoft Word. It is the report prepared by Leslie Johnson.

I am placing it on a thumb drive, per the Court's Order, and am mailing it out to you today. What I have noticed, however, when I save it onto the thumb drive, is that it changes the last modified date to today's date.

I do not know how else to get it to you with the original information on it other than to email it to you.

I am also filing a notice with the Court regarding this issue.

**Christine A. Cryer**
Senior Assistant Attorney General
Office of Arkansas Attorney General Leslie Rutledge

323 Center Street, Suite 200
Little Rock, Arkansas 72201
Office: 501.683.0958 | Fax: 501.682.2591
Christine.Cryer@ArkansasAG.gov | ArkansasAG.gov



---

**From:** Leslie Johnson [mailto:Leslie.Johnson@arkansas.gov]
**Sent:** Friday, December 08, 2017 10:00 AM
**To:** Christine Cryer
**Subject:** RE: 121515StebbinsDRR.pdf

Ok. Here you go.

Have a good weekend!

**From:** Christine Cryer [mailto:christine.cryer@arkansasag.gov]
**Sent:** Friday, December 08, 2017 9:58 AM
**To:** Leslie Johnson
**Subject:** RE: 121515StebbinsDRR.pdf

The Court has ordered me to produced copies of everything generated in Word. Stebbins wants to look at the metadata.

DEFENDANT'S EXHIBIT B

**From:** Leslie Johnson [mailto:Leslie.Johnson@arkansas.gov]
**Sent:** Friday, December 08, 2017 9:57 AM
**To:** Christine Cryer
**Subject:** RE: 121515StebbinsDRR.pdf

Why do you need the word doc?

**From:** Christine Cryer [mailto:christine.cryer@arkansasag.gov]
**Sent:** Friday, December 08, 2017 9:57 AM
**To:** Leslie Johnson
**Subject:** RE: 121515StebbinsDRR.pdf

Can you send it to me in word form?

**From:** Leslie Johnson [mailto:Leslie.Johnson@arkansas.gov]
**Sent:** Friday, December 08, 2017 9:46 AM
**To:** Christine Cryer
**Subject:** 121515StebbinsDRR.pdf

# REHABILITATION INITIAL DIAGNOSIS AND ASSESSMENT FOR CLIENTS
## ARKANSAS REHABILITATION SERVICES
### 4058 NORTH COLLEGE AVENUE, SUITE 150, FAYETTEVILLE, AR 72703

****This confidential report is generated for Arkansas Rehabilitation Services use only for the purposes of determining eligibility and program planning. It is not to be utilized as a stand-alone document for treatment purposes, and is the property of Arkansas Rehabilitation Services. It is not to be released to any third party. ****

## RECORDS REVIEW

NAME: David Stebbins
SEX: Male                  COUNSELOR: Amy Jones
DATE OF BIRTH: 12-29-88    DATE OF REVIEW: 12-15-15
REASON FOR REVIEW: to assist in determining feasibility of VR services/training

## EVALUATION PROCEDURES

Review of mental health treatment records from St. Bernard's Healthcare dated April 24-30, 2-15

## RECORDS REVIEW

Records from St. Bernard's indicated Mr. Stebbins had been transferred to their facility from Northwest Arkansas Regional Medical Center after a suicide attempt. The client received inpatient treatment at St. Bernards from April 24 through April 30. Discharge diagnoses were reported as follows:

Major Depressive Disorder, recurrent, severe
Asperger's' Disorder
Delusional Disorder NOS
Cluster B personality disorder traits (narcissistic and antisocial)

Mr. Stebbins indicated he attempted suicide by drinking bleach after he sued his father and lost. Records indicated he was arrested in 2011 for assaulting his father. Records also indicated he was kicked out of the U of A for making threatening statements. The client reported frustration, anger and depression over his situation. He denied homicidal ideation, but continued to report death wishes if he could 'die without pain'. Treatment records indicated Mr. Stebbins was impulsive, lacked insight, paranoid, irritable and agitated.

Treatment records indicated Mr. Stebbins feels he is chronically targeted by the government and law enforcement because he 'has the brains to be a leader and change things'. He acknowledged perseverative thoughts regarding this issue. A search of public records revealed multiple lawsuits filed by Mr. Stebbins against his parents, Wal-Mart, the U of A, and federal judges. Causes of action were mainly civil rights and discrimination.

At discharge, Mr. Stebbins denied suicidal or homicidal ideation. Safety planning was done and he was discharged home. He has indicated to Amy Jones that he is not currently in treatment for his mental health issues.

## DSM-5 DIAGNOSTIC IMPRESSIONS

See client records

## VOCATIONAL IMPLICATIONS

Following is a list of ways in which the individual's observed or reported problem areas are likely to be manifested in a vocational setting.

IMPULSIVITY MAY RESULT IN POOR CHOICES IN JOB ENVIRONMENT
DEPRESSION MAY INTERFERE WITH COUNSELING/JOB INTERVIEWS
MAY BE SOURCE OF DISTRACTION TO CO-WORKERS
DIFFICULTY ASSESSING CONSEQUENCES OF DECISION ALTERNATIVES
DIFFICULTY RELATING WITH INSTRUCTORS/STUDENTS/CO-WORKERS
DIFFICULTY PERFORMING WORK TASKS WHICH INVOLVE PEOPLE
DIFFICULTY CHANGING BEHAVIOR TO MEET REQUIREMENTS
EMOTIONAL INTENSITY MAY INTERFERE WITH TASK PERFORMANCE
CONFLICTS MAY PRECLUDE ADEQUATE TASK PERFORMANCE

## CONCLUSIONS AND RECOMMENDATIONS

Documentation available, which indicated a history of physical aggression and threatening statements, suggests that Mr. Stebbins is not currently appropriate for vocational rehabilitation services.

A referral to a local mental healthcare provider is strongly recommended. Mr. Stebbins would likely benefit from treatment and the support of a therapeutic relationship. Efforts to work with Mr. Stebbins should be coordinated with his treatment providers. His vocational success will depend on him stabilizing and effectively managing his psychiatric issues.

In order for Mr. Stebbins to be appropriate for ARS services he should be able to demonstrate a period of stable functioning. He will also need to provide documentation from his mental healthcare providers that his symptoms are well-managed and they agree he is ready for training, school or work.

*Leslie S. Johnson*
_____
Leslie S. Johnson, MS
Licensed Psychological Examiner – Independent Practice

# 121515StebbinsDRR - Copy.docx Properties

**Tabs:** General | Security | **Details** | Previous Versions

| Property | Value |
|---|---|
| Tags | |
| Categories | |
| Comments | |
| **Origin** | |
| Authors | Leslie S. Johnson |
| Last saved by | Leslie Johnson |
| Revision number | 8 |
| Version number | |
| Program name | Microsoft Office Word |
| Company | Arkansas Rahabilitation Services |
| Manager | |
| Content created | 12/15/2015 11:22 AM |
| Date last saved | 12/16/2015 11:11 AM |
| Last printed | 12/16/2015 11:10 AM |
| Total editing time | 01:00:00 |
| **Content** | |
| Content status | |

Remove Properties and Personal Information

[ OK ]  [ Cancel ]  [ Apply ]