US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

DEC 1 4 2017

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

DAVID A. STEBBINS                      PLAINTIFF

VS.            CASE NO. 3:17-cv-03092

STATE OF ARKANSAS, ARKANSAS
REHABILITATION SERVICES, AND AMY JONES           DEFENDANTS

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITIONT TO [109] DEFENDANTS' MOTION FOR SUMMARY JUDGMENT. REQUEST UNTIL JANUARY 2, 2017 TO FILE RESPONSE

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Motion for Extension of Time to File my Response in Opposition to the Defendants' Motion for Summary Judgment (Doc. 109) in the above-styled action.

1. Currently, the deadline for me to file my Response is December 18, 2017, since the Defendants' Motion was filed on December 4, 2017, and the AR Local Rules allow me only fourteen (14) days to file my response.

2. On December 5, 2017, however, the Court issued an order granting in part my Motion to Compel Discovery. Much to my dismay, the Court only ordered the production of the Microsoft Word documents, even though *every* computer file should have at least *some* metadata that could prove useful in this case.

3. On December 14, 2017, I received in the mail the Defendants' thumb drive. I also received an email from the Defendants on December 11, 2017.

4. At first, I was greatly disappointed that I would not be able to review the metadata for the client contact notes that contained accusations of hostile behavior over the phone.

5. However, although the Defendants only produced a single, two-page document in electronic format, I nevertheless was able to find metadata in that file that completely changes

the outlook of this entire case.

6. As of the time of this writing, I only have three (3) more days to file my Response in Opposition to the Motion for Summary Judgment. I need more time to include the discoveries of this metadata in my response.

7. For this reason, I request an extension of fourteen (14) days to respond to the Defendants' Motion for Summary Judgment. The new deadline will be on **JANUARY 2, 2017**.

8. I have contacted Christine Cryer over the phone and over email today to see if she objects in any way to this motion. She does not object to this extension. See **Exhibit 1**.

Wherefore, premises considered, I respectfully request two more weeks to file my Response in Opposition to Defendants' Motion for Summary Judgment. So requested on this, the 13th day of December, 2017.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

| | |
|---|---|
| Subject: | RE: Case No. 17-3092 |
| From: | Christine Cryer (christine.cryer@arkansasag.gov) |
| To: | stebbinsd@yahoo.com; |
| Date: | Wednesday, December 13, 2017 8:22 AM |

Mr. Stebbins,

I have no objection to your request for an additional 14 days to respond to my MSJ.

**Christine A. Cryer**

Senior Assistant Attorney General

Office of Arkansas Attorney General Leslie Rutledge

323 Center Street, Suite 200

Little Rock, Arkansas 72201

Office: 501.683.0958 | Fax: 501.682.2591

Christine.Cryer@ArkansasAG.gov | ArkansasAG.gov



**From:** David Stebbins [mailto:stebbinsd@yahoo.com]
**Sent:** Wednesday, December 13, 2017 3:58 AM
**To:** Christine Cryer
**Subject:** Case No. 17-3092

Dear Ms. Cryer,

I plan on filing a motion for extension of time to file my Response in Opposition to your Motion for Summary Judgment.

Exhibit 1

The document you have provided me over email will change the entire outlook of this case. Further-more, I do not even have the thumb drive in my hand just yet; there is the possibility that file will also yield more relevant evidence, but even if it does not, I can already tell just from the email attachment that this will be a game-changer.

I need a little more time to properly document this newly discovered evidence and properly include it in my Response.

Do you object to my request for a 14 day extension of time to file my Response?

Sincerely,

David Stebbins

 Virus-free. www.avg.com

## Attachments

- image001.jpg (13.14KB)
- image002.jpg (13.21KB)
- image003.jpg (13.35KB)
- image004.jpg (13.18KB)
- image005.jpg (13.42KB)
- image006.png (1.62KB)