

12/15/15StebbinsDKK - Copy.docx Properties

| Property | Value |
|---|---|
| Tags | |
| Categories | |
| Comments | |
| Origin | |
| **Authors** | **Leslie S. Johnson** |
| Last saved by | Leslie Johnson |
| Revision number | 8 |
| Version number | |
| Program name | Microsoft Office Word |
| Company | Arkansas Rahabilitation Services |
| Manager | |
| **Content created** | **12/15/2015 11:22 AM** |
| Date last saved | 12/16/2015 11:11 AM |
| Last printed | 12/16/2015 11:10 AM |
| Total editing time | 01:00:00 |
| Content | |
| Content status | |

Remove Properties and Personal Information

OK    Cancel    Apply

December, 27, 2017

To Whom it may concern:

My name is Paul Goldner, and I am the Director of IT for the Arkansas Attorney General's Office. Today I was contacted by Christine Cryer in reference to issues she was having in getting a copy of a file onto a flash drive for the case of David Stebbins v. DHS, et al. I went to her office and asked her to show me how she had put the file on the flash drive. Christine then proceeded to open the email, open the attached word document, enable editing, then go to File > Save as and save the file to a new location. I explained to her that when Word saves a copy of an attachment in this way it updates the Date Modified Metadata, as it sees the new file as separate from the old. We confirmed that his had happened by looking at Metadata of the newly created file.

I then showed her that to preserve the Metadata of the attachment she instead needs to save the attachment directly from within the email.

G Paul Goldner

12/27/2017