# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

DAVID A. STEBBINS                                              PLAINTIFF

v.                     CASE NO. 4:16CV545 JM

STATE OF ARKANSAS, ARKANSAS                  DEFENDANTS
REHABILITATION SERVICES, AND
AMY JONES

## DEFENDANTS' ANSWERS TO PLAINTIFF'S INTERROGATORIES

COME NOW Defendants State of Arkansas, Arkansas Rehabilitation Services, and Amy Jones, by and through their attorneys, Attorney General Leslie Rutledge and Senior Assistant Attorney General Christine A. Cryer, and for their Answer to Plaintiff's Interrogatories, states as follows:

**INTERROGATORY NO. 1:** State the names, addresses, phone numbers, and (if applicable) e-mail addresses of every person the Defendants intend to call as a witness or who may have relevant evidence.

**ANSWER NO. 1:** Defendants have not yet decided who they intend to call as witnesses at trial. Once a final decision has been made, they will supplement this response.

At a minimum, Defendants intend to call the following: (a) David Stebbins, 123 West Ridge Street, Apt. D, Harrison, AR 72601, unknown ph#, stebbinsd@yahoo.com.; (b) Amy Jones, M.S., CRC, AR Department of Career Education, Arkansas Rehabilitation Services, 715 W. Sherman, Suite E Harrison,

Exh. 2

AR 72601, (870) 741-7153, amy.jones@arkansas.gov; (c) Kevin Cook, AR Department of Career Education, Arkansas Rehabilitation Services, 715 W. Sherman, Suite E Harrison, AR 72601, (870) 741-7153, kevin.cook@arkansas.gov; (d) Leslie S. Johnson, MS, Licensed Psychological Examiner, 4058 North College Avenue, Fayetteville, AR 72703, unknown ph# or email address. Further, Defendants will consider calling any witness identified by Plaintiff, or any individuals identified in the documents produced in discovery or in any other pleadings in this case.

**INTERROGATORY NO. 2:** State, in as much detail as possible, everything you considered when denying Plaintiff's application for ARS funding. Please understand that this Interrogatory requests *absolutely everything* that was considered; if something is not listed in response to this interrogatory, it will be presumed that it was not a factor.

**ANSWER NO. 2:** Defendants object to the wording of this Interrogatory, and assumed presumptions made at the end. Without waiving said objection, Plaintiff was not denied ARS funding. Services are planned after an assessment has been completed and eligibility determined. After eligibility is made, an individualized plan for employment (IPE) is written. All services planned are based on the specific employment outcome. Funding for services depends on availability of resources, comparable benefits and other factors. Plaintiff was determined ineligible for ARS services. This determination was based on Amy Jones' assessment of Plaintiff's inappropriate and hostile interactions with the staff, his medical and psychological

2

reports and refusal for treatment. All of those factors lead Ms. Jones to believe that Plaintiff would not benefit in terms of an employment outcome from the provisions of VR services.

**INTERROGATORY NO. 3:** I am of the belief that the Defendants denied my application for ARS funding in whole, not just in part, because of my disabilities and statutorily protected activities. I am of the belief that the consideration of any other factors is truly impossible because the Defendant does not know anything else about me, except the fact that I am "the guy who files lawsuits," meaning that there is nothing else the Defendants could possibly consider, even if they wanted to.

To either prove or disprove this, please state everything the Defendants know about the Plaintiff, no matter how big or small. If nothing is listed in response to this interrogatory, it will be presumed that it was not a factor.

**ANSWER NO. 3:** Defendants object to the wording of this Interrogatory, and assumed presumptions made at the end. Without waiving said objection, ARS is required to conduct an assessment to determine eligibility and feasibility of VR services. We do not discriminate against anyone's race, religion, disability, age, gender, criminal background, or any other circumstance.

**INTERROGATORY NO. 4:** Please state, with as much detail as possible, the factual bases for each of the defenses listed in Paragraphs 25-35 of the Defendant's Answer to Complaint (Doc. 61).

**ANSWER NO. 4:** Discovery is still on-going at this time. Once discovery has been further developed, the Defendants will supplement this response. Defendants

would, however, refer Plaintiff to the documents provided in Response to Plaintiff's First Set of Request for Production of Documents, as they will likely serve the basis for one or more affirmative defenses.

Respectfully submitted,

LESLIE RUTLEDGE
Attorney General

By: _____
Christine A. Cryer
Ark. Bar No. 2001082
Senior Assistant Attorney General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 683-0958
Fax:    (501) 682-2591
Email: christine.cryer@arkansasag.gov

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, Christine A. Cryer, hereby certify that on 21st day of September, 2017, I mailed this document by U.S. Postal Service to the following:

David A. Stebbins
123 West Ridge Street, Apt. D
Harrison, AR 72601

_____
Christine A. Cryer