## Select A Person

There were 12 matching people.

Stebbins, David        (pty) [plaintiff]

Stebbins, David        (pty) [plaintiff]

Stebbins, David        (pty) [plaintiff]

Stebbins, David        (pty) [plaintiff]

Stebbins, David        (pty) [plaintiff]

Stebbins, David        (pty) [plaintiff]

Stebbins, David        (pty) [plaintiff]

Stebbins, David        (pty) [plaintiff]

Stebbins, David        (pty) [plaintiff]

Stebbins, David        (pty) [plaintiff]

Stebbins, David A      (pty) [plaintiff]

Stebbins, David D      (pty) [defendant]

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 12/11/2017 07:30:37 | | |
| **PACER Login:** s:ebbnsd | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | Last Name: Stebbins First Name: David |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

Exh. 3