605 Sunset Lane
Harrison, AR 72601

March 31, 2016

Dr. Josh Pursifull
Health Resources of Arkansas
4081 Hwy 7 South
Harrison, AR 72601

Dear Dr. Pursifull,

My name is Joan Lipsmeyer. I was David Stebbins' Finite Math instructor during the Fall 2008 semester at North Arkansas College.

I understand that David wants to return to school at Arkansas Tech University. He told me that he is trying to obtain funding from the Arkansas Rehabilitative Services, but they are hesitant to give him any funding because of some symptoms associated with depression and anxiety.

David tells me that he experienced some difficulties (though he wishes not to go into detail; he says you will know what he is talking about) around 2011 that caused this depression and anxiety.

David was a very successful mathematics student. He had an innate sense of logic, order, and patterns. He wants to major in computer science and I predict he would excel in this field.

If you believe you can reduce his depression and anxiety by August, then I believe he would be able to function in a classroom setting (especially in a math class) and make good grades. He did so splendidly before the traumatic event. If he's unable to attend school now, I believe it's because of something that has happened to him after he left North Arkansas College.

David himself seeks wholeness. I believe this desire is 50% of any "cure." Please do all that you can to help him succeed.

Sincerely,

*Joan Lipsmeyer*

Joan Lipsmeyer
Former Mathematics Instructor
North Arkansas College

Exh. 5