**Rachel Lanning**
Thu 7/28
David A Stebbins

David,

I already answered this question from you in class today. I said, your paper needs to be *about* 2000 words and will have *about* six body paragraphs because it is twice as long as the short, five-paragraph essays you have already written this semester. As I said in class, it's a guide and not a firm limit.

We have also discussed in class what it means to think deeply about your ideas. All of our class discussions were designed to illicit deep thought, so you have had practice doing this and now it is your turn to practice thinking deeply in writing.

Have a good weekend,
Mrs. Lanning

---

**Rachel Lanning**
Fri 7/29
David A Stebbins

David,

I looked at your paper again. I can only reiterate what I told you yesterday in class and via email. In addition, all of your body paragraphs need to follow the MEAL plan and right now they do not. Try to identify what each sentence in your paper is doing - what part of the MEAL plan it belongs to. This will help you identify missing parts of your argument. Lastly, your paper has many claims that are not supported or not supported well with evidence from scholarly sources. Peer review is Monday - I'm sure that will help you by giving you a third set of eyes to look at your paper.

Have a good weekend,
Mrs. Lanning

Exh. 6

| Subject: | Re: RE-SENT WITH ATTACHMENT: Would I get a 100 for this? |
|---|---|
| From: | Rachel Lanning (rachel.lanning@northark.edu) |
| To: | stebbinsd@yahoo.com; |
| Date: | Tuesday, July 5, 2016 12:55 PM |

David,

I'm so glad to see you have already complete your homework for tomorrow. Unfortunately, I do not offer grades in advance of the due date - everyone will receive grades at the same time. It would be unfair for me to do so. I will grade everyone's notebook every Monday and record the grades online. However, I can tell you that based on your awesome class participation today and your thorough answers to the questions we did in class, you should be fine. You are doing what I expect.

See you in class tomorrow!

Rachel Lanning

---

| Subject: | Re: Annotation |
|---|---|
| From: | Pam Stone (pam.stone@northark.edu) |
| To: | stebbinsd@yahoo.com; |
| Date: | Wednesday, July 27, 2016 3:43 PM |

Mr. Stebbins,
I am out of town in a spot with limited internet, but I will try to reach Dr. Lanning to discuss this. Surely she and you can reach an understanding. She says you are doing fine in the class.
Sincerely,
Pam Stone

Get Outlook for iOS