IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID A. STEBBINS                                                        PLAINTIFF

V.                              CASE NO. 3:17-CV-03092

STATE OF ARKANSAS;
ARKANSAS REHABILITATION SERVICES;
and AMY JONES                                                           DEFENDANTS

## ORDER

In accordance with Paragraph 5(c) of the Amended Case Management Order (Doc. 101), Plaintiff David A. Stebbins has informed the Court of a discovery dispute and has requested a telephone conference with the Court to discuss the matter. However, he has yet to identify either to the Court or to opposing counsel which of Defendants' responses to his interrogatories and/or document requests he finds deficient. Accordingly, Mr. Stebbins is instructed to prepare a document listing: (1) each response he believes is deficient, and (2) the reason or reasons why he believes each such response is deficient. Mr. Stebbins shall then email this document to opposing counsel, Ms. Christine A. Cryer (christine.cryer@arkansasag.gov), with a copy to the Court (tlbinfo@arwd.uscourts.gov), **within seven days**. Upon receipt, Ms. Cryer will prepare a response and email it to Mr. Stebbins, with a copy to the Court, **within seven days**. Such response should briefly or categorically address each of Mr. Stebbins's points.

After the Court reviews the parties' positions, it will schedule a telephone conference or take other appropriate action. In the meantime, Mr. Stebbins is instructed not to call the Court's chambers. Mr. Stebbins is further instructed to communicate with

1

the Court only by email (with a copy to all attorneys of record). The Court will reply via email if and when a response is necessary. Mr. Stebbins is also instructed not to send repetitive or cumulative emails to the Court on this or any other matter.

**IT IS SO ORDERED** on this 3rd day of January, 2018.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE