## IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### HARRISON DIVISION

**DAVID A. STEBBINS**                                                    **PLAINTIFF**

**v.**                                    **NO. 3:17-CV-3092-TLB**

**STATE OF ARKANSAS, ARKANSAS**                            **DEFENDANT**
**REHABILITATION SERVICES, AND**
**AMY JONES**

### DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS AND MOTION TO STRIKE MOTION FOR SUMMARY JUDGMENT (D.E. 134)

Come now the Defendants, the State of Arkansas, Arkansas Rehabilitation Services ("ARS"), and Amy Jones, by and through their attorneys, Attorney General Leslie Rutledge and Senior Assistant Attorney General Christine A. Cryer, and for their Response in Opposition to Plaintiff's Motion for Sanctions and Motion to Strike Motion for Summary Judgment, state as follows:

1.    On January 5, 2018, the undersigned filed Defendants Motion for Summary Judgment, Brief in Support, and Statement of Undisputed Material Facts on Stebbins' Rehab Act Claims. (DE 131 – 133)

1.    A copy of the motion, brief, statement of facts, and supporting exhibits were placed in the mail receptacle at approximately 4:10 p.m. on Friday, January 5, 2018. Given Mr. Stebbins' prior complaints of this office of alleged delays and failure to send copies of filings to him, the undersigned personally placed the large manila envelope, addressed to Mr. Stebbins, into the receptacle.

2.      The Certificate of Service certified that a copy of the pleadings was being mailed via regular U.S. Mail to the following non CM/ECF participant:

Mr. David Stebbins
123 W. Ridge St., Apt. D
Harrison, Arkansas 72601

3.      This is the same address used by the undersigned when mailing docket entries 14, 15, 16, 19, 28, 29, 35, 36, 37, 38, 39, 40, 42, 48, 49, 61,62, 68, 71, 73, 78, 84, 85, 86, 87, 97, 106, 109, 110, 114, and 120 to Stebbins.

4.      Further, attached is a copy of the cover letter sent to Stebbins with the file-marked pleadings on January 5, 2018.

5.      Defendants deny Stebbins' allegations that they have acted in bad faith during any part of this litigation.

6.      Defendants understand this Court has already ruled on the motion; however, given the nature of the allegations made, the Defendants and the undersigned wanted the record to accurately reflect the events that have occurred.

Respectfully submitted,

Leslie Rutledge
Attorney General


By:     /s/ Christine A. Cryer
        Christine A. Cryer
        Arkansas Bar No. 2001082
        Sr. Assistant Attorney General
        323 Center Street, Suite 200
        Little Rock, Arkansas 72201
        Telephone: (501) 683-0958
        Facsimile:  (501) 682-2591
        Christine.cryer@arkansasag.gov

2

## CERTIFICATE OF SERVICE

I, Christine A. Cryer, Senior Assistant Attorney General, do hereby certify that on January 18, 2018, I emailed a copy of the motion to Plaintiff David Stebbins as the following email address:

stebbinsd@yahoo.com

A copy is being emailed to Mr. Stebbins because the Office of the Arkansas Attorney General is closed today and the mail will not be picked up today.

I, Christine A. Cryer, Senior Assistant Attorney General, do hereby certify that a copy of this pleading will be mailed, via regular U.S. mail, to Mr. Stebbins at the below address on January 17, 2018.

Mr. David Stebbins
123 W. Ridge St., Apt. D
Harrison, Arkansas 72601


/s/  Christine A. Cryer