

ATTORNEY GENERAL
# LESLIE RUTLEDGE
ARKANSASAG.GOV

Christine A. Cryer
Senior Assistant Attorney General

Direct Dial: (501) 683-0958
Email: christine.cryer@arkansasag.gov

January 5, 2018

Mr. David Stebbins
123 W. Ridge St., Apt. D
Harrison, Arkansas 72601

    Re:   *David Stebbins v. State of Arkansas, et al.*
           U.S.D.C., Western District, Case No. 3:17-CV-03092-TLB

Dear Mr. Stebbins:

    Please find enclosed Defendants' Motion for Summary Judgment (Doc. No. 131), Brief in Support thereof (Doc. No. 132), and Defendants' Statement of Undisputed Material Facts (Doc. No. 133) which has been filed in the above-referenced matter.

                                Sincerely,

                                Christine A. Cryer
                                Senior Assistant Attorney General

CAC/klr

Enclosures