

U.S. District Court
35 East Mountain Street, Room 510
Fayetteville, Arkansas 72701-5354

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601



U.S. District Court
35 East Mountain Street, Room 510
Fayetteville, Arkansas 72701-5354

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601