IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**DAVID A. STEBBINS**                                                                    **PLAINTIFF**

v.                            **NO. 3:17-CV-3092-TLB**

**STATE OF ARKANSAS, ARKANSAS**                          **DEFENDANT**
**REHABILITATION SERVICES, AND**
**AMY JONES**

### RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO PARTICIPATE IN PRE-TRIAL CONFERENCE BY TELEPHONE (DE 161)

Come now the Defendants, the State of Arkansas, Arkansas Rehabilitation Services ("ARS"), and Amy Jones, by and through their attorneys, Attorney General Leslie Rutledge and Senior Assistant Attorney General Christine A. Cryer, and for their Response to Plaintiff's Motion, state as follows:

1. Defendants do not object to Plaintiff participating in the pre-trial conference via telephone.

2. Counsel for the Defendants will appear and attend in person.

WHEREFORE, Defendants respectfully request this Court grant Plaintiff's motion and allow him to appear and participate in the pre-trial conference via telephone.

        Respectfully submitted,

        Leslie Rutledge
        Attorney General

By:    /s/ Christine A. Cryer
        Christine A. Cryer
        Arkansas Bar No. 2001082
        Sr. Assistant Attorney General
        323 Center Street, Suite 200
        Little Rock, Arkansas 72201
        Telephone: (501) 683-0958
        Facsimile: (501) 682-2591
        Christine.cryer@arkansasag.gov

## CERTIFICATE OF SERVICE

I, Christine A. Cryer, Senior Assistant Attorney General, do hereby certify that on February 22, 2018, I emailed a copy of the file-marked motion to Plaintiff David Stebbins as the following email address:

stebbinsd@yahoo.com

I, Christine A. Cryer, Senior Assistant Attorney General, do hereby certify that a file-marked copy of this pleading was mailed, via regular U.S. mail, to Mr. Stebbins at the below address on February 22, 2018.

Mr. David Stebbins
123 W. Ridge St., Apt. D
Harrison, Arkansas 72601

        /s/ Christine A. Cryer