IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID A. STEBBINS                                                                PLAINTIFF

V.                             CASE NO. 3:17-CV-03092

STATE OF ARKANSAS;
ARKANSAS REHABILITATION SERVICES;
and AMY JONES                                                                    DEFENDANTS

## JUDGMENT

IT IS SO ORDERED AND ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order filed this date, this case is **DISMISSED WITH PREJUDICE** on summary judgment.

IT IS SO ORDERED AND ADJUDGED on this 8th day of May, 2018.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE