U.S. COURT OF APPEALS - EIGHTH CIRCUIT
NOA SUPPLEMENT

Please note any additions or deletions to the style of the case from the style listed on the docket sheet or attach an amended docket sheet with the final style of the case.

Western District of Arkansas  -  FAYETTEVILLE  DIVISION

## 17-CV-3092 DAVID A. STEBBINS vs. STATE OF ARKANSAS et al

Length of Trial:     **NONE**

| Financial Status: | Fee Paid? | Yes | No **XX** |
|---|---|---|---|
| | If NO, has IFP been granted? | Yes **XX** | No |
| | Is there a pending motion for IFP? | Yes | No XX |

Are there any other post-judgment motions?            Yes      No **XX**

Please identify the court reporter.

  If no court reporter, please check  **XXXX**

  Name     **DANA HAYDEN**
  Address  **35 E. MOUNTAIN, ROOM 559**
           **FAYETTEVILLE, AR 72701**
  Telephone Number    **479-695-4460**

**CRIMINAL CASES ONLY:**
  Is the defendant incarcerated?            Yes   No **XX**
Place of confinement, if known:

Please list all other defendants in this case, if there were multiple defendants.


SPECIAL COMMENTS: