United States Court of Appeals
For the Eighth Circuit

No. 18-2308

David Anthony Stebbins

*Plaintiff - Appellant*

v.

State of Arkansas; Amy Jones; Arkansas Rehabilitation Services

*Defendants - Appellees*

Appeal from United States District Court
for the Western District of Arkansas - Harrison

Submitted: May 15, 2019
Filed: May 24, 2019
[Unpublished]

Before COLLOTON, BOWMAN, and SHEPHERD, Circuit Judges.

PER CURIAM.

David Anthony Stebbins appeals from the order of the District Court[1] granting summary judgment to defendants in his action under the Americans with Disabilities

---

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.

Act, the Rehabilitation Act, and 42 U.S.C. § 1983. Viewing the facts and inferences in the light most favorable to Stebbins, we conclude that the defendants were entitled to summary judgment. See Vandewarker v. Cont'l Res., Inc., 917 F.3d 626, 629 (8th Cir. 2019) (standard of review). We have also considered Stebbins's challenges to numerous other orders, and we conclude that they do not warrant reversal.[2] We affirm.

---

[2]We have not considered matters Stebbins advances for the first time on appeal. See Stone v. Harry, 364 F.3d 912, 914 (8th Cir. 2004) (declining to consider a pro se appellant's "additional allegations or arguments raised on appeal that were not discussed by the district court").

-2-